CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

OCT 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY, doing business as the WASHINGTON CAPITALS, )<br>)<br>)<br>)<br>Plaintiff )<br>vs )<br>)<br>ALEXANDER SEMIN, INTERNATIONAL SPOTS ADVISORS COMPANY, INC. and MARK GANDLER )<br>)<br>Defendant ) | CASE NUMBER  1:05CV02094<br><br>JUDGE: Henry H. Kennedy<br><br>DECK TYPE: TRO/Preliminary Injunction<br><br>DATE STAMP: 10/26/2005 |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Lincoln Hockey Limited Liability Company___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Lincoln Hockey Limited Liability Company___ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Rolt B8Li_
Signature

___490166___
BAR IDENTIFICATION NO.

Robert M. Bernstein
Print Name

Proskauer Rose, LLP
Address

1233 20th Street, N.W., Suite 800, Washington, DC 20036
City          State          Zip Code

(202) 416-6800
Phone Number