**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LINCOLN HOCKEY LIMITED LIABILITY )
COMPANY, doing business as the )
WASHINGTON CAPITALS, )
)
                  Plaintiff, )
)
   -against- )
)
ALEXANDER SEMIN, INTERNATIONAL )
SPORTS ADVISORS COMPANY, INC. and )
MARK GANDLER, )
)
             Defendants. )
)

CASE NUMBER  1:05CV02094

JUDGE: Henry H. Kennedy

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/26/2005

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court of the District

of Columbia, I, Robert M. Bernstein, a member in good standing of the bar of this Court, move

for an order admitting attorneys, Bradley I. Ruskin and Scott A. Eggers, to appear *pro hac vice* in

this matter as counsel on behalf of Plaintiff Lincoln Hockey Limited Liability Company, doing

business as the Washington Capitals.  The accompanying declarations of Bradley I. Ruskin and

Scott A. Eggers, dated October 25, 2005, are submitted in support of this motion.

Dated: October 26, 2005
       Washington, D.C.

Respectfully submitted,

Robert M. Bernstein
(D.C. Bar No. 490166)
Proskauer Rose LLP
1233 20th Street, N.W., Suite 800
Telephone:  (202) 416-6800
Facsimile:  (202) 416-6899
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                    Plaintiff,                          Case No:

        -against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                    Defendants.

---

## DECLARATION OF SCOTT A. EGGERS

SCOTT A. EGGERS hereby declares as follows under penalty of perjury:

1.    My full name is Scott Arthur Eggers, and I am Senior Counsel with Proskauer

Rose LLP, attorneys for Lincoln Hockey Limited Liability Company, doing business as the

Washington Capitals, plaintiffs in the above-captioned matter. I submit this declaration in

support of the motion to admit me to practice in this Court *pro hac vice*.

2.    My office address is 1585 Broadway, New York, NY 10036, my office telephone

number is (212) 969-3412, and my fax number is (212) 969-2900.

3.    I have been admitted to the following bars: United States Court of Appeals (2nd,

3rd, and Federal Circuits), United States District Court (EDNY, SDNY), and the bar of the states

of New York and Florida.

4.    I certify that there are no disciplinary complaints pending against me for violation

of the rules of any court, and I have not been suspended or disbarred for disciplinary reasons

05 2094

**FILED**

OCT 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

from practice in any court. I have voluntarily elected to place my license to practice in Florida on inactive status, as I do not practice law in the State of Florida.

5.      I have been granted admission *pro hac vice* in this Court in the matter of *In re Nifedipine Antitrust Litigation*, Civil Action No. 1:03MS00223 (RJL) MDL No. 1515, pending before Richard J. Leon, U.S.D.J. That matter is ongoing.

6.      I do not practice law in the District of Columbia, except as incident to the *In re Nifedipine Antitrust Litigation* described above, and I do not hold myself out in the District of Columbia as authorized to practice law. I do not engage in the practice of law from an office located in the District of Columbia. I do not have pending an application for membership in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:       New York, New York
                October 25, 2005

Scott A. Eggers

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                   Plaintiff,              Case No:

    -against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                 Defendants.

## DECLARATION OF BRADLEY I. RUSKIN

BRADLEY I. RUSKIN hereby declares as follows under penalty of perjury:

1.     My full name is Bradley Ira Ruskin, and I am a member of Proskauer Rose LLP,

attorneys for Lincoln Hockey Limited Liability Company, doing business as the Washington

Capitals, plaintiffs in the above-captioned matter. I submit this declaration in support of the

motion to admit me to practice in this Court *pro hac vice*.

2.     My office address is 1585 Broadway, New York, NY 10036, my office telephone

number is (212) 969-3465, and my fax number is (212) 969-2900.

3.     I have been admitted to the following bars:  United States Supreme Court, United

States Court of Appeals (2nd, 3rd, and 7th Circuits), United States District Court (EDNY,

SDNY), and the bar of the state of New York.

4.     I certify that there are no disciplinary complaints pending against me for violation

of the rules of any court, and I have not been suspended or disbarred for disciplinary reasons

from practice in any court.

**FILED**

05 2094     OCT 2 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5.     I have not applied for admission *pro hac vice* in this Court within the last two years.

6.     I do not practice or hold out to practice law in the District of Columbia and do not have pending an application for membership in the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:     New York, New York
              October 25, 2005

Bradley I. Ruskin