UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------X
LINCOLN HOCKEY LIMITED LIABILITY COMPANY
*doing business as* WASHINGTON CAPITALS,

                             Plaintiff,                  Case No. 05-cv-02094

         - against -                    **AFFIDAVIT OF SERVICE**

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC.,
AND MARK GANDLER,

                             Defendants.
----------------------------------------------------------X

STATE OF NEW YORK      )
                        )ss.:
COUNTY OF QUEENS     )

      Andrew Bartley, being duly sworn, deposes and says: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On Friday, October 28, 2005, at approximately 9:53 a.m., at 878 Ridge View Way, Franklin Lakes, New Jersey 07417, deponent served the within Summons in a Civil Case, Complaint, Certificate Rule LCvR 7.1, Motion for Admission of Counsel *Pro Hac Vice*, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Notice of Right to Consent to Trial by U.S. Magistrate Judge, upon **Mark Gandler**, by delivering to and leaving with Irene Gandler, his wife, a true and correct copy of said documents.

      Irene Gandler is described as a White female, approximately 40-45 years old, 5'3"-5'4" tall, 125-130 lbs., with short black hair.

      At the time of said service, deponent asked Irene Gandler whether Mark Gandler is in the military service of this State, Nation or any other state and received a negative response.

                                                Andrew Bartley

Sworn to before me this
31st day of October, 2005

_____
     Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 2009

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------------X
LINCOLN HOCKEY LIMITED LIABILITY COMPANY
*doing business as* WASHINGTON CAPITALS,

                                        Plaintiff,                    Case No. 05-cv-02094

            - against -                                    **AFFIDAVIT OF SERVICE**

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC.,
AND MARK GANDLER,

                                        Defendants.
----------------------------------------------------------X
STATE OF NEW YORK          )
                           )ss.:
COUNTY OF QUEENS           )

Andrew Bartley, being duly sworn, deposes and says: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On Friday, October 28, 2005, at approximately 9:53 a.m., at 878 Ridge View Way, Franklin Lakes, New Jersey 07417, deponent served the within Summons in a Civil Case, Complaint, Certificate Rule LCvR 7.1, Motion for Admission of Counsel *Pro Hac Vice*, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Notice of Right to Consent to Trial by U.S. Magistrate Judge, upon **International Sports Advisors Company, Inc.**, by delivering to and leaving with Irene Gandler, a true and correct copy of said documents.  Irene Gandler stated that she was authorized to accept service of said documents.

Irene Gandler is described as a White female, approximately 40-45 years old, 5'3"-5'4"  tall, 125-130 lbs., with short black hair.

_____
Andrew Bartley

Sworn to before me this
31st day of October, 2005

*Karlene D Jackson*
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Kings County
Commission Expires August 4, 2009