IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No:  1:05 CV 02094 (HHK)

      -against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendants.

---

**[PROPOSED]**
**PRELIMINARY INJUNCTION ORDER**

      Upon consideration of Plaintiff's Motion for a Preliminary Injunction, and the entire record herein, it is this _____ day of _____, 2005,

      **ORDERED** that, good cause having been shown pursuant to Rule 65 of the Federal Rules of Civil Procedure that immediate and irreparable injury and damage will result to Plaintiff before a trial on the merits can be heard and decided, Plaintiff's Motion for a Preliminary Injunction is GRANTED; and it is

      **FURTHER ORDERED** that Defendants Alexander Semin ("Semin"), Mark Gandler ("Gandler"), International Sports Advisors Company, Inc. ("ISA"), their officers, agents, servants, employees, and attorneys, and all those acting in concert or participation with them be and hereby are enjoined and restrained from any and all efforts to make, or any actions to facilitate the making of, any agreement, contract, trade, loan or other arrangement whereby Semin will play any hockey games for any professional hockey team or organization other than the Washington Capitals during the 2005-2006 National Hockey League regular season; and it is

2

**FURTHER ORDERED** that Defendant Semin hereby is, until a trial on the merits can be heard and decided, enjoined, restrained and prohibited from playing hockey for any professional hockey team or organization other than the Washington Capitals, including but not limited to Lada Togliatti of the Russian Super League, for the duration of the 2005-2006 National Hockey League regular season; and it is

**FURTHER ORDERED** that, in accordance with Fed. R. Civ. P. 65(c), Plaintiff shall give security in the amount of $_____.

Dated: November \_\_, 2005                                      Enter:

_____
Hon. Henry H. Kennedy
United States District Court Judge