IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                     Plaintiff,                  Case No:  1:05 CV 02094 (HHK)

       -against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                    Defendants.

_____

### [PROPOSED]
### TEMPORARY RESTRAINING ORDER, SCHEDULING ORDER,
### ORDER FOR EXPEDITED DISCOVERY AND ORDER FOR
### AN ALTERNATE METHOD OF SERVICE UPON DEFENDANT SEMIN

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order and

Preliminary Injunction, Expedited Discovery and Alternate Service Of Process On Defendant

Alexander Semin, and the Declarations of George McPhee and Anna Beliakova, dated

November 1, 2005, submitted therewith, and the Statement Of Points And Authorities, dated

November 1, 2005, submitted in support of the motion, it is this ___ day of November, 2005,

**ORDERED** that, good cause having been shown pursuant to Rule 65 of the Federal

Rules of Civil Procedure that immediate and irreparable injury and damage will result to Plaintiff

before the Motion for a Preliminary Injunction can be heard and decided, that Plaintiff's Motion

for a Temporary Restraining Order is GRANTED; and it is

**FURTHER ORDERED** that Defendants Alexander Semin ("Semin"), Mark Gandler

("Gandler"), International Sports Advisors Company, Inc. ("ISA"), their officers, agents,

servants, employees, and attorneys, and all those acting in concert or participation with them be and hereby are enjoined and restrained from any and all efforts to make, or any actions to facilitate the making of, any agreement, contract, trade, loan or other arrangement whereby Semin will play any hockey games for any professional hockey team or organization other than the Washington Capitals, until the hearing and determination of plaintiff's motion for a preliminary injunction; and it is

**FURTHER ORDERED** that, in accordance with Fed. R. Civ. P. 65(c), Plaintiff shall give security in the amount of $_____; and it is

**FURTHER ORDERED** that Plaintiff's motion for expedited discovery prior to a hearing on its Motion for a Preliminary Injunction is GRANTED; and it is

**FURTHER ORDERED** that (a) within one day of this Order Plaintiff shall serve document requests upon defendants Gandler, ISA, and Semin, to be responded to within one week of service of such document requests, and document production to be completed by two weeks from service of such document requests; (b) within one week of such document production deadline, Defendants Gandler and ISA shall be deposed by Plaintiff in this District (or at such other place as they may mutually agree); (c) within one week of such document production deadline, Defendant Semin shall be deposed by Plaintiff in the Russian Federation via videotape and telephone, or recorded videoconference; and (d) Plaintiff is authorized to serve a third party subpoena seeking documents and testimony on Semin's former agent IMG; and it is

**FURTHER ORDERED** that Plaintiff is authorized to serve process on Defendant Semin of the summons, complaint, a translated copy of the summons and complaint, all ancillary papers, and all papers submitted in connection with this motion by personal service on Defendant Semin's certified agents, Defendants Gandler and ISA; and it is

2

**FURTHER ORDERED** that Defendants Semin, Gandler and ISA shall file an answer to Plaintiff's complaint within fourteen days of the entry of this Order; and it is

**FURTHER ORDERED** that Defendants Semin, Gandler and ISA shall file an opposition to Plaintiff's motion for a preliminary injunction on or before _____; and it is

**FURTHER ORDERED** that Plaintiff Shall file its reply to Defendants' Opposition Defendants Semin, Gandler and ISA shall file an opposition to Plaintiff's motion for a preliminary injunction on or before _____; and it is

**FURTHER ORDERED** that the hearing on Plaintiff's motion for a preliminary injunction shall be held on _____ at __.m.; and it is

**FURTHER ORDERED** that, until counsel has appeared on behalf of Defendant Semin, Plaintiff is authorized to serve on Defendant Semin all papers submitted in connection with this action, by personal service on Defendant Semin's certified agents, Defendants Gandler or ISA.

Dated:  November __, 2005

Entered:

_____
Hon. Henry H. Kennedy
United States District Court Judge

3