# Exhibit A

| Curriculum Vitae | Anna BELYAKOVA | 1 |
|---|---|---|

1.  **Family Name:**      BELYAKOVA
2.  **First Names:**       Anna
3.  **Date of Birth:**     28 December 1977
4.  **Nationality:**       Russian
5.  **Civil status:**      Married

6.  **Education:**

| Institution | Irkutsk State University, Faculty of Law |
|---|---|
| Date | 1994-1999 |
| Degree obtained | University Degree in Law with honour. |

7.  **Additional education:**

<u>March – April 2001</u> – Course "International Human Rights Law and Diplomacy" in Geneva (Switzerland).

<u>September – December 2002</u> – Course of Legal English at the ABLE (American Business and Legal education) project.

<u>September – November 2003</u> – Course on Russian Tax legislation.

8.  **Language Skills:** (mark from 1 to 5 for competence)

| Language | Reading | Speaking | Writing | Legal Terminology |
|---|---|---|---|---|
| English | 5 | 4 | 4 | 4 |
| Italian | 5 | 5 | 5 | 5 |
| French | 3 | 2 | 2 | 2 |

9.  **Other Skills:**      Excellent knowledge of Windows, WinWord, Excel and Internet applications.
    Excellent knowledge of legal databases: Konsultant Plus, Garant.

10. **Present Position:**  Senior Legal Counsel in the Moscow office of De Berti Jacchia Franchini Forlani Studio Legale

11. **PROFESSIONAL EXPERIENCE RECORD:**

| Date: | March 2004 – present time |
|---|---|
| Location: | **Moscow (Russia)** |
| Organisation: | **De Berti Jacchia Franchini Forlani Studio Legale (law firm)** |
| Position: | Senior Legal Counsel |
| Description: | <ul><li>Legal protection of trademarks, service marks;</li><li>Advising on taxation issues;</li><li>Overall legal assistance to corporate clients (European and Russian companies);</li><li>Contract work, including drafting, reviewing and negotiating contracts and agreements as well as drafting, reviewing and negotiating a variety of corporate documents;</li><li>Advising and counselling on a variety of general corporate, antitrust, other relevant aspects of law.</li></ul> |

| Curriculum Vitae | Anna BELYAKOVA | 2 |
|---|---|---|

| | |
|---|---|
| Date: | May 2003 – February 2004 |
| Location: | **Moscow (Russia)** |
| Organisation: | **InViaJuris Legal Bureau (law firm)** |
| Position: | Senior Legal Counsel |
| Description: | - Overall legal assistance to corporate clients (Russian legal entities and representative offices of foreign legal entities).
- Contract work, including drafting, reviewing and negotiating contracts and agreements as well as drafting, reviewing and negotiating a variety of corporate documents;
- Advising and counselling on a variety of general corporate, taxation, other relevant aspects of law;
- Providing counsel to Russian non-governmental human rights organizations and charitable funds on pro bono basis;
- Drafting internal employment regulations;
- Providing legal expertise on specific legal matters.
- Participation in the arbitration procedure as an expert witness, advising on RF military legislation. |

| | |
|---|---|
| Date: | March 2002 – May 2003 |
| Location: | **Moscow (Russia)** |
| Organisation: | **Your Lawyer Legal Center (law firm)** |
| Position: | Legal Counsel |
| Description: | - Overall legal assistance to corporate clients (Russian legal entities and representative offices of foreign legal entities).
- Provision of consultations in fields such as corporate, tax, labour and civil law;
- Drafting internal employment regulations;
- Providing legal expertise on specific legal matters;
- Drafting civil-law contracts (service, lease, agent, purchase-sale contracts);
- Providing expertise on civil-law contracts and legal assistance during negotiations. |

| | |
|---|---|
| Date: | September 1999 – March 2002 |
| Location: | **Moscow (Russia)** |
| Organisation: | **Union of the Committees of Soldiers' Mothers of Russia (UCSMR) (NGO)** |
| Position: | Legal Counsel |
| Description: | - Collecting and analysis of court decisions, development of legal solutions for the benefit of the UCSMR;
- Drafting applications to the European Court for Human Rights;
- Analysis of Russian legislation and of International Public Law in the field of military service and human rights;
- Legal support to UCSMR member organizations.
- Acting as representative in the courts (military courts, including Military department of the Supreme Court of the Russian Federation, and other courts of general jurisdiction) in criminal, civil and administrative cases;
- Contacting with the international Human Rights Inter-governmental and Non-governmental organizations;
- Participation in the RF State Duma working group on the draft law On Alternative Civil Service.
- Drafting legal documents, providing consultations on different legal issues such as constitutional, labour, civil, tax law; |

| | |
|---|---|
| Date: | March 1998 – July 1999 |
| Location: | **Irkutsk (Russia)** |
| Organisation: | **Irkutsk State Institute of Regional Legislation of Irkutsk Oblast Administration** |

| Curriculum Vitae | Anna BELYAKOVA | 3 |

| | |
|---|---|
| Position: | Legal Counsel |
| Description: | - Drafting laws mainly concerning local self-government;<br>- Presentation of draft laws at the committees of regional parliament;<br>- Provision of expertise on draft federal laws in the sphere of Constitutional Law.<br>- Participation at the Tacis Project EDRUS 9517 – Strengthening of Public Administration of Lake Baikal Region – as consultant/expert in constitutional law (definition of powers and authorities between federal centre, subjects of Federation and local self-governmental bodies).<br>- Together with other co-authors writing comments on regional law On local self-government. |