# Exhibit B



THE LABOR CODE OF THE RUSSIAN FEDERATION
No. 197-FZ of 30 December 2001
(as amended on 24-25 July 2002 and 30 June 2003)
(Excerpts)

Promulgated by the State Duma (lower house of Parliament) on December 21, 2001;
Endorsed by the Federation Council (higher house of Parliament) on December 26, 2001.

CHAPTER 13.    TERMINATION OF EMPLOYMENT AGREEMENT

Article 77.    General Grounds for Termination of Employment Agreement

The grounds for the termination of an employment agreement are as follows:

(10)    circumstances beyond the control of the parties (Article 83).

Article 83.    Termination of Employment Agreement in Circumstances Beyond Control of Parties

An employment agreement is subject to termination in the following circumstances that are beyond the control of the parties:

(1)    conscription of the employee for military service, or his assignment to alternative service.



EXHIBIT
R-61T

Трудовой кодекс Российской Федерации от 30 декабря 2001 г. N 197-ФЗ
(с изменениями от 24, 25 июля 2002 г., 30 июня 2003 г.)
(выдержки)

Принят Государственной Думой 21 декабря 2001 года
Одобрен Советом Федерации 26 декабря 2001 года

Глава 13. Прекращение трудового договора

Статья 77. Общие основания прекращения трудового договора

Основаниями прекращения трудового договора являются:
10) обстоятельства, не зависящие от воли сторон (статья 83);

Статья 83. Прекращение трудового договора по обстоятельствам, не зависящим от воли сторон
Трудовой договор подлежит прекращению по следующим обстоятельствам, не зависящим от воли сторон:
1) призыв работника на военную службу или направление его на заменяющую ее альтернативную гражданскую службу;

# CERTIFICATE OF TRANSLATION

City of Moscow

February 19, 2004

This is to certify that the translation of the Excerpts from the Labor Code of the Russian Federation No. 197-FZ, dated December 30, 2001, attached hereto is in all material respects a true and accurate translation of the original Russian text of the Excerpts from the Labor Code of the Russian Federation No. 197-FZ, dated December 30, 2001, in English.

By: _____
Igor V. Kovrigin
Translator
LeBoeuf, Lamb, Greene & MacRae

The signature of Igor V. Kovrigin,
an employee of LeBoeuf, Lamb, Greene & MacRae,
is hereby certified.

T.A. Tyrnova
Personnel Manager
LeBoeuf, Lamb, Greene & MacRae