# Exhibit C

be discharged on the grounds specified in this Clause 35.4 the duration of military service during the period of their enrollment in a military school shall be credited to such servicemen as a completed portion of military service as conscript and shall be calculated on the basis of two (2) months of studies in such institution equaling one (1) month of service as conscript.

5. Servicewomen who have been expelled from a military school shall be discharged from military service:

- if they do not have a registered military speciality, without registration with military authorities;

- if they have a registered military speciality they shall be enlisted in the reserve corps and referred to a recruitment office at the place of residence for the purposes of registering with military authorities.

## PART VI
## MILITARY SERVICE

### Article 36. Performance of Military Service

1. The performance of military service shall be governed hereby, other federal laws, the Military Service Regulations and other laws and regulations of the Russian Federation.

2. The specifics of military service under martial law, emergency or armed conflict shall be defined by federal constitutional laws, federal laws, the Military Service Regulations and other laws and regulations of the Russian Federation.

3. Citizens shall perform military service as conscripts in the Armed Forces of the Russian Federation, border troops ~~or border agencies~~, internal security forces of the Ministry of the Interior of the Russian Federation ~~or in Military Railway Forces of the Russian Federation~~.

   Citizens shall, in accordance with a decree of the President of the Russian Federation, be enlisted in other forces, troops or bodies for the purposes of performing military service after positions to be filled with conscripts in the Armed Forces of the Russian Federation, other forces or agencies specified in paragraph 1 of this Clause 36.3 have been filled.

4. The specifics of the performance of military service by servicemen who have been convicted and sentenced shall be defined by the Criminal Code, the Penal Code and other laws and regulations of the Russian Federation.

### Article 37. Performance of Military Service Duties

1. A serviceman or a citizen participating in a field training session shall be deemed performing military service duties if he:

   (a) participates in combat operations or a mission under emergency, martial law or armed conflict conditions.

    (c)    committing any act or thing officially recognized as posing a threat to the society.

3. Commanders (heads) [of military units] may not issue any orders or instructions which are not related to the performance of military service duties or violate the laws of the Russian federation.

Any commander (head) [of a military unit] who has issued such an order or instruction shall be held liable in accordance with the laws of the Russian Federation.

### Article 38. Military Service Term for Conscripts and Contract Servicemen

1. The term of military service shall be as follows:

- for conscripts, twenty-four (24) months;

- for servicemen who have graduated from a state or municipal university or a nongovernmental higher-education institution having state accreditation to carry out relevant specialized training, twelve (12) months;

- for commissioned officers, twenty-four (24) months;

- for contract servicemen, the military service term as specified in the contract.

2. With respect to conscripts, one day of combat action or performance of a mission under armed conflict conditions or treatment at a healthcare institution resulting from a wound, contusion or disease received or contracted during participation in such combat action or armed conflict shall be credited as two (2) days of military service under conscription.

3. The initial enlistment contract shall be concluded with:

    (a)    if with a citizen to be enrolled at an enlisted personnel position (private, seaman, sergeant or sergeant major), for a term of three (3) years;

    (b)    if with a foreign national to be enrolled at an enlisted personnel position (private, seaman, sergeant or sergeant major), for a term of five (5) years;

    (c)    if with a citizen to be enrolled at a warrant officer or commissioned officer position, for a term of five (5) years;

    (d)    if with a citizen who is a student of a military school (military educational institution providing vocational training), for the entire period of studies at such military school and another five (5) years after graduation therefrom.

4. A conscript may enter into the initial enlistment contract with a shorter term subject to the total duration of the military serviced he performed as conscript and under the initial enlistment contract being three (3) or five (5) years in accordance with Subclauses (a) or (b) of Clause 38.4 hereof.

An enlistment contract with a term of six (6) months to one (1) year may be concluded with a conscript not earlier than one (1) month prior to expiry of his

military service term if such conscript is willing to enlist under contract during an emergency (liquidation of consequences of a natural disaster, emergency response activities, restoration of constitutional order or any other emergency) or for the purposes of participation in maintaining or restoring international peace and security.

