IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No: 1:05 CV 02094

-against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendants.

---

## DECLARATION OF GEORGE McPHEE

I, GEORGE McPHEE, hereby declare:

1.     I am the Alternate Governor, Vice President and General Manager of Lincoln Hockey, LLC, doing business as the Washington Capitals (the "Washington Capitals"). The Washington Capitals are a member club of the National Hockey League ("NHL"). I submit this declaration in support of the Capitals' motion for a temporary restraining order and a preliminary injunction against Alexander Semin, International Sports Advisors Company, Inc. ("ISA") and Mark Gandler.

### INTRODUCTION

2.     Alexander Semin is a talented young hockey player. In July 2003, Mr. Semin signed a contract to play hockey for the Washington Capitals for three seasons, including the current 2005-2006 NHL season. Mr. Semin is not honoring his contract and has not reported to

play for the Washington Capitals this season. Mr. Semin's agent, Mark Gandler of ISA, has informed the Washington Capitals that Mr. Semin cannot leave Russia because he is currently serving a two-year compulsory military service obligation in the Russian Federation. Mr. Semin has in fact been playing professional hockey in the city of Togliatti in the Russian Federation for a team in the Russian Super League called Lada Togliatti.

3.   The Lada Togliatti team is affiliated with the automobile manufacturer Lada, which owns a large factory in the city of Togliatti, located in the Samara region approximately 1,000 miles southeast of Moscow. The Washington Capitals have been informed that the Lada Togliatti team is in some financial difficulty, that the team is in the process of reducing its payroll and releasing at least some of its players and that during the first week of November the team's management is meeting to decide the team's future. The Russian press reports that several other professional Russian hockey teams have expressed an interest in signing Mr. Semin to a contract to play hockey for their teams.

## MR. SEMIN'S CONTRACT WITH THE WASHINGTON CAPITALS

4.   Upon information and belief, Alexander Semin is a twenty-one year old Russian citizen, who was born in Krasnoyarsk, a city located in Siberia. In 2002, Mr. Semin opted into the NHL Entry Draft. He was selected by the Washington Capitals in the first round of the draft, as the thirteenth pick overall.

5.   On July 15, 2003, Alexander Semin signed a National Hockey League Standard Player's Contract with the Washington Capitals (the "Semin Contract"). A copy of the Semin Contract is Exhibit A to this Declaration. Pursuant to the terms of the Semin Contract, Alexander Semin agreed to play hockey for the Washington Capitals for a term of three NHL

seasons, the 2003-04 season, the 2004-05 season and the 2005-06 season. When he signed the Semin Contract, Mr. Semin was represented by an agency called IMG, and his principal representative was Dmitri Goryachkin of that firm.

6.  Pursuant to the terms of the Semin Contract, Mr. Semin played for the Washington Capitals in the 2003-04 NHL season, playing in fifty two games for the Washington Capitals and in four regular season and seven playoff games for the Washington Capitals' minor league affiliate, the Portland Pirates of Portland, Maine in the American Hockey League. While playing for the Washington Capitals in the 2003-2004 NHL season, Mr. Semin was paid (i) a pro-rated portion of his first year salary of $592,500, or approximately $500,000, (ii) approximately $3,400 for playing for the Portland Pirates, (iii) two installments of his signing bonus totaling an additional $592,500, and (iv) $338,740 for achieving certain performance bonuses. His total compensation in that season was approximately $1,434,640.

## SEMIN FAILS TO REPORT IN 2004

7.  In September 2004, the NHL announced a delay in the start of the 2004-2005 NHL season due to the expiration of the Collective Bargaining Agreement between the NHL and the National Hockey League Players Association (the "NHLPA"). On September 14, 2004, the Washington Capitals assigned Mr. Semin to the Portland Pirates. Eventually, in February 2005, the NHL cancelled the 2004-2005 NHL season, in what is usually referred to as the "lockout."

8.  Under the terms of the Semin Contract, the Washington Capitals had the right to loan Mr. Semin "to any other professional hockey club, and [Semin] agrees to accept and to be bound by such sale, exchange, assignment, transfer or loan, and will faithfully perform and carry

out this contract with the same purpose and effect as if it had been entered into by [Semin] and such other Club." Semin Contract ¶11.

