# Exhibit B



September 21, 2004

Mr. Alexander Semin
Voronova 18d #155
Krasnoyavsr
Russia 660131

Dear Alexander:

The Washington Capitals properly assigned you to the Portland Pirates of the AHL on September 14, 2004. Portland's training camp begins on September 26, 2004.

Notwithstanding such assignment, you have been playing for LADA Togliatti of the Russian Elite League, in breach of the Collective Bargaining Agreement and your Standard Player's Contract ("SPC"), including but not limited to Paragraphs 2 and 11 of the SPC. For the foregoing reasons, the Washington Capitals are hereby suspending you without pay. Your suspension shall be effective until you report to, and pass a physical administered by, the Portland Pirates.

Sincerely,

George McPhee
Vice President/General Manager

Cc: Dmitry Goryachkin (agent)
    Central Registry
    NHL—NY
    NHLPA