# Exhibit D



October 5, 2004

DICK PATRICK
President

Alexander Semin
Voronova 18d #155
Krasnoyavsr
Russia 660131

Re: <u>Suspension and Fine</u>

Dear Alexander:

Please be advised that you remain suspended pursuant to Paragraphs 2 and 11 of your Standard Player Contract ("the SPC"), as you were notified in my September 21, 2004 letter to you. Further, while we may consider lifting the suspension upon you reporting promptly to and passing a physical administered by the Portland Pirates, we are concerned that your failure to report immediately to Portland may reduce your effectiveness, level of conditioning, and skill, and therefore want to put you on notice that the term of your suspension may continue for the entire 2004-2005 season (and beyond), and may exceed the term of the present work stoppage.

Pursuant to Paragraph 4 of your SPC, and specifically as a result of your "conduct impairing the thorough and faithful discharge of the duties incumbent upon the Player," please be advised that the Washington Capitals have elected to fine you $1000 for each day that you fail to report to the Portland Pirates in breach of your obligations under your SPC and the CBA. The daily fine in the amount of $1000 is due and owing for the period beginning September 14, 2004 and continuing through the term of your suspension by the Washington Capitals.

Sincerely,

Dick Patrick
President

Cc: Dmitri Goryachkin
    Bill Daly
    Julie Grand
    Steve Pellegrini
    NHLPA

401 9th Street, NW • Suite 750 • Washington, DC 20004 • 202-266-2266 • 202-266-2260 Fax