# Exhibit E



DICK PATRICK
President

October 5, 2004

Leonid Vaisfeld
LADA Togliyatti Hockey Team
445047 Togliatti, 37 Primorsky bulvar
RUSSIA

Re:  Alexander Semin

Dear Leonid:

Please be advised that Alexander Semin is currently a party to a valid Standard Player's Contract ("SPC") with the Washington Capitals of the National Hockey League, through the 2005-06 season. A copy of the SPC is attached hereto. Under the terms of the SPC, the Washington Capitals assigned Mr. Semin to the Portland Pirates of the American Hockey League ("AHL") on September 14, 2004.

Despite the fact that Mr. Semin has a contract that requires him to play for the Portland Pirates in the United States, we understand that he has been playing hockey for your team, in breach of the Collective Bargaining Agreement between the NHL and the National Hockey League Players' Association and Mr. Semin's SPC. Accordingly, both the Washington Capitals and the Portland Pirates have suspended Mr. Semin without pay, and the Washington Capitals have elected to fine him $1,000 per day, which suspensions and fines shall continue at least until he reports to, and passes a physical administered by, the Portland Pirates, and may continue for the entire 2004/05 season (and beyond), and possibly beyond the term of the present work stoppage. Of course, the fact that Mr. Semin is suspended does not in any way eviscerate his obligation to report to Portland, nor does it serve as a basis for him to play for any club other than Portland.

We expect that LADA Togliyatti will recognize and honor the SPC between the Washington Capitals and Mr. Semin, and that LADA Togliyatti will not interfere with Mr. Semin's contractual obligations to report promptly to Portland. In the event that we are not able to secure the assistance of LADA Togliyatti in this matter, please be advised that the Washington Capitals may pursue legal action against LADA Togliyatti, Mr. Semin and his representatives. In addition, the Washington Capitals may also seek to recover damages from LADA Togliyatti in the event that Mr. Semin is injured while playing or practicing for LADA Togliyatti.


Page 2

If you have any questions in this regard, please call me. We look forward to hearing from you upon your review of this letter.

Sincerely,

Dick Patrick
President

Cc: Dmitri Goryachkin
    Bill Daly
    Julie Grand
    NHLPA