# Exhibit F



## IMG

Dmitri Goryachkin, Esq.
Vice President

October 7, 2004

Mr. Dick Patrick
President
Washington Capitals
Market Square North
401 Ninth Street NW, Suite 750
Washington, DC 20004

**VIA FACSIMILE
AND
FEDERAL EXPRESS**

Re: <u>Alexander Semin</u>

Dear Dick:

Thank you for your letter of October 5, 2004. Unfortunately, it appears that I have failed to adequately explain Alexander's current situation/dilemma to the Capitals.

In my September 24, 2004 letter to George McPhee (copy enclosed), I informed the Capitals that Alexander had accepted his assignment to the Portland Pirates and was preparing to leave Russia for the U.S. on September 26, 2004, in accordance with the Capitals' instructions.

Then, in my September 30, 2004 letter to George McPhee (copy enclosed), I notified the team that Alexander was unable to leave the country due to unforeseen circumstances beyond his control -- namely, he had been served with an official government notice regarding his mandatory military service, which requires him to report later this month. Having received the military conscription notice, Alexander cannot, by law, leave Russia and is therefore unable to report to the Portland Pirates.

For the next couple of weeks until he reports to the army, Alexander will do his best to stay in shape and continue to develop his hockey skills. Obviously, Alexander does not relish the thought of being sent to active military duty. At this point, we are trying to get more information from Russia regarding this matter and the options that may be available to Alexander. For the time being, however, there is nothing that Alexander can do regarding the Capitals' request that he report to Portland. One thing, however, is certain: If we cannot find a way to allow Alexander to play hockey while serving in the army, he will be assigned to active duty and be shipped off to some dangerous place such as Chechnya. Obviously, this is not a desired result. Therefore, it would be best at this time for none of the parties to aggravate LADA, since LADA would be the only team for which Alexander could play during his military service (due to the existence of that certain four year contract he signed with LADA in 2002).

October 7, 2004
Page 2

It is a pity that, instead of trying to help Alexander resolve this difficult situation, the Capitals are threatening to penalize him for something over which he has no control pursuant to the laws of the Russian Federation.

In light of the foregoing, we again ask for an immediate withdrawal of Alexander Semir's suspension and the rescinding of all fines that the Capitals have attempted to levy against him.

Sincerely,

Dmitri Goryachkin

enclosures

c.c. I. Pulver – NHLPA (w/o enclosures)
    B. Daly – NHL (w/o enclosures)
    JP Barry (w/o enclosures)
    T. Prince – IMG Legal (w/enclosures)