# Exhibit G



**IMG**

Terence B. Prince
*Vice President, Legal Department*
*Director of Legal Affairs, IMG Team Sports*

October 8, 2004

Mr. Dick Patrick                                   **VIA FACSIMILE (202/266-2250)**
President
Washington Capitals
Market Square North
401 Ninth Street NW, Suite 750
Washington, DC 20004

Re: <u>Alexander Semin</u>

Dear Mr. Patrick:

I have received copies of all of the recent correspondence to and from the Washington Capitals regarding Alexander Semin (including your October 5th letter to Mr. Leonid Vaisfeld of LADA).

Based on that correspondence and my conversations with the applicable IMG employees, it is clear that IMG is doing everything it can to work in good faith with the Capitals to resolve the predicament in which Mr. Semin currently finds himself. It is also clear that IMG and all of its employees have been acting in a manner that is wholly appropriate. IMG and its employees have been mindful of and have respected the contractual relationship between the Capitals and Mr. Semin, and we are diligently working to resolve the situation to the satisfaction of all concerned.

Accordingly, I find it is highly inappropriate and, quite frankly, offensive that the Capitals have taken to threatening IMG with legal action based on the Capitals' spurious claims of tortious interference. We take all such allegations very seriously and with great umbrage. Your charges of tortious interference are hereby rejected out of hand as baseless and without merit. The facts of this matter in no way support the charges you have levied against IMG.

Accordingly, demand is hereby made upon the Washington Capitals to cease and desist immediately from making any additional charges of tortious interference against IMG or its employees. Given the frivolous nature of those charges, they amount to nothing more than a form of harassment. To that end, those statements are actionable.

If any such charges are levied again against IMG and/or its employees in this matter, IMG will take all appropriate actions to defend itself, its reputation and its good will.

22 EAST 71ST STREET  |  NEW YORK, NY 1 10021-6911

Mr. Dick Patrick
October 8, 2004
Page 2


I trust that you can appreciate the serious nature of this matter and that, as a result, the Washington Capitals will act accordingly.

IMG hereby reserves all of its rights and prospective remedies regarding this matter.

Please govern yourself accordingly.

Sincerely yours,

Terence B. Prince

cc:   Bill Daly
      Dmitri Goryachkin
      JP Barry
      Pat Brisson
      Peter Johnson