# Exhibit I



Terence B. Prince
*Vice President, Legal Department*
*Director of Legal Affairs, IMG Team Sports*

October 26, 2004

Mr. George McPhee
Vice President,
General Manager
Washington Capitals
401 9th Street, NW
Suite 750
Washington, DC 20004

**VIA FAX (202-266-2250)**
**AND**
**U.S. MAIL**

**Re: <u>Alexander Semin</u>**

Dear George:

Thank you for your October 18th letter, which I have discussed with the appropriate persons here at IMG.

Before responding specifically to your letter, I would like to point out a couple of facts. First, IMG is not an active participant in the evolving situation in Russia regarding Alexander Semin. IMG, as Alexander's agent, is essentially just an interested observer and concerned advisor. IMG is not, as you seem to suggest, "involved" in the events surrounding Alexander's conscription except to the extent that we are working feverishly to do what is best for Alexander (including keeping him out of harm's way). Second, please be advised that the information Dmitri Goryachkin has provided to you is what has been provided to him by Alexander and LADA. If there are inaccuracies in that information, Dmitri cannot, of course, be held accountable. Dmitri is striving to keep the Capitals apprised of the developments in this matter, and is relaying said information to you so that you will be kept abreast of said developments. Dmitri is not a guarantor of the information that he is, as a professional courtesy, passing on to the Capitals.

As requested in your October 18th letter, we are enclosing copies of what I have been told are (1) Alexander's conscription notice and (2) his 2002 contract with LADA. As you also requested, we have been told that Alexander did meet with the appropriate Russian military officials in Togliyatti on October 15, 2004 (as required pursuant to his conscription notice) and was ordered to report to the same office on October 25, 2004 to receive notification of his military assignment. We are, at this time, attempting to determine what happened yesterday and, when we do, we will promptly notify you.

The Capitals have apparently spent a great deal of time and/or money researching the relevant Russian law on this matter, and we thank you for sharing some of that with us. To that end, we have a few inquiries on which we hope your Russian counsel can assist us, as follows: Assuming for a moment that Alexander's conscription is valid, then how will the Capitals navigate around the troublesome provisions of Article 83 of the Labour Code of the Russian Federation? If Article 83 terminates Alexander's LADA contract, wouldn't Article 83 have the same effect on the Capitals contract with Alexander? And, if true, then what does such a termination of the Capitals contract do to the professional playing status of Alexander once he has completed his required military service? I would appreciate the advice of your Russian attorneys on these points. Please also have your Russian attorneys confirm what has been told to us regarding Alexander's travel restrictions (that is, Alexander cannot leave Russia once he has received notice of conscription). Thank you in advance.

Finally, please keep in mind that it is IMG's first priority to keep Alexander safe. The second priority is to enable Alexander to continue to develop his hockey skills in whatever country he may find himself. We assume that the Capitals' priorities are similarly aligned in this matter. Therefore, IMG welcomes the opportunity to work with the Capitals so as to reach a resolution that is in the best interests of Alexander.

We look forward to receiving the advice you receive from your Russian counsel regarding the issues I raised above. We also welcome any suggestions you may have regarding the difficult situation in which Alexander currently finds himself.

Sincerely yours,

Terence B. Prince

enclosures

cc: Client (w/o enclosures)
J.P. Barry (w/o enclosures)
Dmitri Goryachkin (w/o enclosures)
Ted Saskin (w/o enclosures)



Форма № 22
к п.п. 35, 41 Инструкции

Гражданину
проживающему

ПОВЕСТКА

На основании Федерального Закона «О воинской обязанности и военной службе» Вы призваны на военную службу и обязаны « » 200 г. к ч. явиться в военный комиссариат района по адресу:

При себе иметь паспорт (документ, удостоверяющий личность), а также

М.П. Военный комиссар района

(подпись, инициалы, фамилия)

Обязанности гражданина, призванного на военную службу

1. В соответствии с Федеральным законом «О воинской обязанности и военной службе» граждане, не пребывающие в запасе, призванные на военную службу, обязаны явиться по повестке военного комиссариата на медицинское освидетельствование, заседание призывной комиссии или отправке в воинскую часть для прохождения военной службы, имея при себе удостоверение гражданина, подлежащего призыву на военную службу, паспорт (удостоверение личности) гражданина Российской Федерации.

