# Exhibit J



# THE ICE HOCKEY FEDERATION OF RUSSIA

TO : THE INTERNATIONAL ICE HOCKEY FEDERATION
ATTN : Mr.Jan-Ake Edvinsson, General Secretary
FROM : Valentin Kozin, General Secretary
DATE : 02.11.2004
PAGES : 3
RE : Player Alexander Semin

Dear Jan-Ake,

Please be advised that player Alexander Semin, has played with the HC Lada, Togliatti from 16.09.2004 once after lock out announcement.
The player has played 52 games in NHL that in ordinary season reduce his contract in one-sided. On September 23, 2004 we were informed that NHL consider this contract as two-sided and Alexander Semin should come to Washington Capitals due to exclusivity of this season.
In spite of the fact that at the moment there is no IIHF/NHL Agreement, Alexander Semin didn't play in the game against SKA, St.Petersburg (that confirms an official game sheet) and we have sent Alexander to Togliatti for following trip to Washington.
At home he got official notice regarding his mandatory military service. Besides, he was not allowed to leave the country.
At that moment Alexander Semin passed a medical commission and he will be called up for military service on November 9th 2004. After a long negotiation we achieved permission of military management for Alexander Semin to play with our team. Otherwise, he will have his military service in the Army that will negative influence his future professional player carrier.
We think that this decision is advantageous for both sides and first of all for Washington. Alexander Semin can play with Washington after completion of lock out, with considerably improved hockey skills.
We informed the agent of Alexander Semin about the above-mentioned and he has notified Washington management.

Sincerely,

Valentin Kozin
General Secretary

ФХР, РОССИЯ, 119992, МОСКВА
ЛУЖНЕЦКАЯ НАБ., 8
ТЕЛ: (095) 201-09-74 (Секретариат)
ФАКС: (095) 248-03-00

IHFR, LUZHNETSKAYA NAB., 8
119992, MOSCOW, RUSSIA
TEL: (7 095) 201 1973 (International Dep.)
FAX: (7 095) 248-03-22

[illegible] 14. 10. 2004 г., 9³⁰ [illegible] 1984

Форма № 22
к п.п. 35, 41 Инструкции

Гражданину [illegible]
проживающему [illegible]

# ПОВЕСТКА

На основании Федерального закона «О воинской обязанности и военной службе» Вы призваны на военную службу и обязаны «25» 10 2004 г. к «7» часам явиться в военный комиссариат [illegible] района по адресу: [illegible]

При себе иметь паспорт (документ, удостоверяющий личность), а также: [illegible]

М.П. Военный комиссар [illegible] района

[illegible]
(воинское звание, подпись и фамилия)

## Обязанности гражданина, призванного на военную службу

1. В соответствии с Федеральным законом «О воинской обязанности и военной службе» граждане, не пребывающие в запасе, призванные на военную службу, обязаны явиться по повестке военного комиссариата на медицинское освидетельствование, заседание призывной комиссии или отправку в воинскую часть для прохождения военной службы, имея при себе удостоверение гражданина, подлежащего призыву на военную службу, паспорт (удостоверение личности) гражданина Российской Федерации.

2. В случае неявки без уважительной причины гражданина по повестке военного комиссариата на мероприятия, связанные с призывом на военную службу, указанный гражданин считается уклоняющимся от военной службы и привлекается к ответственности в соответствии с законодательством Российской Федерации.

Уважительной причиной неявки по вызову (повестке) военного комиссариата, при условии документального подтверждения, является:

- заболевание или увечье, связанное с утратой трудоспособности;
- тяжелое состояние здоровья отца, матери, жены, мужа, сына, дочери, родного брата, родной сестры, дедушки, бабушки или усыновителя гражданина либо участие в похоронах указанных лиц;
- иные причины, признанные уважительными комиссией по постановке граждан на воинский учет или судом.

По истечении действия уважительной причины гражданин является в военный комиссариат немедленно, без дополнительного вызова.

**Статья 328. Уклонение от прохождения военной и альтернативной гражданской службы (Уголовный Кодекс Российской Федерации)**

1. Уклонение от призыва на военную службу при отсутствии законных оснований для освобождения от этой службы – наказывается штрафом в размере от двухсот до пятисот минимальных размеров оплаты труда или в размере заработной платы или иного дохода осужденного за период от двух до пяти месяцев, либо арестом на срок от трех до шести месяцев, либо лишением свободы на срок до двух лет.