# Exhibit K

-----Original Message-----
From: Donald Fishman
Sent: Thursday, August 25, 2005 3:56 PM
To: 'Goryachkin, Dmitri'
Cc: Barry, JP
Subject: RE: Alexander Semin

Dmitri (copy J.P.):

Thanks for the update.  This looks like forward progress.
Congratulations and great job.  Please continue to keep us posted.

We looked into flights for Alexander to come to Washington for the
beginning of training camp with his teammates on Sunday, September 11.
Unfortunately, our travel company cannot book the flight from
Krasnoyarsk to Moscow.  We will book Alexander's flight from Moscow to
Washington (does he prefer September 9 or 10 from Moscow?).  The
Capitals will of course reimburse Alexander for his flight or travel
expense from home to Moscow.

With respect to the international tournament, we will be unable to grant
our consent to Alexander's participation in the tournament.  We look
forward to a healthy and rested Alexander Semin in our lineup this
season.  Consequently, if Alexander participates in the tournament, it
would be at his own risk.

Let us know if he prefers September 9 or 10 for his flight from Moscow
to Washington and we will book it, or if he would prefer to book his
entire travel and be reimbursed in total, let us know.

Thanks.

-----Original Message-----
From: Goryachkin, Dmitri [mailto:DGoryachkin@IMGWORLD.COM]
Sent: Thursday, August 25, 2005 5:57 AM
To: Donald Fishman
Cc: Barry, JP
Subject: Re: Alexander Semin

Donald, please keep this quite, but it looks like I was able to work out
a deal with the Russian military. Please book Alexander's flight for
September 9. He will fly from Krasnoyarsk through Moscow to Washington.
It is important that this info does not appear in the press prior to the
Russian team releasing it first with concent of the military. Please
also be advised that Alex will play for the National team in the
tournament in the end of August, this was a part of the deal. Thank you.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Donald Fishman <dfishman@washcaps.com>
To: Goryachkin, Dmitri <DGoryachkin@IMGWORLD.COM>
CC: Barry, JP <JPBarry@IMGWORLD.COM>
Sent: Wed Aug 24 00:04:19 2005

1

Subject: RE: Alexander Semin

JP (copy Dmitri), I have tried to reach you by phone today.  Please call me at your earliest convenience, 202-266-2238.  We have been and will be patient with respect to Alexander Semin.  However, we expect to be kept in the loop daily or every other day, whether it be from Dmitri or you, on what is being done to negotiate for Alexander to come to Washington for training camp.  As I have mentioned before, we also stand ready to assist you.

Our goal is for Alexander to come to Washington and be in a Capitals uniform as of the beginning of training camp on Sunday evening, September 11.  Players are due to report by 5 PM on Sunday, September 11 for physicals.  All Washington players are currently working with the organization on immigration paperwork and travel plans to arrive in Washington by Sept. 11.  Can we begin such process with respect to Alexander?  Who should we contact to begin such process?

We are moving quickly on making plans for our lineup for the upcoming season and Alexander is a part of such plans.  As you know, the new CBA and salary cap dictate that teams be proactive in terms of projecting their rosters for the upcoming year.  As I know you understand, by next week, we will need to have a sense of whether he will or will not be part of the lineup so we can move to the next step in respect to determining our lineup for the 2005/06 season and determining Alexander's status for the 05-06 season, as well as with respect to Alexander's contractual obligations to the Washington Capitals.

I would like to have a much more regular dialogue beginning immediately.

JP, if you are not the person to put on notice regarding all of the above, please let me know.  Thanks.  --Don Fishman


Capitals single game ticket prices have been reduced by an average of 10%, and start as low as $10 per seat.  Please visit WashingtonCaps.com or call 202-397-7328 for ordering information.

For Washington Capitals and Washington Mystics Season Ticket and Plan Information Please Call 202-266-2277

or visit

WashingtonCaps.com

WashingtonMystics.com


WashingtonMystics.com

2