# Exhibit L

## Donald Fishman

**From:**     Goryachkin, Dmitri [DGoryachkin@IMGWORLD.COM]
**Sent:**     Wednesday, September 14, 2005 12:10 PM
**To:**       Donald Fishman
**Cc:**       Barry, JP
**Subject:**  Semin

**Importance:**     High

Dear Donald, Please be advised that of today IMG is not Semin's agent. W have been doing our best to try to help the Capitals to resolve his matter. Unfortunately, the player does not listen to our advice. We are not aware who he would choose as his new agent. We sincerely wish you luck in working with him.

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

1