# Exhibit M

878 Ridgeview Way
Franklin Lakes, NJ 07417-1542
Phone: 201-847-0077
Fax: 201-847-0188

**International Sports Advisors Co., Inc.**



| | | | |
|---|---|---|---|
| **To:** George McPhee | | **From:** Todd J. Diamond/Mark Gandler | |
| **Fax:** 202-266-2250 | | **Date:** September 14, 2005 | |
| **Phone:** 202-266-2235 | | **Pages:** 4 | |
| **Re:** Alexander Semin | | **CC:** | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Comments:** Dear George:

Please be advised that we are the new representatives for Alexander Semin. We will be in touch with you shortly to discuss his situation.

09/14/2005  09:26   +917676                    ALEXGOLD                                        PAGE  18

#4508 P.002

September 14, 2005

Via Telecopier: 403-206-3128

Mr. J.P Barry
Mr. Dmitri Goryachkin
IMG Hockey
801- 6th Street SW
Western Canadian Place
Suite 235
Calgary, Alberta T2P 3V8
CANADA

Dear Sirs:

Please be advised that effective immediately you and IMG Hockey Representation are terminated as my hockey agents. I request that you cease all business pertaining to my hockey career and personal matters effective immediately.

Very truly yours,

Alexander Semin

14.09.05

cc: NHLPA (by fax 416-313-2403)

# STANDARD PLAYER-AGENT CONTRACT

**AGREEMENT** made this 14th day of September 2005 by and between

Alexander Semin (the "Player") and International Sports Advisors Co. (the

"Agent") and (if applicable) Mark Gandler and Todd J. Diamond (the

"Guarantor") [2]

## WITNESSETH:

In consideration of the mutual promises hereinafter contained, the parties hereto promise and agree as follows.

1. **General Principles**

This Agreement is entered into pursuant to and in accordance with the National Hockey League Players' Association (the "NHLPA") Regulations Governing Agent Certification (the "Regulations") which may be amended from time to time. The Agent (or the Guarantor hereto if the Agent is a business entity) represents that he [3] has read and familiarized himself with the Regulations and has applied for, and received, certification from the NHLPA. The Agent (and

---

[1] A maximum of three agents may personally execute this contract as "Agent". In the alternative, this contract may be executed by one corporation, partnership or other legal entity as "Agent" if a valid reason for doing so is demonstrated to the NHLPA. An agent who is granted NHLPA authority to execute the Standard Player-Agent Contract through a corporation, partnership or other legal entity will be required to personally execute the contract as Guarantor. Where there is more than one agent executing the document as "Agent" all reference to "Agent" herein shall include the plural as required and the document shall be and interpreted accordingly unless the context requires that the singular be used.

[2] A maximum of three (3) agents may personally execute this contract as "Guarantor" and only where this contract has been properly executed by a corporation, partnership or other legal entity. Where there is more than one agent executing this contract as a "Guarantor", all reference to "Guarantor" herein shall include the plural as required and the contract shall be read and interpreted accordingly unless the context requires that the singular be used.

[3] References to "he" or "his" shall apply equally to she/her and it/its (in the case of a corporation, partnership or other legal entity).

#4522 P.004/004
09/14/2005  09:42  +917676        ALEXGOLD                    PAGE 01
                                                          #4509 P.009

-7-

| EXAMINE THIS CONTRACT CAREFULLY BEFORE SIGNING IT |

WITNESS WHEREOF, the parties hereto have executed this Agreement. (print name of each individual signing this contract below the signature line and, if the Agent is a business entity, in addition to the name of the person signing on behalf of the entity identify that person's position or status with the entity.

_[signature]_         _9/14/05_         _[signature]_
Witness               Date              Agent

_____           _____       _____
Witness               Date              Agent

_____           _____       _____
Witness               Date              Agent

_[signature]_         _14.09.05_        _[signature]_
Witness               Date              Player

_[signature] 14.09.2005_  _____
Witness               Date             Parent or Guardian
                                       (if Player is under 21 years of age)

                                       March 3, 1984
                                       Player's Date of Birth

In the event that the Agent is a corporation, partnership, joint venture or other business entity, the individual player representative must sign the guarantee set forth below.

In consideration of the payment of $10.00 by Player to the undersigned, and for other good and valuable consideration (the receipt and sufficiency of which is hereby acknowledged by the undersigned), the undersigned hereby unconditionally guarantees the due performance of all obligations and covenants of the Agent to the Player under this Agreement.

_[signature]_         _9/14/05_         _[signature]_
Witness               Date              Guarantor

_[signature]_         _9/14/05_         _[signature]_
Witness               Date              Guarantor

_____           _____       _____
Witness               Date              Guarantor