# Exhibit N



■ add to favorites  ■ make it

**Hockey Equipment For Less**
Save 30-70% Name Brand Hockey Equip
Graf Bauer CCM Easton Mission more

**Free Roots Hockey Jerse**
Free Roots Hockey Jersey Offe
Today!

Ads

10/30/2005
Home >>

Superleague > Interviews

Superleague
- News
- Interviews
- Playoffs
- Scores
- Schedule
- Standings
- Leaders Stats
- Teams Stats
- Teams
- Playing Mode

WJC
- News
- Interviews
- Scores
- Schedule
- Standings
- Leaders Stats
- Teams Stats
- Power Rankings

NHL
- News
- Interviews

Features
- Message Boards
- News Links
- Polls
- News Rankings
- Our Sources
- About us
- Contact us

Advertisement



## Alexander Semin: No one leaves Lada until November



Alexander Semin

By Pavel Savchik (Sport Express: October 12, 2005)
Translated by Alexei Belousenko (RusHockey.com) & Eugene Belashchenko (RussianProspects.com)

**According to Sport Express newspaper, a few leading Russian clubs Avangard, Dynamo, and Ak Bars are interested in obtaining Alexander Semin.**

**A. Semin**: Where am I going to continue my career? I don't know. My agent is working on this question. On Monday after practice a team meeting took place, where the club's president Moskalev announced that the club's budget will be cut by 50%, therefore players' payroll will substantially decrease. It's hard for me to comment what exactly happened, and why the sponsors refused to finance the team. We were told that the team's current roster will be broken up. Everyone, who wants, may search for another team. This announcement was a complete surprise for the team. No one knew or could predict that this kind of a thing could have occurred here in Togliatti. Everything was normal, we were preparing for our Wednesday's game...

**What are players saying about it amongst each other? What are they going to do?**
**A. Semin**: We are will going to play in Lada until November's transfer period. No one is going to go anywhere. We are still hoping that the situation may resolve itself.

**You didn't go to the NHL because you are in active military service. Is there possibility that you may end up in a regular military unit?**
**A. Semin**: No. This is not one of the possible outcomes.

**Will you be sorry to leave Togliatti, the team from which you broke onto**

- SKA
- Lokomot
- Khimik
- CSKA
- HC MVD
- Lada
- Seversta
- Spartak
- Vityaz
- Salavat Y
- Metallur
- Sibir
- Avangar
- Molot
- Dynamo
- Metallur

All Resul
Upcom

- Molot
- Vityaz
- Salavat Y
- Dynamo
- Lada
- Metallur
- Ak Bars
- Seversta
- Lokomot
- Avangar
- CSKA
- HC MVD

Russian Hockey Digest | Superleague | Interviews | Alexander Semin: No one loses Lada. Page 2 of 2

Case 1:05-cv-02094-HHK    Document 15-22    Filed 11/01/2005    Page 3 of 3



**Russia's national team?**
**A. Semin**: Of course, it's sad that the sponsors turned away from Lada, a team that successfully represented the interests of the largest auto manufacturing company in Russia. I spent two good seasons with this team, developing to the national team's level. But what can we do? The players are not the ones who make such decisions.

Back >>

**Neftekhi**
**SKA**
**Spartak**
**Khimik 1**

Full

10/12/2005

Last fort

Webs

We Re




Copyright © 2003 RusHockey.com. All Rights Reserved.

**NHL Team Jerseys**
Deals On Hockey Sweaters Shop Online Today!

**Hockey Jerseys Direct.com**
Athletic Knit, Biscuit, CCM, Bakka Projoy, SP, Tour, K1 Hockey Jerseys

Ads by Goooooogle