IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,

-against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendants.

Case No: 1:05 CV 02094 (HHK)

---

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY AND ALTERNATE SERVICE OF PROCESS

Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals (the "Washington Capitals"), submits this Supplemental Memorandum in support of its motion for a temporary restraining order, expedited discovery, a preliminary injunction and for alternate service of process to bring to the Court's attention certain newly discovered information regarding Defendant Alexander Semin's ("Semin") status with Lada Togliatti ("Lada").

A news article from the website Rushockey.com, dated November 2, 2005, is submitted herewith, annexed to the Declaration of Robert M. Bernstein, dated November 2, 2005. This news report states that the fifteen of Lada's players, including Alexander Semin, are leaving the team. According to the article, eight of those players, including Alexander Semin "are moving" from Lada to another team in the Russian Super League called Khimik.

This development underscores the necessity that Defendants Semin, Mark Gandler ("Gandler") and International Sports Advisors Company, Inc. ("ISA") be immediately restrained from taking any steps to make or to implement any agreement, arrangement, contract or trade whereby Semin will play hockey for any team other than the Washington Capitals for the duration of the current National Hockey League regular season, or otherwise take any steps to play for a new team. This relief is necessary to prevent irreparable harm to the Washington Capitals caused by having an entirely new team now potentially asserting rights to Mr. Semin's services, in violation of the Washington Capitals' exclusive contractual rights to Semin's services as a hockey player.

Dated: November 2, 2005

Respectfully submitted,

PROSKAUER ROSE LLP

By: s/ Scott A. Eggers
Bradley I. Ruskin (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000

-and-

By: s/
Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036-2396
(202) 416-6800

*Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*

## CERTIFICATE OF SERVICE

I, Robert M. Bernstein, hereby certify that on the 2nd day of November, 2005, I caused a true and correct copy of Plaintiff's Supplemental Memorandum in Support of Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction, Expedited Discovery and Alternate Service of Process, and the Declaration of Robert M. Bernstein in Support of Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction, Expedited Discovery and Alternate Service of Process to be sent to Defendant Mark Gandler by facsimile at (201) 847-0188 and by e-mail at isacohockey@msn.com and mg@isaprosports.com. I have also requested Mr. Gandler to forward the aforementioned documents to his client, Alexander Semin.

_____
Robert M. Bernstein