IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,

-against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendants.

Case No: 1:05 CV 02094 (HHK)

---

## DECLARATION OF ROBERT M. BERNSTEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY AND ALTERNATIVE SERVICE OF PROCESS

ROBERT M. BERNSTEIN hereby declares as follows:

1. I am associated with Proskauer Rose LLP, counsel to the Plaintiff in this action. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, Expedited Discovery and Alternate Service of Process on Defendants Alexander Semin, Mark Gandler and International Sports Advisors Company, Inc.

2. I submit this declaration to place before the court a true and correct copy of a news report from the website Rushockey.com, that is dated November 2, 2005, and that first appeared on the website as of this morning. A copy of the article is attached as Exhibit A. This news report states that the fifteen of the players on the Russian hockey club Lada Togliatti, including Alexander Semin, are leaving the team. According to the article, eight players,

including Alexander Semin "are moving" from Lada Togliatti to another team in the Russian Super League called Khimik.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 2, 2005.

                                                  /s Robert M. Bernstein
                                                  Robert M. Bernstein
                                                  (D.C. Bar No. 490166)
                                                  PROSKAUER ROSE LLP
                                                  1233 20th Street, N.W., Suite 800
                                                  Washington, DC  20036-2396
                                                  (202) 416-6800