# EXHIBIT A
# to the Declaration of Robert M. Bernstein

# RUSSIAN HOCKEY DIGEST

■ add to favorites  ■ make it your ho

**Montreal Canadiens Tix**
Low Priced Tickets to Canadiens Hockey. We've Got All Games!

**Table Hockey**
Find, compare and buy Toys! Simply Fa Savings

Ads by Gooo

**Superleague**
- News
- Interviews
- Playoffs
- Scores
- Schedule
- Standings
- Leaders Stats
- Teams Stats
- Teams
- Playing Mode

**WJC**
- News
- Interviews
- Scores
- Schedule
- Standings
- Leaders Stats
- Teams Stats
- Power Rankings

**NHL**
- News
- Interviews

**Features**
- Message Boards
- News Links
- Polls
- News Rankings
- Our Sources
- About us
- Contact us

Advertisement

11/02/2005
Home >>

Superleague > News

## News: Revolution in Togliatti continues

Source: Sport Express (November 2, 2005)

As was informed earlier, due to movements in the top level management of the main sponsor which is Russian mega automobile manufacturer Lada-VAZ, the budget of the team Lada Togliatti was cut by approximately 50%. As a result of this financial situation, 15 players of the Lada's lineup are leaving Togliatti. Forward Petrunin already left to CSKA. Czech goalkeeper Svoboda is on his way to Nizhnekamsk where he's going to play for Neftekhimik. Andrei Nikolishin is about to leave Togliatti towards unknown direction. Eight players in one shot are moving to Khimik: defencemen – Kruchinin, Metlyuk, Esipov; forwards – Semin, Sevostyanov brothers, Buturlin, and Boykov. Most likely Kazionov will end up in Dynamo, and Yakhanov in Salavat Yulaev. Goaltender Kulikov and forward Kartsev are still uncertain with their new teams.

11/02/2005

Back >>

**News Links**
- KING SETTLING I NICELY AS COACH RUSSIAN SUPER LEAGUE
- See more...

**Superleague**
- SKA
- Lokomotiv
- Khimik ì
- CSKA
- HC MVD
- Lada
- Severstal
- Spartak
- Vityaz
- Salavat Yulaev
- Metallurg Mg
- Sibir
- Avangard
- Molot
- Dynamo
- Metallurg Nk

All Results & Boxsc

**Upcoming Gan**
- Molot
- Vityaz
- Salavat Yulaev
- Dynamo
- Lada
- Metallurg Mg
- Ak Bars
- Severstal
- Lokomotiv
- Avangard
- CSKA



HC MVD

Neftekhimik

SKA

Spartak

Khimik Ì

Full Schedule

Last forum messaç

Website Sear

We Recommen



Copyright © 2003 RusHockey.com. All Rights Reserved.

**Free Hockey Jerseys**
Get the jerseys the pros wear free. Limited Time Only! Act now.

**Ice Hockey Gear**
Ice Hockey Gear for Sale. aff Check out the deals now!

Ads by Goooooogle