UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SEMIN, et al.,<br><br>Defendants. | Civil Action 05-02094 (HHK) |

**ORDER**

Upon consideration of plaintiff's motion for a temporary restraining order [#5], the declarations submitted therewith, the oral argument of counsel at a hearing, including counsel for the National Hockey League Players' Association, and the record of the case, the court concludes that plaintiff successfully makes the four-part showing required to obtain a temporary restraining order. *See, e.g.*, *Mova Pharm. Corp. v. Shalala*, 140 F.3d 1060, 1066 (D.C. Cir. 1998).

Accordingly, it is this 4th day of November, 2005, hereby

**ORDERED** that plaintiff's motion for a temporary restraining order is **GRANTED**; and it is further

**ORDERED** that Alexander Semin ("Semin"), Mark Gandler ("Gandler"), International Sports Advisors Company, Inc. ("ISA"), their officers, agents, servants, employees, and attorneys, and all those acting in concert or participation with them be and hereby are enjoined and restrained from any and all efforts to make, or any actions to facilitate the making of, any agreement, contract, trade, loan or other arrangement whereby Semin will

play any hockey games for any professional hockey team or organization other than the Washington Capitals, until the hearing and determination of plaintiff's motion for a preliminary injunction; and it is further

**ORDERED** that, in accordance with Fed. R. Civ. P. 65(c), Plaintiff shall give security in the amount of $5,000; and it is

**ORDERED** that plaintiff's motion for expedited discovery prior to a hearing on its motion for a preliminary injunction is **GRANTED**; and it is further

**ORDERED** that (a) within one day of this Order plaintiff shall serve document requests upon Gandler, ISA, and Semin, with document production to be completed by one week from service of such document requests; (b) within ten days of this Order, Gandler and ISA shall be deposed by plaintiff in this District (or at such other place as they may mutually agree); (c) within ten days of this Order, Semin shall be deposed by plaintiff in the Russian Federation via videotape and telephone, or recorded videoconference; and (d) plaintiff is authorized to serve a third party subpoena seeking documents and testimony on Semin's former agent IMG; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 4(f)(3), plaintiff is authorized to serve process on Semin of the summons, complaint, a translated copy of the summons and complaint, all ancillary papers, and all papers submitted in connection with this motion by personal service on Semin's certified agents, Gandler and ISA; and it is further

**ORDERED** that Semin, Gandler and ISA shall file an answer or responsive motion to plaintiff's complaint within ten days of the entry of this Order; and it is further

**ORDERED** that Semin, Gandler and ISA shall file an opposition to plaintiff's motion for a preliminary injunction on or before November 14, 2005; and it is further

**ORDERED** that plaintiff shall file its reply to defendants' opposition on or before November 19, 2005; and it is further

**ORDERED** that the hearing on plaintiff's motion for a preliminary injunction shall be held on November 23, 2005 at 2:00 p.m.; and it is further

**ORDERED** that, until counsel has appeared on behalf of Semin, plaintiff is authorized to serve on Semin all papers submitted in connection with this action, by personal service on Semin's certified agents, Gandler or ISA.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge