IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

          Plaintiff,          Case No: 1:05 CV 02094 (HHK)

-against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

          Defendants.

## NOTICE OF POSTING BOND PURSUANT TO RULE 65

On November 4, 2005 the Court issued a Temporary Restraining Order and specified that Plaintiff post a bond of $5,000.00. As ordered, on November 7, 2005, paid into the registry of the Court a check in the amount of $5,000.00 constituting the required bond.

          Respectfully submitted,

          PROSKAUER ROSE LLP

Dated: November 8, 2005

          Respectfully submitted,

          PROSKAUER ROSE LLP

          By: s/ Scott A. Eggers
          Bradley I. Ruskin (admitted *pro hac vice*)
          Scott A. Eggers (admitted *pro hac vice*)
          PROSKAUER ROSE LLP
          1585 Broadway
          New York, New York 10036
          Telephone: (212) 969-3000

-and-

By: __s/_____
Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036-2396
(202) 416-6800

*Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Notice of Posting Bond Pursuant to Rule 65 has been furnished via email and U.S. Mail, postage prepaid on this 8th day of November, 2005, to:

William L. Gardner, Esq.
David M. Hibey, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendants Mark Gandler and International Sports Advisors Company, Inc.*

_____
Robert M. Bernstein