IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

      Plaintiff,    Case No.: 1:05 CV 02094 (HHK)

  v.

ALEXANDER SEMIN,

INTERNATIONAL SPORTS ADVISORS
COMPANY, INC.
878 Ridgeview Way
Franklin Lakes, NJ  07417,

and

MARK GANDLER
878 Ridgeview Way
Franklin Lakes, NJ  07417

      Defendants.

## NOTICE OF ENTRY OF APPEARANCE BY COUNSEL FOR DEFENDANTS MARK GANDLER AND INTERNATIONAL SPORTS ADVISORS COMPANY, INC.

  Pursuant to Local Rule 83.6(a), undersigned counsel respectfully enters the appearances of William L. Gardner and David M. Hibey as counsel on behalf of Defendants Mark Gandler and International Sports Advisors Company, Inc. in the above-captioned matter and provides the following information:

      William L. Gardner (D.C. Bar No.  04747)
      David M. Hibey (D.C. Bar No. 466856)
      Morgan, Lewis & Bockius LLP
      1111 Pennsylvania Avenue NW
      Washington D.C., 20004
      Tel:  202.739.5000

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    William L. Gardner
                                                    (D.C. Bar No. 004747)
                                                    David M. Hibey
                                                    (D.C. Bar No. 466856)
                                                    Morgan, Lewis & Bockius LLP
                                                    1111 Pennsylvania Avenue NW
                                                    Washington, D.C.  20036
Dated:  November 14, 2005                202.739.5185

                                                   Attorneys for Defendants
                                                   Mark Gandler and International
                                                   Sports Advisors Company, Inc