IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

          Plaintiff,          Case No.: 1:05 CV 02094 (HHK)

      v.

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

          Defendants.

**NOTICE BY DEFENDANTS MARK GANDLER AND INTERNATIONAL SPORTS ADVISORS COMPANY, INC.'S OF DEFENDANT ALEXANDER SEMIN'S EMERGENCY MOTION FOR EXTENSION OF TIME**

On November 4, 2005, this Court issued a temporary restraining order in the above-captioned matter against our clients Defendants Mark Gandler and International Sports Advisors Company, Inc. The Court's Order also directed that the Plaintiff, Lincoln Hockey Limited Liability Company ("Lincoln") serve all papers on Defendants Alexander Semin by service upon Mark Gandler. Undersigned counsel directed Mr. Gandler to forward the papers to Mr. Semin, and Mr. Gandler did so.

Undersigned counsel has just learned that Mr. Semin has engaged Alexander Berkovich, Esq. as counsel to represent him in this matter. Mr. Berkovich is a lawyer admitted to practice law before the Courts of the State of New York and the United States District Court for the Southern District of New York. Mr. Berkovich states that he is on his way to Moscow. Mr. Berkovich asked that undersigned counsel file his emergency motion for extension of time and adjournment of the preliminary injunction hearing. (Motion, attached hereto as Ex. A.)

Undersigned counsel appreciates that this is somewhat irregular and that we are not Mr. Berkovich's local counsel. However, in light of the Court's Order, we thought it advisable and helpful to the court and the parties to bring this motion to the Court's attention.

                Respectfully submitted,

                _____/s/_____
                William L. Gardner
                (D.C. Bar No. 004747)
                David M. Hibey
                (D.C. Bar No. 466856)
                Morgan, Lewis & Bockius LLP
                1111 Pennsylvania Avenue NW
                Washington, D.C. 20036

Dated: November 14, 2005      202.739.5185

                Attorneys for Defendants
                Mark Gandler and International
                Sports Advisors Company, Inc.