IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,    Case No. 1:05 CV 02094 (HHK)

    - against -

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendant.

---

### EMERGENCY MOTION OF DEFENDANT ALEXANDER SEMIN FOR EXTENSION OF TIME AND ADJOURNMENT OF PRELIMINARY INJUNCTION HEARING

Defendant Alexander Semin hereby moves upon declaration of his counsel Alexander Berkovich, Esq. for an order extending his time to answer or move with respect to the complaint herein and submit papers in opposition to plaintiff's motion for restraining order and preliminary injunction from November 14, 2005 to and including November 28, 2005, and

to adjourn preliminary injunction hearing accordingly from November 23, 2005 to December 7, 2005.

Dated:       November 13, 2005

                          Respectfully submitted,

                          _____
                          Alexander Berkovich, Esq. (AB-2677)
                          Attorney for defendant Alexander Semin
                          230 East 30th Street
                          Room 7G
                          New York, NY 10016
                          Tel. (917) 282-7752
                          Email: aberkovich@nyc.rr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

            Plaintiff,    Case No. 1:05 CV 02094 (HHK)

    - against -

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER

            Defendant.

---

**DECLARATION OF ALEXANDER BERKOVICH IN SUPPORT OF THE EMERGENCY MOTION OF DEFENDANT ALEXANDER SEMIN FOR EXTENSION OF TIME AND ADJOURNMENT OF PRELIMINARY INJUNCTION HEARING**

Alexander Berkovich, an attorney admitted to practice of law before the Courts of the State of New York and the United States District Court for the Southern District of New York, under penalty of perjury, declares, affirms and states as follows:

1. I am counsel for the defendant Alexander Semin, a twenty-one year old hockey player, who is a Russian national and resident, in this action and make this declaration in support of

Alexander Semin's motion for an order extending Alexander Semin's time to answer or move with respect to the complaint herein and submit papers in opposition to plaintiff's motion for restraining order and preliminary injunction from November 14, 2005 to and including November 28, 2005, and to adjourn preliminary injunction hearing accordingly from November 23, 2005 to December 7, 2005.

2.   In addition to being Alexander Semin's counsel of choice, I have certain characteristics that are particularly necessary for representation of Alexander Semin in this action. First, I am fluent in Russian, the knowledge of which is essential for communicating with my client and for review of various documents and materials relevant to this case that are in Russian. Additionally, I am well familiar with various legal and factual issues related to hockey in the North America and the Russian Federation by virtue of being involved in the last 15 years as an attorney in a variety of hockey related matters and disputes in the North America and the countries of the former Soviet Union.

3.   Just being retained however by Alexander Semin yesterday, Friday, November 11, 2005, I am not in the position comply with the various deadlines previously ordered by this Court. First, today, I am leaving for a previously scheduled legal proceeding in Moscow, the Russian Federation, and will not

be returning to the United States until the evening of Wednesday, November 16, 2005. Second, upon my return, I will be preparing for and attending a previously scheduled deposition in New York City on Friday, November 18, 2005. Therefore, I will not be able to attend to this case until the week of November 21. Furthermore, in order to appropriately represent my client and provide an advocacy beneficial to this Court I will be required to consult with my client and his family, and possibly others who may provide useful and necessary information. I will also be required to review numerous orders, documents, materials, submissions, pleadings and legal memoranda that have already been developed in this case. Finally, I would have to research for and draft my client's motion with respect to the complaint in this matter and my client's papers in opposition to plaintiff's motion for restraining order and preliminary injunction, and prepare for the preliminary injunction hearing.

4. I respectfully submit that the extension of time and adjournment of the hearing sought herein are reasonable and necessary under the circumstances described above, particularly since such extension and adjournment would cause no prejudice to plaintiff since the temporary restraining order obtained by plaintiff would continue until the new hearing date.

5. Attorney for other defendants and attorney for the National Hockey League Players' Association that seeks an intervenor status in this matter consent to my request.

6. Attorneys for plaintiff however do not. On Friday, November 11, 2005, I have reached out to counsel for plaintiff. On Saturday, November 12, 2005, I finally spoke with one of the attorneys representing plaintiffs, Scott Eggers, Esq. I have requested from Mr. Eggers a consent to exactly the same extension and adjournment dates as sought here. Mr. Eggers did not consent to my request, which rejection has necessitated this emergency motion. (Parenthetically, after our initial conversation yesterday in which I have outlined my request and the reasons for it as described here, Mr. Eggers wrote to me suggesting that plaintiff would agree that my client could answer or move in response to the complaint by Friday November 18 and respond to the motion for a preliminary injunction on or before Wednesday, November 16. As is clear from my circumstances described to Mr. Eggers and herein and as I advised Mr. Eggers, such offer does not afford my client a meaningful opportunity to respond to the complaint and the preliminary injunction motion.)

4

7.  Under these circumstances, Alexander Semin respectfully requests that the relief sought herein be granted in its entirety.

Dated:         November 13, 2005

Respectfully submitted,

Alexander Berkovich, Esq. (AB-2677)
Attorney for defendant Alexander Semin
230 East 30th Street
Room 7G
New York, NY 10016
Tel. (917) 282-7752
Email: aberkovich@nyc.rr.com

5

## CERTIFICATE OF SERVICE

I, Alexander Berkovich, hereby certify that true and correct copy of defendant Alexander Semin's emergency motion for extension of time and adjournment of preliminary injunction hearing and declaration of Alexander Berkovich in support of the motion have been furnished via email delivery this 13th day of November, 2005 to:

Proskauer Rose LLP, counsel for plaintiffs

Bradley I. Ruskin, Esq. at bruskin@proskauer.com
Scott A. Eggers, Esq. at seggers@proskauer.com
Robert M. Bernstein, Esq. at RBernstein@proskauer.com

William Gardner, Esq., counsel for defendants International Sports Advisors Company, Inc. and Mark Gandler

at wgardner@morganlewis.com

John West, counsel for NHLPA

at jwest@bredhoff.com

Dated:    November 13, 2005

Respectfully submitted,

Alexander Berkovich, Esq. (AB-2677)
Attorney for defendant Alexander Semin
230 East 30th Street
Room 7G
New York, NY 10016
Tel. (917) 282-7752
Email: aberkovich@nyc.rr.com