IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No:  1:05 CV 02094 (HHK)

        -against-

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendants.

NATIONAL HOCKEY LEAGUE
PLAYERS' ASSOCIATION
777 Bay Street, Suite 2400
P.O. Box 121
Toronto, Canada M5G 2C8,

                Proposed Intervenors.
_____

**PLAINTIFF'S RESPONSE TO NATIONAL HOCKEY LEAGUE
PLAYERS' ASSOCIATION MOTION TO INTERVENE**

      Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals ("Washington Capitals"), does not oppose the Motion to Intervene filed in this case by the National Hockey League Players' Association ("NHLPA") on November 3, 2005.  However, the Washington Capitals intend to oppose the substantive arguments referred to in the NHLPA's Motion to Intervene with respect to its interpretation of the Collective Bargaining Agreement between the NHLPA and the National Hockey League and the standard player contract incorporated therein.

Dated: November 14, 2005

        Respectfully submitted,

        PROSKAUER ROSE LLP

        By:  s/ Scott A. Eggers
        Bradley I. Ruskin (admitted *pro hac vice*)
        Scott A. Eggers (admitted *pro hac vice*)
        PROSKAUER ROSE LLP
        1585 Broadway
        New York, New York 10036
        Telephone:  (212) 969-3000

            -and-

        By:  s/
        Robert M. Bernstein
        (D.C. Bar No. 490166)
        PROSKAUER ROSE LLP
        1233 20th Street, N.W., Suite 800
        Washington, DC  20036-2396
        (202) 416-6800

        *Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*