IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY, doing business as the WASHINGTON CAPITALS,<br><br>        Plaintiff,<br><br>v.<br><br>ALEXANDER SEMIN; INTERNATIONAL SPORTS ADVISORS COMPANY, INC.; and MARK GANDLER,<br><br>        Defendants;<br><br>NATIONAL HOCKEY LEAGUE PLAYERS' ASSOCIATION,<br><br>        Intervenor/Defendant. | No. 1:05cv02094 (HHK) |

**[PROPOSED] MOTION TO DISMISS OF INTERVENOR/DEFENDANT
NATIONAL HOCKEY LEAGUE PLAYERS' ASSOCIATION**

Intervenor/defendant National Hockey League Players' Association ("NHLPA") respectfully moves the Court, pursuant to Rule 12 of the Federal Rules of Civil Procedure, to dismiss the First Cause of Action of plaintiff's Complaint. That cause of action seeks to adjudicate a claim of breach of the collective bargaining agreement between NHLPA and the National Hockey League. Under federal law, plaintiff's exclusive remedy for such a claim is through the grievance and arbitration process established by the collective bargaining agreement.

## STATEMENT OF POINTS AND AUTHORITIES

For its Statement of Points and Authorities, NHLPA incorporates by reference Part I of the Argument contained in the Memorandum of Points and Authorities of Applicant for Intervention National Hockey League Players' Association in Opposition to Plaintiff's Motion for Preliminary Injunction, filed simultaneously with this Motion.

## CONCLUSION

The First Cause of Action of plaintiff's Complaint should be dismissed.

Respectfully submitted,

/s/ John M. West
GEORGE H. COHEN (D.C. Bar # 022574)
JOHN M. WEST (D.C. Bar # 424718)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005
(202) 842-2600

Counsel for NHLPA

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, the foregoing [Proposed] Motion to Dismiss of Intervenor/Defendant National Hockey League Players' Association was filed electronically with the Court, and, in addition, served by electronic mail and by first-class mail, postage prepaid, on:

>Alexander Berkovich
>230 East 30th Street
>Room 7G
>New York, NY  10016
>aberkovich@nyc.rr.com

      /s/ John M. West