UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER SEMIN, et al.,<br><br>Defendants. | Civil Action 05-02094 (HHK) |

## ORDER

Upon consideration of defendant Alexander Semin's emergency motion for an extension of time and adjournment of the preliminary injunction hearing [#13, Exh. A], it is this 14th day of November, 2005, hereby

**ORDERED** that Semin's emergency motion is **GRANTED IN PART**; and it is further

**ORDERED** that Semin shall file his answer to plaintiff's complaint and any opposition to plaintiff's motion for a preliminary injunction on or before November 25, 2005; and it is further

**ORDERED** that plaintiff shall file its reply to Semin's opposition on or before November 29, 2005; and it is further

**ORDERED** that the hearing on plaintiff's motion for a preliminary injunction shall be held on December 1, 2005, at 1:30 p.m.

Henry H. Kennedy, Jr.
United States District Judge