Dmitri Goryachkin, Esq.
*Vice President*

September 29, 2004

Mr. George McPhee					VIA FACSIMILE AND FEDERAL EXPRESS
Vice President & GM
Washington Capitals
Market Square North
401 Ninth Street NW, Suite 750
Washington, DC 20004

**Re: Alexander Semin**

Dear George:

Please be advised that Alexander Semin was not able to leave Russia to travel to the Portland Pirates of the AHL because he has been served with papers prohibiting him from leaving the country as he is due to serve a mandatory military service in accordance with the Russian Federal Law *"About Military Duty and Service."* Therefore, we are asking you for an immediate withdrawal of Alexander's suspension, based on the fact that it was legally impossible for him to report to the Portland Pirates.

As you remember, under Section 9.6 of the now expired IIHF agreement, the NHL acknowledged that it would honor military obligations for the European players. The IIHF agreed in that provision to supply the NHL with names of any players on the central scouting list who were "subject to an obligation of military service and the dates covered by that obligation." By the Russian law, all Russian men between the ages of 18 and 27 are subject up to a two-year mandatory military service.

It is up to the local military authorities to determine the place where a solider should serve his term. Fortunately, the management and ownership of the LADA Togliyatti Hockey Team of the Russian Elite League was able to persuade the military authorities, citing Alexander's status as a world-class athlete, to allow Alexander to serve his military term while playing for their team. Therefore, he will not be assigned to an active military duty. I believe is very good news for all of us. We should appreciate LADA Togliyatti's assistance and desire to help us in this very uneasy situation. We may also require their further assistance in our attempts in trying to reduce the term of Alexander's military service requirement.

Alexander is disappointed that these unforeseen circumstances have prevented him from joining the Portland Pirates, but at the same time he is relieved that he will continue to develop as a hockey player, playing on a very high level.

Sincerely,


Dmitri Goryachkin

cc. Bill Daly – NHL
    Ian Pulver – NHLPA

MG/ISA 0102