September 19, 2005

To:     Mark Gandler

From:   President of Russian Professional Hockey League Mr. A.Y. Steblin

Dear Mark:

The Russian Ice Hockey Federation and Professional Hockey League say the following regarding hockey player Semin AV: Semin AV is serving in the military of the Central Sports Club of Russian Air Force (took military oath November 11, 2004). The term of the military service is comprised of two calendar years. The discharge of the enlisted is scheduled for November 10, 2006. On agreement with Hockey Club Lada Togliatti Mr. Semin AV is permitted to temporarily play for this club in the super league. At the same time, Hockey Club Lada must upon demand by Central Sports Club of Russian Air Force send the player to continue military service in the Air Force of Russian Federation. At the moment of enlistment to the military service an agreement between IIHF and NHL was in place in accordance to which those who were enlisted in military could not be blocked from fulfilling this Constitutional obligation. At the end of his military service Semin AV will be free from any Constitutional or sports obligations in Russia and can on his own volition plan his future sports career.

Attachments:

1.      Copy of military passport

2.      Letter from Central Sports Club of Air Force

Truly Yours,

President of Russian Ice Hockey Federation and Professional Hockey League

MG/ISA 0034

G-11