MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Sign Out    Web Search: [ ] Go

msn Hotmail    Today | Mail | Calendar | Contacts

isacohockey@msn.com   Messenger: Offline

Reply | Reply All | Forward | Delete | Junk | Put in Folder | Print View | Save Address    Inbox

| | |
|---|---|
| From: | Pulver, Ian <ipulver@nhlpa.com> |
| Sent: | Friday, September 30, 2005 4:28 PM |
| To: | "Donald Fishman" <dfishman@washcaps.com> |
| CC: | <bdaly@nhl.com>, "Gandler, Mark" <isacohockey@msn.com> |
| Subject: | RE: Semin; Friday |

I have heard from Dimitri Goryachkin. He advised us that there was nothing in writing between him and Lada or anyone else. He said that all his communications were with Leonid Vajsfeld. Vajsfeld is no longer with the Club. While he did acknowledge that the ball was rolling on a release for Semin he said all of his progress was achieved in dealings with Vajsfeld. He said that Semin's VISA was expiring and that he forwarded that information to the Caps representative in Washington. If you have any questions please let me know. How has your progress been on your front. If you have any questions please let me know.

Ian

-----Original Message-----
**From:** Donald Fishman [mailto:dfishman@washcaps.com]
**Sent:** September 30, 2005 11:38 AM
**To:** Pulver, Ian
**Cc:** bdaly@nhl.com; Gandler, Mark
**Subject:** Semin; Friday

Ian (copy Mark, Bill):

Any progress on talking with IMG and seeing whether they have any leads or info re: their gaining of Semin's military release in late august? Thanks.

For Washington Capitals and Washington Mystics Season Ticket and Plan Information Please Call 202-266-2277

or visit

MG/ISA 0008