UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED
LIABILITY COMPANY,

    Plaintiff,

    v.   Civil Action 05-02094 (HHK)

ALEXANDER SEMIN, et al.,

    Defendants.

ORDER

Upon consideration of the National Hockey League Players' Association's ("NHLPA") unopposed motion to intervene [#9] and for good cause shown, it is this 16th day of November, 2005, hereby

**ORDERED** that NHLPA's motion is **GRANTED**; and it is further

**ORDERED** that NHLPA shall be permitted to intervene as of right in this case as a party defendant, pursuant to Fed. R. Civ. P. 24(a); and it is further

**ORDERED** that NHLPA's opposition to plaintiff's motion for preliminary injunction [#14] and motion to dismiss [#16] are deemed filed as of the date of this order; and it is further

**ORDERED** that NHLPA shall file a pleading "setting forth the . . . defense for which intervention is sought," pursuant to Fed. R. Civ. P. 24(c), on or before November 21, 2005.

                                    Henry H. Kennedy, Jr.
                                    United States District Judge