IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No: 1:05 CV 02094 (HHK)

-against-

ALEXANDER SEMIN, et al.,

                Defendants.

---

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OF (1) INTERVENOR-DEFENDANT NATIONAL HOCKEY LEAGUE PLAYERS ASSOCIATION AND (2) DEFENDANTS MARK GANDLER AND INTERNATIONAL SPORTS ADVISORS COMPANY, INC.**

Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals ("Washington Capitals"), respectfully requests that the Court enter an order extending until November 23, 2005, the Washington Capitals' time to reply to the Opposition to Plaintiff's Motion for Preliminary Injunction of Intervenor-Defendant National Hockey League Players Association ("NHLPA") and extending until November 22, 2005, the Washington Capitals' time to reply to Defendants Mark Gandler ("Gandler") and International Sports Advisors Company, Inc.'s ("ISA") Opposition to Plaintiff's Motion for a Preliminary Injunction. Those replies are currently due on Saturday, November 19, 2005, pursuant to the Order of the Court dated November 4, 2005. That order scheduled the hearing on the Washington Capitals' motion for Wednesday, November 23, 2005. By order dated November 14, 2005, however, the Court, *inter alia*, adjourned the hearing on the Washington Capitals' motion to December 1, 2005.

Counsel for Plaintiff Washington Capitals has conferred with the counsel for the NHLPA, with counsel for Defendants Gandler and ISA and counsel for Defendant Alexander Semin, who consent to the requested extensions of time, and to this motion.

Therefore, Plaintiff Washington Capitals respectfully request that the Court grant this motion and enter the attached Proposed Order extending Plaintiff's time to reply to the Opposition to Plaintiff's Motion for a Preliminary Injunction filed by Intervenor-Defendant NHLPA until November 23, 2005 and extending Plaintiff's time to reply to Defendants Mark Gandler ("Gandler") and International Sports Advisors Company, Inc.'s ("ISA") Opposition to Plaintiff's Motion for a Preliminary Injunction until November 22, 2005.

Dated: November 17, 2005

Respectfully submitted,

PROSKAUER ROSE LLP

By: s/ Scott A. Eggers
Bradley I. Ruskin (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000

-and-

By: s/
Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036-2396
(202) 416-6800

*Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*