IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No:  1:05 CV 02094 (HHK)

-against-

ALEXANDER SEMIN, et al.,

                Defendants.

**[PROPOSED]**
**ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OF (1) INTERVENOR-DEFENDANT NATIONAL HOCKEY LEAGUE PLAYERS ASSOCIATION AND (2) DEFENDANTS MARK GANDLER AND INTERNATIONAL SPORTS ADVISORS COMPANY, INC.**

Upon consideration of the Consent Motion to Extend Time for Extend Time For Plaintiff To File A Reply To Opposition To Plaintiff's Motion For Preliminary Injunction Of (1) Intervenor-Defendant National Hockey League Players Association And (2) Defendants Mark Gandler And International Sports Advisors Company, Inc., dated November 17, 2005 (the "Consent Motion"), it is hereby

**ORDERED** that the Consent Motion is hereby granted.  Plaintiff's Reply to Opposition to Plaintiff's Motion for Preliminary Injunction of Intervenor-Defendant National Hockey League Players Association shall be filed on or before November 23, 2005 and Plaintiff's Reply to Defendants Mark Gandler ("Gandler") and International Sports Advisors Company, Inc.'s ("ISA") Opposition to Plaintiff's Motion for a Preliminary Injunction shall be filed on or before November 22, 2005.

Dated: November __, 2005

                                               Entered:

                                               _____
                                               Hon. Henry H. Kennedy
                                               United States District Court Judge