IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No: 1:05 CV 02094 (HHK)

    -against-

ALEXANDER SEMIN, et al.,

                Defendants.

---

## DECLARATION OF SCOTT A. EGGERS REGARDING SERVICE OF SUMMONS AND COMPLAINT UPON ALEXANDER SEMIN

I, Scott A. Eggers, hereby declare as follows:

1.     I am not a party to this action and I am over the age of eighteen (18).

2.     On Friday, November 4, 2005, this Court entered an Order authorizing Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals, to serve Defendant Alexander Semin ("Semin") with the summons, complaint, a translated copy of the summons and complaint, and all ancillary papers, and all papers submitted with Plaintiff's motion for a preliminary injunction by personal service on Semin's certified agents Defendants Mark Gandler ("Gandler") and International Sports Advisors Company, Inc. ("ISA") pursuant to Federal Rule of Civil Procedure 4(f)(3).

3.     Subsequent to receipt of the Court's Order dated November 4, 2005, I spoke with William L. Gardner, counsel for Defendants Gandler and ISA. During this conversation, Mr. Gardner agreed to accept service on behalf of his clients of the above referenced documents via e-mail in lieu of personal service.

4. Between 5:17 and 5:22 p.m. on November 4, 2005, I sent to Mr. Gardner via e-mail true and correct copies of: (1) the Summons in a Civil Case for Defendant Semin; (2) the Complaint in the above captioned matter; (3) Russian translations of the Summons and Complaint; (4) a copy of the Temporary Restraining Order issued by this Court on November 4, 2005; (5) Initial Electronic Case Filing Order; (6) Electronic Case Files Attorney/Participant Registration Form; (6) Notice of Right to Consent to Trial by a U.S. Magistrate Judge; (7) Motion for (i) A Temporary Restraining Order and Preliminary Injunction (ii) Expedited Discovery and (iii) Alternate Service of Process; (8) Plaintiff's Statement of Points and Authorities in Support of its Motion for (i) A Temporary Restraining Order and Preliminary Injunction (ii) Expedited Discovery and (iii) Alternate Service of Process; (9) Certificate Pursuant to Fed. R. Civ. P. 65(b)(2) and Local Rule 65.1(a); (10) Proposed Temporary Restraining Order, Scheduling Order, Order for Expedited Discovery and Order for an Alternate Method of Service upon Defendant Semin; (11) Proposed Preliminary Injunction Order; (12) Declaration of George McPhee and supporting exhibits; and (13) Declaration of Anna Beliakova and supporting exhibits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
November 17, 2005

_____
Scott A. Eggers