IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
LINCOLN HOCKEY LIMITED LIABILITY        )
COMPANY, doing business as the                )
WASHINGTON CAPITALS,                          )
                                                    )
                    Plaintiff,                       )
                                                    )
v.                                                  )          No. 1:05cv02094 (HHK)
                                                    )
ALEXANDER SEMIN; INTERNATIONAL           )
SPORTS ADVISORS COMPANY, INC.;             )
and MARK GANDLER,                              )
                                                    )
                    Defendants;                     )
                                                    )
NATIONAL HOCKEY LEAGUE                       )
PLAYERS' ASSOCIATION,                          )
                                                    )
                    Intervenor/Defendant.         )
_____)


NOTICE OF FILING


        In response to the final paragraph of this Court's order of November 16, 2005, granting

the motion of the National Hockey League Players' Association ("NHLPA") to intervene as a

defendant in this matter, NHLPA respectfully states that its Motion to Dismiss (docket #16),

which was submitted to the Court on November 14, 2005, and filed by order of November 16,

was tendered in lieu of an answer pursuant to Rule 12(b) and is intended to satisfy the Rule 24(c)

requirement that the intervenor proffer a "pleading setting forth the . . . defense for which

intervention is sought."

Respectfully submitted,


_____/s/ John M. West_____
GEORGE H. COHEN (D.C. Bar # 022574)
JOHN M. WEST (D.C. Bar # 424718)
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005
(202) 842-2600

Counsel for NHLPA




<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2005, the foregoing Notice of Filing was filed

electronically with the Court, and, in addition, served by first-class mail, postage prepaid, on:

Alexander Berkovich
230 East 30th Street
Room 7G
New York, NY  10016
aberkovich@nyc.rr.com




_____/s/ John M. West_____