IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

            Plaintiff,           Case No: 1:05 CV 02094 (HHK)

    -against-

ALEXANDER SEMIN, et al.,

            Defendants.

---

**DECLARATION OF SCOTT A. EGGERS IN SUPPORT OF
PLAINTIFF'S REPLY TO DEFENDANT GANDLER AND
INTERNATIONAL SPORTS ADVISORS, INC.'S OPPOSITION
TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

SCOTT A. EGGERS hereby declares as follows:

    1.    I am a senior counsel with Proskauer Rose LLP, attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals (the "Washington Capitals") in this action. I submit this declaration in support of Plaintiff's Reply to the Opposition Of Defendants Gandler and International Sports Advisors, Inc.'s (collectively, "Gandler") to Plaintiff's Motion for a Preliminary Injunction. The purpose of this declaration is to place before the Court true and correct copies of the following documents.

    2.    Attached as Exhibit A is a true and correct copy of certain portions of the deposition of Defendant Mark Gandler taken in this case on November 10, 2005. Portions of Defendant Gandler's deposition that contain personal information irrelevant to this matter have been redacted and certain portions of the testimony that Gandler asserts contain confidential business information have been removed from this transcript.

3. Attached as Exhibit B is a true and correct copy of transcript of the deposition of J.P. Barry, the 30(b)(6) representative of third-party deponent IMG taken in this case on November 16, 2005.

4. Attached as Exhibit C is a true and correct copy of an e-mail from J.P. Barry to Dmitri Goryachkin, both of whom are employees of IMG, Defendant Alexander Semin's former agents. IMG produced this document pursuant to a third-party subpoena served on IMG on November 8, 2005. Mr. Barry was not asked to testify with respect to this e-mail because IMG did not produce this document until November 18, 2005, two days after Mr. Barry's deposition testimony was taken.

5. Attached as Exhibit D is a true and correct copy of a cease and desist letter from Terence B. Prince of IMG to Defendant Mark Gandler as provided pursuant to a third-party subpoena served on IMG on November 8, 2005. Mr. Barry testified concerning this document at pages 25-27 of his deposition.

6. Attached as Exhibit E is a true and correct copy of a newspaper article by Tim Panaccio published in the Philadelphia Inquirer on March 16, 2003, entitled "With Yushkevich, Flyers Get His Agent as Well" as it appears on LEXIS.com.

7. Attached as Exhibit F is a true and correct copy of a newspaper article by Leonard Stern published in the Ottawa Citizen on April 8, 2001, entitled "The Power Player: Always on Call, Mark Gandler is Many Things – Dealmaker, Cheerleader, Psychologist, Middleman, and to some 'Cancer of the NHL'" as it appears on LEXIS.com.

8. Attached as Exhibit G is a true and correct copy of a newspaper article by Don Brennan published in the Ottawa Sun on September 17, 2000, entitled "Talking Tough: Yashin's Hard-Headed Agent Gandler Takes Heat" as it appears on LEXIS.com.

9. Attached as Exhibit H is a true and correct copy of a newspaper article by Steve Simmons published in the Toronto Sun on September 2, 1999, entitled "Gandler a Blight on the NHL" as it appears on LEXIS.com.

10. Attached as Exhibit I are Russian language copies of a "Transfer Payment Agreement" and a "Certificate Of Services Rendered," together with a certified English translation of those documents. These documents appear to relate to an agreement between Mark Gandler and "Ak Bars," a professional hockey team in the Russian Super League. Pursuant to Fed. R. Evid 901(b)(3), the Washington Capitals request that the Court authenticate these documents by comparing Defendant Gandler's signature on these documents with his authenticated signature on the last page of Exhibit J.

11. Attached as Exhibit J is a true and correct copy of the Standard Player-Agent Contract between Defendants Alexander Semin and Mark Gandler. Mr. Gandler authenticated his signature on this document during his deposition. *See* Gandler Dep. at 174-75.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 22, 2005.

Scott A. Eggers
(admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000