# EXHIBIT C

CONFIDENTIAL

38/38

-----Original Message-----
From: Barry, JP <JPBarry@IMGWORLD.COM>
To: Goryachkin, Dmitri <DGoryachkin@IMGWORLD.COM>; Brisson, Pat <PBrisson@imgworld.com>; Ciancibello, John <JCiancibello@imgworld.com>
Sent: Fri Oct 28 16:16:36 2005
Subject: RE: Semin

That would have been us being sued....I'm glad we told him to listen to our advice or fire us...have you spoken to him D, does he understand that if he doesn't return the damage claim will be there if he ever comes back...he may never play in the USA if he waits too long...

-----Original Message-----
From: Goryachkin, Dmitri
Sent: Fri 10/28/2005 4:39 AM
To: Barry, JP; Brisson, Pat; Ciancibello, John
Cc:
Subject: Semin


Capitals Notes: The team filed a lawsuit in U.S. District Court in Washington Wednesday against International Sports Advisors Company, the agency that represents suspended left wing Alexander Semin. Semin is named in the lawsuit, along with New Jersey-based agent Mark Gandler and his agency. Semin declined to report to the Capitals' minor league team during the NHL lockout, then failed to arrive for training camp last month.

The lawsuit seeks damages in the amount the Capitals have fined Semin -- $1,000 per day since his suspension began on Sept. 28, 2004 -- as well as the money the club has spent in its attempt to replace him. That would be the $2.28 million the Capitals owe Friesen, who was acquired from New Jersey in September, once it was clear Semin's return was questionable at best. The Capitals are represented by Proskauer Rose.

Semin, a talented but enigmatic 21-year-old Russian, amassed 10 goals and 12 assists in 52 games for the Capitals in 2003-04. But he has since skated for Lada Togliatti of the Russian Super League. Semin's representatives claim Russian officials have refused to allow him to leave the country because he has not fulfilled his two years of mandatory military service -- an assertion the Caps do not believe.

Capitals General Manager George McPhee issued the following statement: "We have done everything we could to avoid this step, but we felt we had no choice but to now seek a legal remedy. This filing seeks to compel Alexander Semin's agent and the Russian hockey team Lada Togliatti to return Alex to the Washington Capitals."

Gandler did not immediately return a message.