# EXHIBIT D

AUG.28.2002  12:17PM   IMG LEGAL NY E 71 ST                              NO.767   P.2/2



137/150



Terence B. Prince
*Vice President, Legal Department*
*Director of Legal Affairs, IMG Team Sports*

August 28, 2002

Mr. Mark Gandler
International Sports Advisors Co.
878 Ridgeview Way
Franklin Lake, New Jersey 07417

**VIA FACSIMILE (201/847-0188)**
**AND**
**U.S. CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:   <u>Alexander Syemin</u>

Dear Mr. Gandler:

Please be advised that IMG is the exclusive worldwide agent and representative for Alexander Syemin.

It has come to our attention that you are currently contacting Alexander's father, Valeri Syemin, in an effort to cause Alexander to terminate his IMG representation agreement and, in turn, to sign a new representation agreement with you. As you know, such activity constitutes tortious interference of our contractual relationship with Alexander. As such, your current activities in this regard are actionable. Furthermore, such actions are violative of Section 3(B) of the NHLPA Contract Advisor Regulations. This conduct subjects you and your company to serious liability.

Accordingly, you are hereby directed to cease and desist immediately all such tortious activities with respect to Alexander Syemin including, without limitation, contacting his father.

We trust that you can appreciate the serious nature of this situation and will therefore act accordingly.

Your failure to comply with the terms of this letter will force us to pursue all available remedies.

Please govern yourself accordingly.

Sincerely yours,

Terence B. Prince

cc:   Robert W. Goodenow, NHLPA
      J.P. Barry
      Pat Brisson
      Dmitri Goryachkin
      Peter A. Carfagna, Esq.

22 EAST 71ST STREET   |   NEW YORK, NY   |   10021-4911
                                              212 772-8900 FAX: 212 772-2617