UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Lincoln Hockey Limited
Liability, doing business
as Washington Capitals    )
                          )
                          )
         Plaintiff(s),    )
                          )
    vs.                   )    Case No. 1:05 CV 02094 (HHK
                          )
Alexander Semin et al     )
                          )
         Defendant(s).    )

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibits __A & B__, which is an attachment to __Declaration of Scott Eggers__ is in paper form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

_Robert Bernstein_
Attorney for (Plaintiff or Defendant)
Address: 1233 20th Street NW Suite 800
         Washington DC 20036

Date: 11/22/05