# EXHIBIT E

FOCUS - 2 of 68 DOCUMENTS

Copyright 2003 Philadelphia Inquirer
All Rights Reserved
Philadelphia Inquirer

March 16, 2003 Sunday CITY-D EDITION

**SECTION:** SPORTS; Pg. D14

**LENGTH:** 1049 words

**HEADLINE:** Tim Panaccio / With Yushkevich, Flyers get his agent as well

**BYLINE:** By Tim Panaccio; Inquirer Columnist

**BODY:**

Now that we know what the Flyers' roster is going to look like for the playoffs, is it too early to predict that if the club wants to re-sign defenseman Dmitry Yushkevich, it could be interesting to watch the Flyers deal with Mark Gandler again?

Gandler's last Flyers client was Valeri Zelepukin.

Zelepukin did not like the offer he got from general manager Bob Clarke in July 1999. He went into September before finally caving and taking Clarke's original qualifying offer of $907,500.

Gandler is the Scott Boras of hockey. No other agent invokes such anger from management and agents alike.

He's the guy who orchestrated Alexei Yashin's contract holdout in '99, even to the dismay of the NHL Players Association.

"This is America; contracts are broken all the time," Gandler said at the time, when asked why Yashin held out on a valid contract with the Senators.

Yashin missed an entire season, came back and played as an outcast, then was traded to the Islanders.

Gandler's methods eventually got his client traded to a team that could afford to give him a 10-year, $87.7 million contract.

"It's a matter of style, and that is Gandler's style," one high-profile agent said. "He does this with all his clients. It's bad for the game and it doesn't make us look good as a group."

Hockey hasn't heard much from Gandler - who represents many Russian, Czech and former Eastern Bloc players, such as Darius Kasparaitis, Igor Korolev and Patrik Elias - since the Yashin deal.

Was anything learned from the Yashin debacle?

"What could I learn from the Yashin negotiations?" Gandler said recently. "I did what had to be done for the player. We [Gandler's firm, International Sports Advisors] represent players individually. I have a fiduciary responsibility to do what is best for the client regardless of how others see it."

Your peers see you as a maverick who breaks the rules, he was told.

"They don't represent Yashin; we do," Gandler said. "We do things the way we believe is right. We never ask for advice. We do it our way. If that makes us outsiders to everyone else, then fine."

Gandler insists he has friends among agents. He also attends the agents' meetings in the summer, which makes you wonder about the reception he gets.

"We usually disagree with most agents," Gandler said. "I could care less what people or other agents feel about me and the same goes for general managers. You do your job, I do mine. If you fight people, GMs, they will respect you."

Gandler has not fought with Clarke since Zelepukin.

"I don't believe in this thing that there is a history of this or that in negotiations," Gandler said. "We respect each other. Bobby had to do what was right for his organization."

No one knows what Clarke will do this summer on Yushkevich. At the moment, it is a $4 million toss-up, because that's probably the amount at which negotiations will start. One agent suggested that Gandler would ask Clarke for the same deal he got Kasparaitis - six years for $25.5 million.

"I won't confirm or deny anything," Gandler said. "I have never negotiated in the media. That has always been our policy. This is why our firm is successful. We are focused on the player."

It's too early to tell whether the Flyers should re-sign Yushkevich. Clarke also has to decide how much he is willing to pay Eric Desjardins.

"They know Desjardins," Gandler said. "They know what he is worth. Yushkevich, they don't know his value yet."

And Clarke doesn't know how difficult it can get with Gandler when the bucks are big.

"If they don't call us this summer, that's fine, they rented him," Gandler said of Yushkevich. "And we go somewhere else."

The Beezer. We can't remember John Vanbiesbrouck ever uttering a disparaging word about anyone when he wore a Flyers sweater. Yet the former goalie stunned the hockey world last week when he directed a racial slur at one of his players. Vanbiesbrouck resigned as coach and general manager of the Sault Ste. Marie Greyhounds in the Ontario Hockey League after the incident. "I used it just not thinking," Vanbiesbrouck told reporters. The player, Trevor Daley, who is black, quit the team after Vanbiesbrouck ridiculed him several times during a tongue-lashing in front of his teammates, following a 5-3 win over Windsor. "It's a mistake, and consequences have to be paid by me," Vanbiesbrouck said. "Trevor's not wrong in this thing... . I've embarrassed everybody and my family by this one comment. It's not what they represent and it's not what the... Greyhounds organization represents. I told Trev this is an old wound with me. I grew up with it. I'm as sorry as anybody that it's stuck with me."

Loose pucks. You have to think the Flyers don't want to meet the Toronto Maple Leafs in the opening round, but would rather catch the Devils, finish as the second overall seed in the East, and play the seventh seed. The Leafs, seeded fifth, are loaded for bear, er, Flyer, with their additions of Owen Nolan, Phil Housley, Glen Wesley and Doug Gilmour. OK, Gilmour might have been overkill, but at the moment Toronto has the overall edge on the Flyers if the two teams meet. And that probably won't change... . Dallas always gets a gritty veteran with playoff savvy at the deadline. The Stars had Mike Keane and Brian Skrudland in '99 when they won the Stanley Cup, and this time they picked up Stu Barnes... . The 46 players who switched teams at the trading deadline last week - during what was supposed to be a year when NHL owners would keep costs down - represents the highest number of players traded at the deadline since 1979-80... . Steve Yzerman talking about playing his entire career in Detroit: "Every player who has been drafted, they envision their entire career with one team and things working out in that one spot. You don't foresee yourself playing anywhere else." And on having captained three Cup winners: "It's been very gratifying to be with a team for such a long period of time, and be on some good teams and be on some poor teams. It made it really worthwhile when we were able to finally get over the hump and win."

This article contains information from Inquirer news services and Internet sites. Contact staff writer Tim Panaccio at 215-854-2847 or tpanaccio@phillynews

**LOAD-DATE:** March 17, 2003