5. A citizen who is a member of the armed forces may conclude a new enlistment contract for a term of three (3), five (5) or ten (10) years or for the duration of studies at a military school and for another five (5) after graduation therefrom.

   A serviceman who is foreign national shall, upon the expiry of his initial enlistment contract, be discharged from military service in accordance with and as provided for herein and the Military Service Regulations.

6. An enlistment contract with a shorter term may be concluded with a serviceman until such serviceman attains the superannuation age.

7. An enlistment contract with a term of six (6) months to one (1) year may be concluded with a reservist willing to enlist under contract during an emergency (liquidation of consequences of a natural disaster, emergency response activities, restoration of constitutional order or any other emergency) or for the purposes of participation in maintaining or restoring international peace and security.

8. A contract serviceman who has been enrolled in a military academy (i.e., military educational institution providing postsecondary vocational training) or who is writing a thesis or a doctorate shall conclude an enlistment contract for the duration of studies at such military academy or work on a thesis or doctorate and for another five (5) years of military service after termination of such studies.

9. Servicemen who have a PhD (Candidate of Science) or Doctor of Science degree and who have attained the superannuation age shall be given preference of concluding an enlistment contract in accordance with and as provided for by Clause 49.3 hereof.

10. The following shall be deemed the date of commencement of military service:

    - with respect to drafted citizens who are not members of the reserve corps, the date of their departure from the recruitment office of a constituent region of the Russian Federation to the military base;

    - with respect to citizens drafted from among graduates of a state or municipal university or a nongovernmental higher-education institution having state accreditation to carry out relevant specialized training who have been commissioned as officers and enlisted in the reserve corps, the date of departure to the military base as indicated in the military commissioner's order;

    - with respect to citizens drafted as commissioned officers immediately after graduating from a state or municipal university or a nongovernmental higher-education institution having state accreditation to carry out relevant specialized training, the date of departure for a leave granted to them by the military commissioner after their graduation from such educational institutions;

    - with respect to citizens (foreign national) enlisted under contract, the day of

commencement of their enlistment contract;

- the citizens who have not previously performed military service or who have previously performed military service and have been enrolled in a military school, the date of such enrollment.

11. The date a serviceman is struck off the muster roll shall be deemed the date of termination of such serviceman's military service.

   A serviceman shall be struck off the muster roll as of the date the term of his military service expires unless the serviceman:

   - undergoes hospital treatment;

   - with respect to servicewomen, is on a maternity leave or child care leave;

   - with respect to conscripts, remains of his own free will at the military base until the day of departure of the transport vehicle used for transportation of individual servicemen or groups of servicemen discharged from the armed forces;

   - participates in a naval exercise;

   - is held prisoner as a hostage or interned person;

   - is missing until such serviceman is recognized as missing or dead in accordance with applicable laws;

   - is under investigation;

   - otherwise as provided for by the Military Service Regulations.

12. The following shall not constitute a period of military service completed:

   - the time the serviceman served in a disciplinary military unit or remained under arrest imposed on him as a disciplinary penalty;

   - any time over 10 days the serviceman has unwarrantedly remained outside his military base or the designated military service location regardless of the reasons for such absence.

   The time a serviceman served in a disciplinary military unit may, subject to blameless performance by such serviceman of military service, be credited to such serviceman discharged from a disciplinary military unit as a period of military service completed in accordance with the Military Service Regulations.

### Article 39. Military Uniforms and Insignia

1. Military uniforms and insignia shall be established for members of the armed forces.

   Military uniforms and insignia for members of the Armed Forces of the Russian Federation, other forces, troops and bodies shall be approved by the President of the Russian Federation.

- 31 -

4. A serviceman shall have the right to perform military service without occupying a specific position if he/she:

- remains at the disposal of his/her commander (chief), not more than for three (3) months;

- remains at the disposal of his/her commander (chief) due to manning schedule reorganization, not more than six (6) months;

- remains at the disposal of his/her commander (chief) due to institution of a criminal case against such serviceman, until a judgment is passed on such case;

- is attached to a body, organization or institution specified in Clause 44.1 hereof;

- otherwise as provided for by the Military Service Regulations.