9. Mr. Semin was required to report to the Portland Pirates for training camp on September 26, 2004. Instead of reporting to Portland as required by his contract, however, Mr. Semin began playing for the team Lada Togliatti in the Russian Super League.

10. The Washington Capitals suspended Mr. Semin without pay as of September 20, 2004, due to his failure to report to the Portland Pirates. A copy of my letter to Mr. Semin dated September 21, 2004, informing him of his suspension is Exhibit B.

11. On September 30, 2004, more than two weeks after Mr. Semin was assigned to the Portland Pirates, Mr. Semin's then agent, Mr. Goryachkin of IMG, advised the Washington Capitals that Mr. Semin was prevented from leaving Russia. The reason, according to Mr. Goryachkin, was that Mr. Semin had been served with papers stating that he was due to be conscripted into the Russian military. A copy of a letter that I received from Mr. Semin's agent on September 30, 2004, is annexed as Exhibit C.

12. According to the letter, however, the management of Lada Togliatti had allegedly reached an agreement with the "local military authorities" to "allow Alexander to serve his military term while playing for their team" and that "therefore he will not be assigned to an active military duty." *See* Exhibit C. The letter also states that "[w]e should appreciate Lada Togliyatti's assistance and desire to help us in this very uneasy situation. We may also require their further assistance in our attempts in trying to reduce the term of Alexander's military requirement." *See* Exhibit C.

13. On October 5, 2004, Dick Patrick, the President of the Washington Capitals, wrote to Mr. Semin, informing him that he remained suspended and that the Washington Capitals had elected to fine him $1,000 for each day that he failed to report to the Portland Pirates as required by the Semin Contract. A copy of Mr. Patrick's letter to Mr. Semin dated October 5, 2004, is Exhibit D. That fine continues to accrue. The enforcement of that fine is governed by the Collective Bargaining Agreement between the NHL and the NHLPA, however, and is not a part of this proceeding.

14. On October 5, 2004, Mr. Patrick also wrote to the general manager of Lada Togliatti, a Mr. Leonid Vaisfeld, informing him that Mr. Semin was under contract to the Washington Capitals, and that the Washington Capitals expected Lada Togliatti to recognize and honor the Semin Contract. A copy of that letter is annexed as Exhibit E.

15. Mr. Semin's agent at IMG wrote back on October 7, 2004. A copy of his letter is Exhibit F. In his letter, Mr. Semin's agent stated that "[i]f we cannot find a way to allow Alexander to play hockey while serving in the army, he will be assigned to active duty and shipped off to some dangerous place such as Chechnya." Therefore, Mr. Semin's agent advised, "it would be best for none of the parties to aggravate LADA, since LADA would be the only team for which Alexander could play during his military service (due to the existence of that certain four year contract he signed with LADA in 2002)."

16. In addition, IMG's Director of Legal Affairs wrote to the Washington Capitals on October 8, threatening legal action against the Washington Capitals. A copy of that letter is Exhibit G. I responded to that letter on October 18, 2004. A copy of my response is Exhibit H. In my letter, I described the provisions of Russian statutory law that I understood made it clear

that it was impossible for a Russian military conscript to perform "military service" by playing hockey for a private commercial hockey team, at least legitimately.

17. IMG responded by letter dated October 26, 2004, stating that IMG was not a "guarantor" of the information concerning Mr. Semin's alleged military service that they were passing on to the Washington Capitals as a "courtesy." A copy of that letter is Exhibit I. IMG also enclosed "copies of what we are told are (1) Alexander's conscription notice and (2) his 2002 contract with LADA." They also advised that Mr. Semin had reported pursuant to the alleged conscription notice on October 15, and that on October 25 he was to have received notice of his "military assignment."