2. В случае неявки без уважительной причины гражданина по повестке военного комиссариата на мероприятия, связанные с призывом на военную службу, указанный гражданин считается уклоняющимся от военной службы и привлекается к ответственности в соответствии с законодательством Российской Федерации.

Уважительной причиной неявки по вызову (повестке) военного комиссариата, при условии документального подтверждения, являются:

- заболевание или увечье, связанное с утратой трудоспособности;

- тяжелое состояние здоровья отца, матери, жены, мужа, сына, дочери, родного брата, родной сестры, дедушки, бабушки или усыновителя гражданина либо участие в похоронах указанных лиц;

- иные причины, признанные уважительными комиссией по постановке граждан на воинский учет или судом.

По истечении действия уважительной причины граждане являются в военный комиссариат немедленно, без дополнительного вызова.

Статья 328. Уклонение от прохождения военной и альтернативной гражданской службы (Уголовный Кодекс Российской Федерации)

1. Уклонение от призыва на военную службу при отсутствии законных оснований для освобождения от этой службы – наказывается штрафом в размере от двухсот до пятисот минимальных размеров оплаты труда или в размере заработной платы или иного дохода осужденного за период от двух до пяти месяцев,



**Вниманию Профессионального хоккеиста!**

*Прежде чем подписывать контракт, Вы должны внимательно изучить его, чтобы быть уверенным, что все условия и обязательства, оговорённые ранее, включены в контракт и его содержание и трактовка Вам понятны.*

## КОНТРАКТ ПРОФЕССИОНАЛЬНОГО ХОККЕИСТА
(срочный трудовой договор)

СДЮО Хоккейный клуб «Ак...» именуемый в дальнейшем «Клуб», в лице [illegible] Соколова Константина Григорьевича [illegible] Клуба, действующего на основании Устава Клуба, с одной стороны, и гражданин Сёмин Александр Валерьевич (ФИО) именуемый в дальнейшем «Профессиональный хоккеист», с другой стороны, руководствуясь достигнутым соглашением, заключили настоящий контракт о нижеследующем:

### 1. ПРЕДМЕТ КОНТРАКТА

1.1. Правовое регулирование и оформление взаимоотношений Профессионального хоккеиста и Клуба.

1.2. В зависимости от заключения Главного тренера или Генерального менеджера Клуба, Профессиональному хоккеисту поручается, и он соглашается на выступление в следующих командах Клуба:

(А) В основной команде Клуба

(Б) Во второй команде Клуба («фарм-клуб») ДА

(В) В юношеской команде Клуба

1.3. Стороны соглашаются, что уровень качества игры Профессионального хоккеиста, использование Профессионального хоккеиста и решение в какой команде Клуба выступает и в какой команде Клуба тренируется Профессиональный хоккеист, определяется исключительно по заключению Главного тренера или Генерального менеджера Клуба.

Клуб ____________ Профессиональный хоккеист ____________



1.4. Профессиональный спортсмен и Клуб соглашаются с тем, что трудовые отношения не могут быть установлены на неопределенный срок, с учетом характера предстоящей работы и условиям ее выполнения, поэтому заключаемый контракт является срочным.

1.5. С учетом необходимости выполнения трудовых функций за пределами нормальной продолжительности рабочего времени, по соглашению сторон Профессиональному хоккеисту устанавливается ненормированный рабочий день.

## 2. СРОК ДЕЙСТВИЯ КОНТРАКТА

2.1. Срок действия контракта ________ (________) лет/года[2]
Начало: ________ Окончание: ________

2.2. По соглашению сторон устанавливается испытание при приеме на работу сроком ________

2.3. При неудовлетворительном результате испытания Клуб имеет право до истечения срока испытания расторгнуть контракт с хоккеистом, предупредив его об этом в письменной форме не позднее, чем за три дня с указанием причин, послуживших основанием для признания этого хоккеиста не выдержавшим испытание.

2.4. Если срок испытания истек, а Профессиональный хоккеист продолжает работу в соответствии с настоящим контрактом, он считается выдержавшим испытание. Положительный результат испытания, а также надлежащим образом оформленная лицензия Профессионального хоккеиста, выданная ПХЛ, является свидетельством наличия у Профессионального хоккеиста соответствующей профессиональной квалификации, устраивающей Клуб.