### Article 43. Appointment to and Release From a Position in the Armed Forces

1. Appointment to and release from a position in the armed forces shall be carried out:

- with respect to senior officers, by virtue of a decree of the President of the Russian Federation;

- with respect to other servicemen, in accordance with and as provided for by the Military Service Regulations.

2. A serviceman may be ordered to fulfill functions attaching to a position he does not occupy and simultaneously released of his proper functions for a period specified by the Military Service Regulations.

3. A contract serviceman may propose himself as candidate for a position which is vacant or is to be vacated for review by the appropriate certification committee.

4. Servicemen performing military service in a Far North or equivalent area or a region with adverse climatic or environmental conditions or with a military unit posted outside the Russian Federation shall be rotated under a schedule specified in and as provided for by the Military Service Regulations.

The duration of military service in such areas, regions or military units shall be determined by the Government of the Russian Federation.

### Article 44. Attachment and Transfer of Servicemen

1. A serviceman may be attached to a federal government body or other state bodies or institutions, state authorities of the constituent regions of the Russian Federation, international organizations in accordance with international treaties to which the Russian Federation is a party, state unitary enterprises whose property is owned by the state or joint-stock companies wholly owned by the federal government and carrying out defense or national security activities.

The procedure for attachment (extra regimental employment) of and the performance of military service by servicemen shall be defined by the Military Service

Regulations. The total number of ERE servicemen and their pay grade and other allowances, as well as the specifics of extra regimental employment of members of the Federal Security Service of the Russian Federation, foreign intelligence agencies and federal bodies of the national security service shall be defined by the President of the Russian federation.

2. Servicemen may, in accordance with and as provided for by the Military Service Regulations, be transferred for the purposes of continued performance of military service:

- from the Armed Forces of the Russian Federation to a federal executive authority performance of military service with which is provided for herein;

- from a federal executive authority performance of military service with which is provided for herein to the Armed Forces of the Russian Federation;

- from one federal executive authority performance of military service with which is provided for herein to another federal executive authority performance of military service with which is provided for herein.

### Article 45. Suspension of Military Service

The performance of military service by a member of the armed forces who has been elected deputy of the State Duma of the Federal Assembly of the Russian Federation or deputy of a legislative (representative) body of a constituent region of the Russian Federation or head of an executive body of a government authority of a constituent region of the Russian Federation or deputy of a local representative body or head of a municipality and who is performing his functions full time or by a serviceman acting as member of the Federation Council of the Federal Assembly of the Russian Federation shall be suspended for the entire duration of his participation in such bodies. The enlistment contract of such serviceman shall be terminated and the period during which military service was suspended shall be included in the period of military service completed.

As of the date the grounds for suspending military service cease to exist the serviceman shall either enter into a new enlistment contract or be discharged on the grounds specified and as provided for herein.

### Article 46. Military Grades and Ranks

1. The following grades and ranks shall be established in the Armed Forces of the Russian Federation, other forces, troops and bodies:

#### MILITARY RANKS

| GRADE | RANK | |
|---|---|---|
| Enlisted personnel | ARMY | NAVY |
| | Private | Seaman Recruit |

ФЕДЕРАЛЬНЫЙ ЗАКОН от 28.03.1998 N 53-ФЗ (ред. от 11.11.2003) "О ВОИНСКОЙ ОБЯЗАННОСТИ И ВОЕННОЙ СЛУЖБЕ" (принят ГД ФС РФ 06.03.1998)

продолжительность военной службы по контракту до поступления в военное образовательное учреждение профессионального образования из расчета два месяца военной службы по контракту за один месяц военной службы по призыву;

продолжительность военной службы во время обучения в военном образовательном учреждении профессионального образования из расчета два месяца военной службы в указанном образовательном учреждении за один месяц военной службы по призыву.

Военнослужащие мужского пола, отчисленные из военных образовательных учреждений профессионального образования, не достигшие возраста 18 лет, увольняются с военной службы и направляются в военный комиссариат для постановки на воинский учет и в дальнейшем призываются на военную службу на общих основаниях. В случае увольнения указанных лиц по основаниям, предусмотренным в настоящем пункте, в срок военной службы по призыву им засчитывается продолжительность военной службы во время обучения в военном образовательном учреждении профессионального образования из расчета два месяца военной службы в указанном образовательном учреждении за один месяц военной службы по призыву.