18. On November 3, 2004, I received a copy of a letter dated November 2, 2004, addressed to the General Secretary of the International Ice Hockey Federation (the "IIHF") from the General Secretary of the Ice Hockey Federation of Russia (the "IHFR"). A copy of that correspondence is Exhibit J. In the letter, the IHFR explained that Mr. Semin "will be called up for military service on November 9th 2004." However, the letter stated, "[a]fter a long negotiation we achieved permission of military management for Alexander Semin to play with our team. Otherwise, he will have his military service in the Army . . . ." The letter assured that "Alexander Semin can play with Washington after completion of [the NHL] lock out, with considerably improved hockey skills."

19. The efforts of the Washington Capitals to secure Semin's compliance with the Semin Contract in the 2004-2005 season were unsuccessful. Alexander Semin remains under suspension and a fine from the Washington Capitals. According to Russian scouting reports,

6

Alexander Semin played fifty games for Lada Togliatti in the 2004-2005 regular season and seven games for Lada Togliatti in the Super League playoffs.

### THE NHL LOCKOUT ENDS AND SEMIN FAILS ONCE AGAIN TO REPORT TO THE WASHINGTON CAPITALS

20.  In July 2005, the NHL and the NHLPA signed a new Collective Bargaining Agreement. In August 2005, the Washington Capitals contacted Mr. Semin's agent, and advised him that Mr. Semin was expected to report to the Washington Capitals training camp on September 11, 2005. A copy of an e-mail from Donald Fishman, the Washington Capitals' Director Of Legal Affairs and Hockey Administration, to Mr. Semin's agent at IMG appears at the bottom of Exhibit K annexed. The response of Mr. Semin's agent was that:

> Donald, please keep this quite [sic], but it looks like I was able to work out a deal with the Russian military. Please book Alexander's flight for September 9. He will fly from Krasnoyarsk through Moscow to Washington. It is important that this info does not appear in the press prior to the Russian team releasing it first with concent [sic] of the military. Please also be advised that Alex will play for the National team in the tournament at the end of August, this was a part of the deal.

*See* Exhibit K at 1.

21.  The Russian Super League season began on September 7, 2005. According to the reports of the Washington Capitals' scout in Russia, Mr. Semin did not play for Lada Togliatti in its first four scheduled regular season games on September 7, 9, 12 or 14.

### SEMIN FIRES IMG, HIRES GANDLER AND BEGINS TO PLAY FOR LADA

22.  On September 14, 2005, IMG sent the Washington Capitals an e-mail stating that "as of today IMG is not Semin's agent." A copy of the e-mail, from IMG to Donald Fishman

dated September 14, 2005, is Exhibit L. IMG stated in the e-mail that "[u]nfortunately, the player does not listen to our advice." *See* Exhibit L.

23. Also on September 14, 2005, I received a fax from Todd Diamond and Mark Gandler of the International Sports Advisors Company stating that "we are the new representatives for Alexander Semin." A copy of the fax is Exhibit M.

24. The Washington Capitals employ a scout in Russia. He reported to the team on September 19, 2005, that he had spoken to Mr. Semin and that Mr. Semin said that his new agent "told me I'm staying." Shortly after hiring Gandler as his agent, Mr. Semin began playing for Lada Togliatti. According to the Russian scouting reports, Mr. Semin began playing for Lada Togliatti on September 19, 2005.

25. At the same time that Mr. Semin was playing for Lada Togliatti, he was also taking steps that appeared to be in preparation for leaving Russia. On September 29, Mr. Semin appeared at the U.S. Embassy in Moscow to apply for a visa. The visa was issued on September 29, 2005, and the Washington Capitals received a copy on October 4, 2005.

26. Mr. Semin's alleged "military obligation" did not prevent IMG from securing a "deal" with the Russian military to allow Semin to depart Russia to report to the Washington Capitals. Notwithstanding that fact, Semin's new agent Gandler has informed the Washington Capitals that his client's alleged "military obligation" prevents him from departing from Russia.