## 3. ОБЯЗАННОСТИ СТОРОН

Профессиональный хоккеист принимает на себя следующие обязательства:

3.1. Предоставить свои исключительные игровые услуги, знания, умение и навыки только Клубу, отработать установленный контрактом срок и не заключать никаких контрактов с другими хоккейными клубами и организациями Российской Федерации и за рубежом на все время действия настоящего контракта.

---

[1] Заключение контракта с ... допускается с согласия ... лиц ...
В случаях получения основного общего образования, контракт могут заключать лица, достигшие возраста пятнадцати лет.
С согласия одного из родителей (опекуна, попечителя) ... органа опеки и попечительства ... Профессионального хоккеиста не будет ущерба ... лет ... причинять вреда его здоровью и нарушать процесс обучения.
[2] Срок контракта не может превышать пяти лет.
[3] Срок испытания не может превышать трех месяцев.
Испытание при приеме на работу не устанавливается для лиц, не достигших возраста восемнадцати лет.

Клуб: ________ Профессиональный хоккеист: ________

При этом Профессиональный хоккеист со всей ответственностью заявляет, что на момент подписания настоящего контракта не имеет никаких препятствий (в том числе, оформленных в письменной форме) для его заключения и не имеет никаких обстоятельств и документов, которые могут сделать настоящий контракт недействительным после его подписания. Иные контракты и разного рода письменные обязательства с другими хоккейными клубами, организациями и их официальными представителями, как в Российской Федерации, так и за рубежом, Профессиональный хоккеист может заключать и подписывать исключительно после освобождения от обязательств, предусмотренных настоящим контрактом.

3.2. Не играть ни за какую другую команду и не принимать участие в других спортивных мероприятиях без письменного разрешения Клуба.

3.3. Неукоснительно соблюдать Устав Клуба, Устав и Регламент Национальной [illegible] — федерации хоккея, Профессиональной [illegible], Международной федерации хоккея (ИИХФ) и требования настоящего контракта, включая правила по переходу в другие клубы России и клубы других стран, а также решения уполномоченных органов ФХР и ПХЛ при разрешении споров.

3.4. Принимать участие в официальных соревнованиях ПХЛ только при наличии лицензии профессионального хоккеиста.

3.5. Вести переговоры и подписывать контракты профессионального хоккеиста с российскими и зарубежными клубами только через представителей (агентов), имеющих официальную лицензию ПХЛ, кроме случаев, когда [illegible]

3.6. Выполнять [illegible] Клуба [illegible] касающиеся профессиональной [illegible]

3.7. [illegible] безоговорочно маршруты и транспортные средства, предложенные Клубом.

3.8. В связи с изменениями в организации командной игры Клуба, оказывать игровые услуги другому хоккейному клубу без расторжения данного контракта. Основанием такого перемещения является переуступка прав на услуги Профессионального хоккеиста другому клубу.

3.9. Постоянно находиться в оптимальной спортивной форме на протяжении всего хоккейного сезона и быть готовым выступить во всех [illegible] Клубом, как в рамках регулярного [illegible], так и в международных играх, товарищеских, коммерческих матчах, а также [illegible] чемпионатах.

3.10. В целях поддержания высокой спортивной формы для выполнения своих обязанностей по настоящему контракту Профессиональный хоккеист обязан являться на тренировки [illegible] руководством [illegible] время [illegible]

3.11. Присутствовать на всех [illegible] и [illegible] мероприятиях, организуемых Клубом.

Клуб ______________ Профессиональный хоккеист ______________

3.12. Вести себя на и за пределами хоккейной площадки в соответствии с высокими требованиями честности, морали, справедливой игры и спортивных отношений, и воздерживаться от нанесения ущерба Клубу, ФХР, ПХЛ и профессиональному хоккею в целом.

3.13. Проходить регулярные занятия (тренировки), если временно не сможет участвовать в играх и если его коснется временная дисквалификация.

3.14. Не принимать без согласования с врачом Клуба наркотические, анаболические, сильнодействующие, а также стимулирующие медицинские препараты, что может повлечь дисквалификацию Профессионального хоккеиста и ухудшение его здоровья.