5. Военнослужащие женского пола, отчисленные из военных образовательных учреждений профессионального образования, увольняются с военной службы:

не имеющие военно-учетной специальности, - без постановки на воинский учет;

имеющие военно-учетную специальность, - с зачислением в запас и направлением в военный комиссариат по месту жительства для постановки на воинский учет.

6. Исключен. - Федеральный закон от 21.05.2002 N 56-ФЗ.

Раздел VI. ВОЕННАЯ СЛУЖБА

Статья 36. Прохождение военной службы

1. Порядок прохождения военной службы определяется настоящим Федеральным законом, другими федеральными законами, Положением о порядке прохождения военной службы и иными нормативными правовыми актами Российской Федерации.

2. Особенности прохождения военной службы при введении чрезвычайного положения и военного положения, а также в условиях вооруженных конфликтов определяются федеральными конституционными законами, федеральными законами, Положением о порядке прохождения военной службы и иными нормативными правовыми актами Российской Федерации.

3. Военную службу по призыву граждане проходят в Вооруженных Силах Российской Федерации, пограничных органах и ~~пограничных войсках~~, во внутренних войсках Министерства внутренних дел Российской Федерации, ~~в Железнодорожных войсках Российской Федерации~~.

(в ред. Федерального закона от 30.06.2003 N 86-ФЗ)

В другие войска, воинские формирования и органы для прохождения военной службы по призыву граждане направляются в соответствии с указом Президента Российской Федерации после укомплектования воинских должностей, замещаемых военнослужащими, проходящими военную службу по призыву, в Вооруженных Силах Российской Федерации, других войсках и органах, указанных в абзаце первом настоящего пункта.

4. Особенности прохождения военной службы военнослужащими, в отношении которых вынесен обвинительный приговор и которым назначено наказание, определяются Уголовным кодексом Российской Федерации, Уголовно-исполнительным кодексом Российской Федерации, законодательными и иными нормативными правовыми актами Российской Федерации.

Статья 37. Исполнение обязанностей военной службы

1. Военнослужащий, а также гражданин, проходящий военные сборы, считаются исполняющими обязанности военной службы в случаях:

а) участия в боевых действиях, выполнения задач в условиях чрезвычайного положения и военного положения, а также в условиях вооруженных конфликтов.

(в ред. Федерального закона от 11.11.2003 N 141-ФЗ)

Военнослужащие, являющиеся иностранными гражданами, участвуют в выполнении задач в условиях военного положения, а также в условиях вооруженных конфликтов в соответствии с общепризнанными принципами и нормами международного права, международными договорами Российской Федерации и законодательством Российской Федерации.

(абзац введен Федеральным законом от 11.11.2003 N 141-ФЗ)

б) исполнения должностных обязанностей;

в) несения боевого дежурства, боевой службы, службы в гарнизонном наряде, исполнения обязанностей в составе суточного наряда;

г) участия в учениях или походах кораблей;

д) выполнения приказа или распоряжения, отданных командиром (начальником);

е) нахождения на территории воинской части в течение установленного распорядком дня служебного времени или в другое время, если это вызвано служебной необходимостью;

ж) нахождения в служебной командировке;

ФЕДЕРАЛЬНЫЙ ЗАКОН от 28.03.1998 N 53-ФЗ (ред. от 11.11.2003) "О ВОИНСКОЙ ОБЯЗАННОСТИ И ВОЕННОЙ СЛУЖБЕ" (принят ГД ФС РФ 06.03.1998)

з) нахождения на лечении, следования к месту лечения и обратно;
и) следования к месту военной службы и обратно;
к) прохождения военных сборов;
л) нахождения в плену (за исключением случаев добровольной сдачи в плен), в положении заложника или интернированного;
м) безвестного отсутствия - до признания военнослужащего в установленном законом порядке безвестно отсутствующим или объявления его умершим;
н) защиты жизни, здоровья, чести и достоинства личности;
о) оказания помощи органам внутренних дел, другим правоохранительным органам по защите прав и свобод человека и гражданина, охране правопорядка и обеспечению общественной безопасности;
(в ред. Федерального закона от 21.07.1998 N 117-ФЗ)
п) участия в предотвращении и ликвидации последствий стихийных бедствий, аварий и катастроф;
р) совершения иных действий, признанных судом совершенными в интересах личности, общества и государства.