27. The 2005-2006 NHL regular season opened on October 5, 2005. On October 7, 2005, the Washington Capitals sent a demand letter to Gandler through counsel, stating that the Washington Capitals would initiate a legal action if Mr. Semin had not reported to the

Washington Capitals by October 14. However, on October 10, the Washington Capitals received reports that Lada Togliatti was experiencing financial difficulties, and that it appeared that the team was going to be releasing at least some of its players. According to the Washington Capitals' Russian scout, a coach of Lada Togliatti had told him that Lada Togliatti was ready to release Semin.

28.    This information was confirmed in an interview reportedly given by Mr. Semin that appeared in translation on the website Rushockey.com. According to the article from the October 12 edition of the leading Russian sports newspaper Sport Express, several other hockey clubs in the Russian Super League had contacted Lada Togliatti to try to obtain the services of Mr. Semin, who is quoted in the article as saying that "Where am I going to continue my career? I don't know. My agent is working on this question." A copy of the article, reprinted from the website Rushockey.com, is Exhibit N. In the interview, Mr. Semin is also asked the question: "You didn't go to the NHL because you are in active military service. Is there a possibility that you may end up in a regular military unit?" Mr. Semin is quoted as responding: "No. This is not one of the possible outcomes."

## THE WASHINGTON CAPITALS ARE LIKELY TO SUFFER IRREPARABLE HARM WITHOUT A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

29.    Gandler has advised the Washington Capitals that the management of Lada Togliatti is meeting during the first week of November to decide whether to release some of their players, including Mr. Semin. Gandler has also advised the Washington Capitals that he has received offers from other professional hockey clubs in Russia for Mr. Semin to play for their teams.

30.     The Washington Capitals have an exclusive contract with Mr. Semin that requires him to play the current season for the Washington Capitals. Mr. Semin and Lada Togliatti have violated that right, a violation that continues every day that Mr. Semin does not report to the Washington Capitals. Mr. Gandler is assisting Mr. Semin in violating the Washington Capitals' rights.

31.     Particularly in light of the news regarding Lada Togliatti's financial status, the Washington Capitals had been hopeful that litigation could be avoided and that Mr. Semin would resolve the dispute by leaving Lada Togliatti for the Washington Capitals. The Washington Capitals have attempted to persuade Mr. Semin (through Gandler) that Mr. Semin should honor his contract. Regrettably, based on the most recent information that we have been receiving, that now appears not to be the case. Hence we commenced this lawsuit this past week and, in the light of the current circumstances, seek this injunctive relief now.

32.     If Mr. Semin signs a contract to play hockey for a new team in Russia, or is traded to a new team in Russia, the Washington Capitals' rights will continue to be violated. In addition, the Washington Capitals' rights are likely to prove even more difficult to enforce, since yet another new party would be involved.

33.     Only one NHL season remains under the Semin Contract, the present 2005-2006 season. Immediate relief is required in order for the voluntarily agreed upon contract between Mr. Semin and the Washington Capitals to carry any binding effect prior to its expiration. Delay in the enforcement of the Washington Capitals' rights is likely to deprive the Washington Capitals of any part of their contractual right to Mr. Semin's services.

0109/44419-001 Current/7572488v4                                                                 10/31/2005 02:37 PM

34. The Semin Contract provides that Mr. Semin "represents and agrees that he has exceptional and unique knowledge, skill and ability as a hockey player, the loss of which cannot be estimated with certainty and cannot be fairly or adequately compensated by damages. [Semin] therefore agrees that [the Washington Capitals] shall have the right, in addition to any other rights which the Club may possess, to enjoin him by appropriate injunctive proceedings without first exhausting any other remedy which may be available to [the Washington Capitals], from playing hockey for any other team and/or for any breach of any of the other provisions of this contract." Semin Contract ¶6. The same provision appears in the form of Standard Player Contract that is annexed to the new Collective Bargaining Agreement (the "CBA") between the NHL and the NHLPA, which was negotiated by the player representatives, and approved by the NHL players. The relevant excerpt of the CBA governing the Standard Player Contract, and the form of Standard Player Contract that appears in the new CBA, is Exhibit O. The provision appears at paragraph 6 of the new form of Standard Player's Contract. *See* Exhibit O.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   Washington, DC
            November 1, 2005

_____
George McPhee