3.15. Сохранять в тайне в течение всего времени действия настоящего контракта и 5 лет после его расторжения ставшие ему известными во время работы в Клубе касающиеся данные, являющиеся коммерческой тайной:

– имеющуюся в Клубе специальную и юридическую документацию, в том числе бухгалтерскую и статистическую;

– сведения, связанные с финансовыми операциями как самого Клуба, так и его деловых партнеров;

– сведения, связанные с выполнением непосредственно своих обязанностей, в том числе и размер установленного денежного вознаграждения;

– сведения, связанные с деятельностью Клуба и его партнеров, о проводимых ими коммерческих, юридических, научных разработках, являющихся собственностью Клуба.

3.16. Не получать от частных лиц [illegible] денежные [illegible] ценных подарков [illegible] Менеджеру Клуба.

3.17. Передать Клубу на период действия настоящего Договора все права на использование своего изображения и имени в рекламных целях, если иное не установлено дополнительным соглашением.

*Клуб обязан:*

3.18. Соблюдать законы и иные нормативные правовые акты, [illegible] нормы настоящего Контракта.

3.19. Создавать необходимые условия для выполнения Профессиональным хоккеистом своих профессиональных обязанностей.

3.20. [illegible] соответственно [illegible] контракта. На период временной нетрудоспособности Профессиональному хоккеисту выплачивается пособие в размере и на условиях, предусмотренных действующим законодательством Российской Федерации.

Клуб ____________ Профессиональный хоккеист ____________

3.21. Предоставлять Профессиональному хоккеисту ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней. [illegible] производится не позднее, чем за три дня до его начала.

Профессиональному хоккеисту предоставляется ежегодный дополнительный оплачиваемый отпуск продолжительностью три календарных дня.

3.22. Обеспечить Профессиональному хоккеисту условия труда, отвечающие требованиям безопасности и гигиены, в том числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.23. Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.24. Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.25. При заключении контракта и [illegible] Клуб обязан провести [illegible] обследование Профессионального хоккеиста для определения [illegible] пригодности для выполнения [illegible] работы. После прохождения медицинского обследования Клубом составляется медицинское заключение о состоянии здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе после подписания настоящего контракта [illegible] подтверждением того, что он здоров на момент подписания контракта и прошел [illegible] углубленное медицинское обследование в данном Клубе [illegible] для выполнения условий настоящего контракта.

3.26. [illegible] Профессионального хоккеиста [illegible] законодательством Российской Федерации своевременно и [illegible] удерживать и перечислять в соответствующие бюджеты все [illegible]

***Обязательства сторон по переходу и временной передаче услуг Профессионального хоккеиста*** [illegible]

3.27. Условия перехода в НХЛ. [illegible] Профессиональный хоккеист и Клуб соглашаются выполнять все условия Договора между ИИХФ и Национальной хоккейной лигой (далее НХЛ), распространяющиеся на них, включая все условия Договора между ИИХФ и НХЛ по переходу игроков в клубы НХЛ. Профессиональный хоккеист и Клуб также соглашаются выполнять все условия Договора между ИИХФ и ФХР, распространяющиеся на них, включая все условия Договора между ИИХФ и ФХР по переходу игроков в клубы НХЛ.

3.28. Условия перехода в Профессиональные клубы США и Канады, кроме НХЛ [illegible]

---

[4] Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

Клуб ____________

Профессиональный хоккеист ____________



Профессиональный хоккеист соглашается не переходить в профессиональные Клубы США и Канады, кроме НХЛ, без наличия письменного и подписанного разрешения Клуба.

**3.29. Условия перехода в Клубы Юношеских Лиг США и Канады**

Профессиональный хоккеист и Клуб соглашаются выполнять все условия и положения ИИХФ и ФХР, распространяющиеся на них, включая условия и положения ИИХФ и ФХР по переходу игроков в Клубы юношеских Лиг США и Канады. Кроме того, Профессиональный хоккеист соглашается не переходить в Клубы юношеских лиг США и Канады без наличия письменного и подписанного разрешения Клуба.

**3.30. Переуступка или временная передача услуг Профессионального хоккеиста в другие Клубы России или Европы.**

Клуб имеет право на переуступку или временную передачу услуг Профессионального хоккеиста в любой другой Клуб России или Европейский Клуб, и Профессиональный хоккеист соглашается на подобную переуступку на условиях, предусмотренных настоящим контрактом. Отказ Профессионального хоккеиста выступать за любой другой Клуб России или Европейский Клуб является нарушением условий настоящего контракта и равносилен отказу игрока выступать за Клуб.