О порядке применения пункта 2 статьи 37 см. Постановление Пленума Верховного Суда РФ от 14.02.2000 N 9.

2. Военнослужащий или гражданин, проходящий военные сборы, не признается погибшим (умершим), получившим увечье (ранение, травму, контузию) или заболевание при исполнении обязанностей военной службы, если это явилось следствием:
а) самовольного нахождения вне расположения воинской части или установленного за пределами воинской части места военной службы, за исключением случаев, предусмотренных подпунктами "л", "м", "н", "о", "п" и "р" пункта 1 настоящей статьи;
б) добровольного приведения себя в состояние наркотического или токсического опьянения;
в) совершения им деяния, признанного в установленном порядке общественно опасным.
3. Командирам (начальникам) запрещается отдавать приказы (приказания) и распоряжения, не имеющие отношения к исполнению обязанностей военной службы или направленные на нарушение законодательства Российской Федерации.
Командиры (начальники), отдавшие указанные приказы (приказания) и распоряжения, привлекаются к ответственности в соответствии с законодательством Российской Федерации.

Статья 38. Срок военной службы для военнослужащих, проходящих военную службу по призыву или по контракту

1. Срок военной службы устанавливается:
для военнослужащих, проходящих военную службу по призыву, - 24 месяца;
для военнослужащих, окончивших государственные, муниципальные или имеющие государственную аккредитацию по соответствующим направлениям подготовки (специальностям) негосударственные образовательные учреждения высшего профессионального образования, проходящих военную службу по призыву, - 12 месяцев;
для военнослужащих, имеющих воинское звание офицера и призванных на военную службу, - 24 месяца;
для военнослужащих, проходящих военную службу по контракту, - на срок, указанный в контракте о прохождении военной службы.
2. Военнослужащим, проходящим военную службу по призыву, один день участия в боевых действиях или выполнения задач в условиях вооруженных конфликтов, а также один день нахождения в лечебных учреждениях вследствие ранений, контузий, увечий или заболеваний, полученных во время участия в указанных действиях или конфликтах, засчитывается за два дня военной службы по призыву.
3. Первый контракт о прохождении военной службы заключается:
а) с гражданином, поступающим на военную службу на воинскую должность, для которой штатом предусмотрено воинское звание солдата, матроса, сержанта, старшины, - на три года;
(в ред. Федерального закона от 11.11.2003 N 141-ФЗ)
б) с иностранным гражданином, поступающим на военную службу на воинскую должность, для которой штатом предусмотрено воинское звание солдата, матроса, сержанта, старшины, - на пять лет;
(пп. "б" введен Федеральным законом от 11.11.2003 N 141-ФЗ)
в) с гражданином, поступающим на военную службу на воинскую должность, для которой штатом предусмотрено воинское звание прапорщика, мичмана или офицера, - на пять лет;
(в ред. Федерального закона от 11.11.2003 N 141-ФЗ)
г) с военнослужащим, обучающимся в военном образовательном учреждении профессионального образования, - на время обучения в указанном образовательном учреждении и пять лет военной службы после его окончания.
4. Военнослужащий, проходящий военную службу по призыву, может заключить первый контракт о прохождении военной службы на меньший срок при условии, что общая продолжительность его военной службы по призыву и по первому контракту составит три года или пять лет в соответствии с подпунктами "а" и "б" пункта 3 настоящей статьи.