**3.31. Эмансипация**

Профессиональный хоккеист и его родитель(и) или опекун(ы) заявляют и соглашаются в том, что они выполнят в случае необходимости все требования Клуба и/или Суда и подпишут все документы и подписи, если потребуется, в соответствующем российском Суде для объявления Профессионального хоккеиста эмансипированным. При этом они заявляют, что действуют согласно желанию Профессионального хоккеиста и своей свободной воле, и имели полную возможность до подписания настоящего контракта обсудить все его условия и обязательства с юристами, психологами, личными представителями и агентами.

**СУММА КОНТРАКТА**

4.1. За выполнение предусмотренных данным контрактом обязательств, Клуб выплачивает Профессиональному хоккеисту заработную плату в размере (см. приложение) рублей в месяц.[5] Заработная плата выплачивается не реже, чем каждые полмесяца в день, установленный администрацией Клуба. В зависимости от оценки за игру, которая выставляется Главным тренером, Профессиональному хоккеисту может выплачиваться переменное вознаграждение в размере и на условиях, предусмотренных «Положением о премировании и депремировании, действующим в Клубе». На основании указанного Положения Профессиональный хоккеист может быть депремирован в случае нарушения им условий настоящего контракта или совершения действий, несовместимых со статусом профессионального игрока.

---

[5] Размер и условия выплаты заработной платы, а также вся система оплаты труда Профессионального хоккеиста могут устанавливаться приложением к настоящему контракту

Клуб ____________ Профессиональный хоккеист ____________

3.21. Предоставлять Профессиональному хоккеисту ежегодный основной оплачиваемый отпуск продолжительностью 28 календарных дней*. Оплата отпуска производится не позднее, чем за три дня до его начала.

Профессиональному хоккеисту предоставляется ежегодный дополнительный оплачиваемый отпуск продолжительностью [illegible] календарных дня.

3.22. Обеспечить Профессиональному хоккеисту условия труда, отвечающие требованиям безопасности и гигиены, в том числе предоставлять необходимую спортивную одежду и спортивный инвентарь в соответствии с установленными в Клубе нормативами.

3.23. Создавать необходимые и достаточные условия для проживания и питания Профессионального хоккеиста в учебно-тренировочные и игровые периоды вне его постоянного места жительства.

3.24. Обеспечить обязательное медицинское и социальное страхование Профессионального хоккеиста при утрате трудоспособности, по возрасту и в иных установленных Законом случаях.

3.25. При заключении контракта в недельный срок Клуб обязан провести [illegible] обследование Профессионального хоккеиста для определения его пригодности для выполнения предстоящей работы. После прохождения медицинского обследования Клубом составляется медицинское заключение о состоянии здоровья Профессионального хоккеиста. Фактический допуск Профессионального хоккеиста к работе после подписания настоящего контракта является подтверждением того, что он здоров на момент подписания контракта [illegible] углубленное медицинское обследование в данном [illegible] для выполнения условий настоящего контракта.

3.26. [illegible] агентом Профессионального хоккеиста [illegible] Российской Федерации [illegible] все [illegible]

***Обязательства сторон по переходу и временной передаче услуг Профессионального хоккеиста [illegible]***

3.27. Условия перехода в НХЛ. Профессиональный хоккеист и Клуб соглашаются выполнять все условия Договора между ИИХФ и Национальной хоккейной лигой (далее «НХЛ»), распространяющиеся на них, включая все условия Договора между ИИХФ и НХЛ по переходу игроков в клубы НХЛ. Профессиональный хоккеист и Клуб также соглашаются выполнять все условия Договора между ИИХФ и ФХР, распространяющиеся на них, включая все условия Договора между ИИХФ и ФХР по переходу игроков в клубы НХЛ.

3.28. Условия перехода в Профессиональные клубы США и Канады, кроме НХЛ.

---

* Ежегодный основной оплачиваемый отпуск Профессиональным хоккеистам в возрасте до 18 лет предоставляется продолжительностью 31 календарный день.

Клуб ____________

Профессиональный хоккеист ____________

4.3. Премиальные выплаты Профессиональному хоккеисту, установленные приложениями либо документами к настоящему контракту, выплачиваются в порядке и на условиях, предусмотренных этими документами.