ФЕДЕРАЛЬНЫЙ ЗАКОН от 28.03.1998 N 53-ФЗ (ред. от 11.11.2003) "О ВОИНСКОЙ ОБЯЗАННОСТИ И ВОЕННОЙ СЛУЖБЕ" (принят ГД ФС РФ 06.03.1998)

С военнослужащим, проходящим военную службу по призыву и изъявившим желание поступить на военную службу по контракту в период чрезвычайных обстоятельств (ликвидация последствий стихийных бедствий, выполнение мероприятий чрезвычайного положения, восстановление конституционного порядка и иные чрезвычайные ситуации) либо для участия в деятельности по поддержанию или восстановлению международного мира и безопасности, не ранее чем за один месяц до истечения срока военной службы может быть заключен контракт о прохождении военной службы на срок от шести месяцев до одного года.
(абзац введен Федеральным законом от 12.02.2001 N 16-ФЗ)

5. Новый контракт о прохождении военной службы может заключаться военнослужащим, являющимся гражданином, на срок три года, пять лет, десять лет или на время обучения в военном образовательном учреждении профессионального образования и пять лет военной службы после его окончания.
(в ред. Федерального закона от 11.11.2003 N 141-ФЗ)

По истечении срока первого контракта военнослужащие, являющиеся иностранными гражданами, увольняются с военной службы по основаниям и в порядке, которые определяются настоящим Федеральным законом и Положением о порядке прохождения военной службы.
(абзац введен Федеральным законом от 11.11.2003 N 141-ФЗ)

6. Контракт о прохождении военной службы может заключаться с военнослужащим на меньший срок - до наступления предельного возраста пребывания его на военной службе.

7. С гражданином, состоящим в запасе и изъявившим желание поступить на военную службу по контракту в период чрезвычайных обстоятельств (ликвидация последствий стихийных бедствий, выполнение мероприятий чрезвычайного положения, восстановление конституционного порядка и иные чрезвычайные ситуации) либо для участия в деятельности по поддержанию или восстановлению международного мира и безопасности, контракт о прохождении военной службы может быть заключен на срок от шести месяцев до одного года.
(в ред. Федерального закона от 12.02.2001 N 15-ФЗ)

8. Военнослужащий, проходивший военную службу по контракту и поступивший в военное образовательное учреждение высшего профессионального образования, а также поступивший в адъюнктуру или военную докторантуру, заключает контракт о прохождении военной службы на время обучения в указанном образовательном учреждении, в адъюнктуре или военной докторантуре и пять лет военной службы после окончания учебы.

9. Военнослужащим, имеющим ученую степень кандидата наук или доктора наук и достигшим предельного возраста пребывания на военной службе, предоставляется преимущественное право при заключении с ними контракта о прохождении военной службы в порядке, установленном пунктом 3 статьи 49 настоящего Федерального закона.

10. Началом военной службы считается:

для граждан, не пребывающих в запасе, призванных на военную службу, - день убытия из военного комиссариата субъекта Российской Федерации к месту прохождения военной службы;

для граждан, призванных на военную службу из числа окончивших государственные, муниципальные или имеющие государственную аккредитацию по соответствующим направлениям подготовки (специальностям) негосударственные образовательные учреждения высшего профессионального образования и зачисленных в запас с присвоением воинского звания офицера, - день убытия к месту прохождения военной службы, указанный в предписании военного комиссариата;

для граждан, призванных на военную службу непосредственно после окончания государственных, муниципальных или имеющих государственную аккредитацию по соответствующим направлениям подготовки (специальностям) негосударственных образовательных учреждений высшего профессионального образования, которым присвоено воинское звание офицера, - день убытия в отпуск, предоставляемый военным комиссариатом по окончании указанных образовательных учреждений;

для граждан (иностранных граждан), поступивших на военную службу по контракту, - день вступления в силу контракта о прохождении военной службы;
(в ред. Федерального закона от 11.11.2003 N 141-ФЗ)

для граждан, не проходивших военную службу или прошедших военную службу ранее и поступивших в военные образовательные учреждения профессионального образования, - дата зачисления в указанные образовательные учреждения.

11. Окончанием военной службы считается дата исключения военнослужащего из списков личного состава воинской части.