4.4. При выступлении Профессионального хоккеиста за вторую команду Клуба, ему выплачивается вознаграждение в размере ___% от суммы, установленной п. 4.1 настоящего контракта. Премиальное вознаграждение выплачивается в соответствии с Положением, действующим для второй команды Клуба.

При выступлении Профессионального хоккеиста за третью команду Клуба, ему выплачивается вознаграждение в размере ___% от суммы, установленной п. 4.1 настоящего контракта. Премиальное вознаграждение выплачивается в соответствии с Положением, действующим для третьей команды Клуба.

4.5. В случае направления Профессионального хоккеиста в другой хоккейный Клуб без расторжения данного контракта, Профессиональный хоккеист будет получать вознаграждение не менее ___% от установленного п. 4.1 Контракта. Источник выплат устанавливается Клубом.

4.6. При заключении контракта Профессиональному хоккеисту выплачивается единовременное пособие в размере ______ рублей.

4.7. При досрочном расторжении настоящего контракта Профессиональному хоккеисту выплачивается заработная плата за фактически проработанное время.

4.8. При нарушении Клубом установленного срока выплаты заработной платы, оплаты отпуска, выплат при увольнении и других выплат, причитающихся Профессиональному хоккеисту, Клуб обязан выплатить их с уплатой процентов (денежной компенсации) в размере и на условиях, предусмотренных действующим трудовым законодательством Российской Федерации.

4.9. В случае задержки выплаты заработной платы на срок более 15 дней, Профессиональный хоккеист имеет право, известив Клуб в письменной форме, приостановить работу на весь период до выплаты задержанной суммы.

Нарушение сроков выплаты заработной платы и иных сумм, причитающихся Профессиональному хоккеисту, не является основанием для расторжения настоящего контракта.

Клуб ____________ Профессиональный хоккеист ____________

## 5. РАСТОРЖЕНИЕ КОНТРАКТА

Контракт расторгается с истечением срока его действия, по соглашению сторон, а также в иных случаях, предусмотренных Трудовым кодексом Российской Федерации.

## 6. РАЗРЕШЕНИЕ СПОРОВ

6.1. Индивидуальные трудовые споры и неурегулированные разногласия между Клубом и Профессиональным хоккеистом рассматриваются в комиссиях по трудовым спорам, которые действуют в Клубах в соответствии с Главой 60 Трудового кодекса Российской Федерации.

6.2. В случае, если индивидуальный трудовой спор не рассмотрен комиссией по трудовым спорам, а также в случае несогласия Клуба или Профессионального хоккеиста с решением комиссии по трудовым спорам, этот спор может быть перенесен для рассмотрения по существу в Арбитражный комитет ФХР и ПХЛ и стороны настоящего контракта соглашаются на исключительную юрисдикцию вышеуказанного Арбитража.

6.3. Все споры, разногласия или требования, возникающие из настоящего контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат рассмотрению исключительно на основании законодательства Российской Федерации.

6.4. В случае, если Профессиональный хоккеист переходит в любой другой Клуб, включая иностранный Клуб, без письменного разрешения Клуба, то Профессиональный хоккеист соглашается, что решение Арбитражного комитета ФХР и ПХЛ, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб, имеет полную силу в России и любой другой стране и Профессиональный хоккеист соглашается не опротестовывать решение Арбитражного комитета, запрещающее Профессиональному хоккеисту выступать за любой другой Клуб, включая иностранный Клуб.

6.5. Клуб и Профессиональный хоккеист соглашаются в том, что услуги, предоставляемые Профессиональным хоккеистом по настоящему контракту, уникальны, в связи с чем не могут быть адекватно возмещены Клубу, поэтому Клуб имеет право на требование и получение через соответствующие инстанции ИИХФ, ФХР, ПХЛ запрещения для Профессионального хоккеиста выступать за любой другой клуб Российской Федерации или любой другой страны. Данные условия никаким образом не ограничивают права Клуба на выставление любых других претензий Профессиональному хоккеисту.

## 7. ОСОБЫЕ УСЛОВИЯ КОНТРАКТА

7.1. Профессиональный хоккеист и Клуб соглашаются в том, что настоящий контракт направляется и регистрируется в ПХЛ в установленном Регламентом проведения соревнований порядке, а также в том, что Профессиональный хоккеист обязан получить освобождение от данных пунктов контракта, прежде чем он сможет предложить свои хоккейные игровые услуги любому другому Клубу, иным юридическим и физическим лицам в Российской Федерации и за ее пределами.