Военнослужащий должен быть исключен из списков личного состава воинской части в день истечения срока его военной службы, за исключением случаев, когда:

военнослужащий находится на стационарном лечении;

военнослужащий женского пола находится в отпуске по беременности и родам или в отпуске по уходу за ребенком;

военнослужащий, проходящий военную службу по призыву, по его желанию остается в воинской части до дня отправки транспортного средства, осуществляющего индивидуальную или организованную перевозку военнослужащих, увольняемых в запас;

военнослужащий участвует в походах кораблей;

военнослужащий находится в плену, в положении заложника или интернированного;

военнослужащий безвестно отсутствует - до признания его в установленном законом порядке безвестно отсутствующим или объявления его умершим;

военнослужащий находится под следствием,
а также в иных случаях, установленных Положением о порядке прохождения военной службы.
12. В срок военной службы не засчитываются:
время пребывания в дисциплинарной воинской части и время отбывания дисциплинарного взыскания в иде ареста;
время самовольного оставления воинской части или места военной службы независимо от причин ставления продолжительностью свыше 10 суток.
Военнослужащему, освобожденному из дисциплинарной воинской части, при условии его безупречной енной службы время пребывания в дисциплинарной воинской части может быть засчитано в срок его военной ужбы в соответствии с Положением о порядке прохождения военной службы.

Статья 39. Военная форма одежды и знаки различия военнослужащих

1. Для военнослужащих устанавливаются военная форма одежды и знаки различия.
Военная форма одежды и знаки различия по воинским званиям военнослужащих Вооруженных Сил оссийской Федерации, других войск, воинских формирований и органов утверждаются Президентом оссийской Федерации.
Знаки различия по видам Вооруженных Сил Российской Федерации, родам войск и службам, конкретным оинским формированиям по их функциональному предназначению, персонифицированные знаки различия, а кже правила ношения военной формы одежды и знаков различия определяются министром обороны оссийской Федерации, руководителем соответствующего федерального органа исполнительной власти, в отором настоящим Федеральным законом предусмотрена военная служба.
2. Военнослужащий вправе не носить военную форму одежды вне расположения воинской части, на тдыхе, в увольнении или отпуске.
3. Военная форма одежды и знаки различия военнослужащих охраняются Патентным законом Российской едерации.
Форма одежды и знаки различия не являющихся военнослужащими работников федеральных органов сполнительной власти, органов исполнительной власти субъектов Российской Федерации, органов местного амоуправления, организаций, членов общественных объединений не могут быть аналогичными военной форме дежды и знакам различия военнослужащих.
Федеральные органы исполнительной власти, органы исполнительной власти субъектов Российской едерации изменяют форму одежды и знаки различия своих работников, не являющихся военнослужащими, ли вводят новые после их согласования с Министерством обороны Российской Федерации.
Ношение военной формы одежды и знаков различия военнослужащих гражданами, не имеющими на это рава, запрещается и влечет за собой ответственность в соответствии с законодательством Российской едерации.
4. Ведомственные знаки отличия военнослужащих определяются министром обороны Российской едерации, руководителем соответствующего федерального органа исполнительной власти, в котором астоящим Федеральным законом предусмотрена военная служба.

Статья 40. Военная присяга и обязательство
в ред. Федерального закона от 11.11.2003 N 141-ФЗ)

1. Военнослужащий, являющийся гражданином, впервые поступивший на военную службу, или гражданин, е проходивший военной службы и впервые призванный на военные сборы, приводится к Военной присяге еред Государственным флагом Российской Федерации и Боевым Знаменем воинской части.
в ред. Федерального закона от 11.11.2003 N 141-ФЗ)
2. Утверждается следующий текст Военной присяги:
"Я, (фамилия, имя, отчество), торжественно присягаю на верность своему Отечеству - Российской Федерации.
Клянусь свято соблюдать Конституцию Российской Федерации, строго выполнять требования воинских ставов, приказы командиров и начальников.
Клянусь достойно исполнять воинский долг, мужественно защищать свободу, независимость и онституционный строй России, народ и Отечество".
3. Военнослужащий, являющийся иностранным гражданином, впервые поступивший на военную службу в Российской Федерации, дает обязательство.
Утверждается следующий текст обязательства:
"Я, (фамилия, имя, отчество), даю обязательство соблюдать Конституцию Российской Федерации, строго ыполнять требования воинских уставов, приказы командиров и начальников, достойно исполнять воинский долг".
(п. 3 введен Федеральным законом от 11.11.2003 N 141-ФЗ)