Клуб ________ Профессиональный хоккеист ________

7.2. В подготовительном и соревновательном периодах руководство Клуба имеет право устанавливать дополнительные разумные правила, регулирующие поведение и подготовку Профессионального хоккеиста, причем эти правила являются частью настоящего контракта в той же мере, как если бы они были включены в него.

7.3. В случае заболевания или несчастного случая Профессиональный хоккеист, если обстоятельства позволят это сделать, должен немедленно предупредить Главного тренера и врача команды, и в течение 24 часов предоставить медицинское свидетельство, подтверждающее противопоказания занятием хоккеем, и явиться в Клуб для прохождения медицинского обследования под контролем врача Клуба.

7.4. Если Профессиональный хоккеист получает травму в ходе игры, при переездах с командой, командировках от Клуба, а также на тренировочных занятиях, Клуб оплачивает ему в установленном порядке госпитализацию, вплоть до выписки, при условии, что больница и врач определены Клубом.

7.5. Если Профессиональный хоккеист нездоров и не сможет больше играть по причине травмы, полученной в ходе исполнения обязанностей Профессионального хоккеиста, контракт не может быть расторгнут Клубом до восстановления трудоспособности или установления группы инвалидности.

7.6. Клуб вправе ставить вопрос перед ФХР и ПХЛ о дисквалификации и лишении лицензии Профессионального хоккеиста за нарушение условий настоящего контракта. В случае наступления дисквалификации на срок более одного месяца Клуб вправе расторгнуть контракт.

7.7. Клуб имеет право заключить с Профессиональным хоккеистом, которого принимает на работу, ученический договор (применительно к Главе 32 Трудового кодекса РФ).

Данный договор будет являться гражданско-правовым и регулироваться гражданским законодательством.

7.8. Профессиональный хоккеист соглашается с тем, что не имеет права уклониться от заключения ученического договора, так как профессиональное обучение, повышение квалификации, совершенствование мастерства есть неотъемлемая часть основных обязанностей Профессионального хоккеиста, принятых на себя по настоящему контракту.

7.9. В случае потери трудоспособности Профессионального хоккеиста по данному виду деятельности в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает Профессиональному хоккеисту в течение месяца единовременную компенсацию в размере 50% от годовой суммы контракта (суммы заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

Клуб ________________ Профессиональный хоккеист ________________

7.10. В случае смерти Профессионального хоккеиста в результате исполнения им обязанностей по настоящему контракту, Клуб выплачивает его семье в течение месяца единовременную компенсацию в размере полной годовой суммы контракта (сумму заработной платы за соответствующий год), установленной данным контрактом или приложениями к нему.

## 8. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ

8.1. После завершения очередного хоккейного сезона условия настоящего контракта могут быть пересмотрены по обоюдному письменному согласию сторон.

8.2. Профессиональный хоккеист и Клуб признают, что ФХР, ПХЛ и ИИХФ в свою очередь признают действительность настоящих пунктов контракта.

8.3. В части регулирования трудовых отношений контракт вступает в силу с момента его подписания сторонами. В части регулирования иных отношений, вытекающих из локальных нормативных актов ИИХФ, ФХР и ПХЛ, контракт вступает в силу с момента его регистрации в ПХЛ.

8.4. Контракт составлен в трех экземплярах, которые хранятся по одному у обеих сторон, в ПХЛ и имеют одинаковую юридическую силу.

*После прочтения настоящего контракта Клуб и Игрок соглашаются в том, что все условия и обязательства контракта, а также [illegible] им понятны. [illegible] имели полную возможность до его подписания обсудить все условия и обязательства со своими юристами, врачами, агентами, иными представителями и контракт подписывается при свободном волеизъявлении сторон.*

## АДРЕСА И ПОДПИСИ СТОРОН

**КЛУБ** **ПРОФЕССИОНАЛЬНЫЙ ХОККЕИСТ**

Адрес: [illegible]

ИНН [illegible]

Паспорт [illegible]

Адрес: [illegible]

Президент Клуба [signature]

М.П.

ХК «ЛАДА» [stamp]