Статья 41. Приведение к Военной присяге и принесение обязательства
в ред. Федерального закона от 11.11.2003 N 141-ФЗ)

ФЕДЕРАЛЬНЫЙ ЗАКОН от 28.03.1998 N 53-ФЗ (ред. от 11.11.2003) "О ВОИНСКОЙ ОБЯЗАННОСТИ И ВОЕННОЙ СЛУЖБЕ" (принят ГД ФС РФ 06.03.1998)

Статья 44. Прикомандирование и перевод военнослужащих

1. Военнослужащие могут быть прикомандированы к федеральным органам государственной власти, другим государственным органам и учреждениям, ~~органам государственной власти субъектов Российской Федерации,~~ международным организациям в соответствии с международными договорами Российской Федерации, государственным унитарным предприятиям, имущество которых находится в федеральной собственности, акционерным обществам, 100 процентов акций которых находится в федеральной собственности и которые выполняют работу в интересах обороны страны и безопасности государства.
Порядок прикомандирования военнослужащих, особенности прохождения ими военной службы определяются Положением о порядке прохождения военной службы. Общая численность прикомандированных военнослужащих и порядок их обеспечения денежным довольствием и другими видами довольствия, а также особенности прикомандирования военнослужащих органов Федеральной службы безопасности Российской Федерации, органов внешней разведки и федеральных органов государственной охраны определяются Президентом Российской Федерации.

2. Военнослужащие в порядке, определенном Положением о порядке прохождения военной службы, могут быть переведены для дальнейшего прохождения военной службы:
из Вооруженных Сил Российской Федерации в федеральный орган исполнительной власти, в котором настоящим Федеральным законом предусмотрена военная служба;
из федерального органа исполнительной власти, в котором настоящим Федеральным законом предусмотрена военная служба, в Вооруженные Силы Российской Федерации;
из одного федерального органа исполнительной власти, в котором настоящим Федеральным законом предусмотрена военная служба, в другой федеральный орган исполнительной власти, в котором настоящим Федеральным законом предусмотрена военная служба.

Статья 45. Приостановление военной службы

Военнослужащим, избранным депутатами Государственной Думы Федерального Собрания Российской Федерации, депутатами законодательных (представительных) органов субъектов Российской Федерации, главами исполнительных органов государственной власти субъектов Российской Федерации, депутатами представительных органов местного самоуправления и главами муниципальных образований и осуществляющим указанные полномочия на постоянной основе, а также военнослужащим, осуществляющим полномочия членов Совета Федерации Федерального Собрания Российской Федерации, приостанавливается военная служба в занимаемой должности на весь срок их полномочий в указанных органах с прекращением действия контракта о прохождении ими военной службы и зачетом срока приостановления военной службы в выслугу лет военнослужащего.
Со дня прекращения оснований для приостановления военной службы военнослужащие заключают новый контракт о прохождении военной службы или увольняются с военной службы по основаниям и в порядке, которые предусмотрены настоящим Федеральным законом.

Статья 46. Составы военнослужащих и воинские звания

1. В Вооруженных Силах Российской Федерации, других войсках, воинских формированиях и органах устанавливаются следующие составы военнослужащих и воинские звания:

| Составы военнослужащих | Воинские звания | |
|---|---|---|
| | войсковые | корабельные |
| Солдаты, матросы, сержанты, старшины | рядовой ефрейтор младший сержант сержант старший сержант старшина | матрос старший матрос старшина 2 статьи старшина 1 статьи главный старшина главный корабельный старшина |
| Прапорщики и мичманы | прапорщик старший прапорщик | мичман старший мичман |
| Офицеры: | | |
| Младшие офицеры | младший лейтенант лейтенант старший лейтенант капитан | младший лейтенант лейтенант старший лейтенант капитан-лейтенант |
| Старшие офицеры | майор | капитан 3 ранга |