# EXHIBIT F

FOCUS - 8 of 55 DOCUMENTS

Copyright 2001 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved
The Ottawa Citizen

April 8, 2001 Sunday FINAL EDITION

**SECTION:** THE CITIZEN'S WEEKLY, Pg. C2

**LENGTH:** 4133 words

**HEADLINE:** The power player: Always on call, Mark Gandler is many things — dealmaker, cheerleader, psychologist, middleman, and to some 'cancer of the NHL.' Leonard Stern goes one on one with the sports agent who represents Senators star Alexei Yashin

**BYLINE:** Leonard Stern

**SOURCE:** The Ottawa Citizen

**BODY:**

Mark Gandler spoke carefully, like an officer to a not-so-bright private. He was ordering eggs Benedict at a restaurant in his exclusive New Jersey neighbourhood, just across the river from Manhattan. (Gandler reveals that the property taxes on his large house are $14,000 U.S. and that Yogi Berra lives nearby.) "I want it cooked very well done," he told the waiter. "Not the English muffin — the ham. I want the ham cooked well. Sometimes I ask for it well done and they think I mean the muffin, so they bring me a burnt English muffin." The waiter, properly appalled, shook his head. "Just the ham," Gandler repeated. Afterward he gave the man a $10 tip on a $20 cheque.

Ten dollars seemed like a hefty ransom for the safe delivery of an English muffin, but with his big gold watch and oiled hair, there is much about Mark Gandler that suggests excess. He is, at 44, a collection of cultural stereotypes: the pushy New Yorker, the super slick sports agent, the crafty Russian. Now while stereotypes are usually unfair, it is true, for example, that Gandler grew up under communism, where people developed a certain resourcefulness. When his family decided to flee Russia, he was 19 and studying mathematics at a state university. Because math and science students were viewed as future military assets and never allowed to leave the country, Gandler dropped out and took a menial factory job. Six months later, the family obtained passage to Italy. A number of western countries, including Australia and Canada, were accepting dispossessed Soviet Jews back in the mid-1970s. The Gandlers chose the United States and settled in Brooklyn.

In Jerry Maguire, a movie about the kinetic world of sports agents, Tom Cruise's character is always on his feet, telephone to his ear, a bundle of verbal energy. Gandler's life, too, is mostly spent pacing the carpet of his home office, pleading, flattering or yelling into the telephone. His company, International Sports Advisors, represents mainly hockey players. The client list is modest, consisting of only two dozen or so pros and a number of junior prospects, but Gandler handles so many telephone calls a day that you'd think he was working for all 750 players in the NHL.

His tone changes with each call. If his interlocutor is a team insider — a trainer, say, or a scout — Gandler cajoles, squeezing the source for information. Which players are in the general manager's good books this week? Who's on the outs? Any trade rumours? Gandler won't divulge his earnings but said that an agent's commission runs typically between three and seven per cent of a client's income. Gandler, in other words, makes a comfortable living. Many of his clients earn well over the average NHL salary of $1.4 million U.S.

His most celebrated client is Ottawa Senators star Alexei Yashin. All sports agents, if they want to be taken seriously, need at least one marquee player on their roster, and Yashin is Gandler's. Agents will sometimes offer to represent a superstar free of charge, or will even pay the athlete to become a client. Gandler sneers at these tactics. He prefers to make "long-term investments," to recruit athletes when they are young and untested. Yashin was 17 and playing in Moscow

when Gandler found him 10 years ago.

With Gandler at his side, Yashin has developed into one of the finest hockey players in the world. But he also became one of the most vilified. As everyone who follows hockey knows, before the start of the 1999 season, Yashin announced to the Senators that he would not play out the final year of his contract unless his $3.6 million U.S. salary was at least doubled under a new, extended contract. The gambit proved disastrous. The Senators refused to capitulate and Yashin sat out the season in protest. That a great athlete, in his physical prime, lost a year for reasons other than injury was saddening. Yashin forfeited a year's income and earned an international reputation as a greedy guts.

Yashin is back with the Senators this season, leading the team in scoring, though somewhat humbled as he plays out his contract at the original salary. I caught up with him after practice the other week. He was in the locker room, removing his equipment, and with one-word answers indicated how supremely uninterested he was in my questions about sports agents. I then asked if anyone advised him to dump Mark Gandler following last year's unsuccessful holdout. Yashin stopped undressing, looked at me for the first time, and drew his six foot three frame to a standing position. "I like Mark," he glared. "He's a friend of mine."

Gandler called soon after, asking what in the world I had said to so upset Alexei. The two speak on the phone almost every day. Gandler didn't care that I had asked Yashin about him; he just didn't want Yashin to be distracted with the playoffs approaching. The funny thing was, Yashin was as protective of Gandler as Gandler was of Yashin. When the Yashin controversy was at its height, Gandler was supposedly the evil Iago, who corrupted his client with ill-fated promises of big money. At any time Yashin could have blamed Gandler for the mess, thus saving his own image, but he never did.

The scourge of sports?

A posting on an Internet hockey site: "I have decided to dedicate an entire post to how much I hate Mark Gandler. He is the cancer of the NHL. He makes all his players hold out for ridiculous salaries that they do not deserve, and as a result gets ticket prices raised for all of us." In 1999, Gandler's client Dmitry Yushkevich of the Toronto Maple Leafs refused to report to training camp, demanding more money. The year after, Gandler client Alexander Karpovtsev, then also with the Leafs, did the same thing. Back in 1995, Senators owner Rod Bryden warned that Alexei Yashin sooner or later "has got to realize that he has got an agent who is going to ruin his career."

One of Gandler's best friends is Jeff Bliumis, a well-known New York sculptor. When the Gandler family arrived in Brooklyn, they lived with the Bliumis family, who had escaped Russia a few years earlier. "I don't follow sports much," said Bliumis, who is 44, "but sometimes Mark will mention to me that a newspaper or someone is saying terrible things about him. He considers it an occupational casualty, part of his job. He lives with it."

That agents are the scourge of sports is a notion team owners and managers like to convey. Thanks to agents, owners no longer enjoy a feudal relationship with their players. Thirty years ago, an athlete who sought professional advice before signing a contract was branded disloyal, a troublemaker. Bob Woolf, one of the first sports agents, once recalled how Tony Morabito, owner of the San Francisco 49ers, made an offer to a young halfback who nervously asked if he could at least discuss it with his wife. "If you do," the owner replied, "I'll have to call my wife and ask if it's OK to offer that much."

Like Woolf, Mark Gandler is a lawyer by training, his diploma from New York's Columbia University framed on his office wall. The office is untidy, with legal papers, business cards and hockey souvenirs scattered about. Gandler was still a law student in 1989 when the Berlin Wall tumbled. As he watched the historic event on television, it occurred to him that Eastern European athletes would soon find their way to North America. Gandler was a sports aficionado, who as an undergraduate had played soccer on the university team. But it was professional ice hockey that stood to be most affected by the collapse of communism. Fluent in Russian, he recognized an opportunity. A mutual acquaintance introduced him to the Russian defenceman Alexei Kasatonov, who was playing for the New Jersey Devils. "I told him I knew nothing about the industry but was willing to learn," recalls Gandler.

Kasatonov was then earning $220,000 a year on a contract he himself had negotiated. But the contract was coming to an end, and he was looking for a better deal. For several months, Gandler worked on Kasatonov's behalf, preparing for negotiations. In the end, Gandler won a new contract, still with New Jersey, for $2.8 million over four years, a salary increase for Kasatonov of more than 300 per cent.

Gandler was reminiscing about Kasatonov when one of his two office telephones rang. The phones had been silent for about three minutes, an unusually long period.

"Cory! Hi, how are you?" It was Cory Stillman, an 18-year-old forward with the Kingston Frontenacs of the Ontario Hockey League, who is expected to join the pros come this summer's NHL draft. Gandler has already signed him.

"Ottawa said the other day they're interested in you," said Gandler into the phone, full of optimism. He was on his feet, pacing. Cory Stillman may well have assumed his agent was on a Stairmaster.

"No negatives came out," continued Gandler. He paused. "Well, at the beginning of the year they said your skating was a negative, but I think your skating is a strength." Gandler put Cory on hold to answer another line. It was Cory's father, calling from his home in Lindsay, Ont. Gandler assured Stillman that things were looking good, that, yes, these were very exciting times for Cory. Gandler returned to Cory on the other line, picking up where he left off. "Your skating is very smooth and economical. It doesn't look like it's any different from anyone else's. In fact, I think it's better."

Elite athletes, Gandler has discovered, are often surprisingly insecure and one role of the agent is to boost their self-esteem. Before he sets out to convince team management that a player is worth so many dollars, Gandler first has to convince the player himself. At the same time, there may be people close to the player – perhaps the parents or girlfriend – who are convinced their boy is the next Mario Lemieux and will pressure the agent to push for a more lucrative deal than the agent thinks possible. But an agent who overestimates his clients will develop the reputation of a pedlar who hawks spoiled goods. "The players rely on their agents to determine their market value. If I don't think they can get a particular deal (with a team), if it's not in the cards, I have to tell them that and I have to give them good reasons. There's a certain amount of trust."

Usually it's easier to assign a value when the player is a proven superstar, a brand name like Alexei Yashin. Others are more difficult, like defenceman Darius Kasparaitis, another long-time Gandler client. A fearless bodychecker and shot blocker, Kasparaitis is paid not to score but to stop the opposition from doing so. An intimidating presence like Kasparaitis can single-handedly neutralize the other side, a contribution, however, that is sometimes less glamorous and harder to measure than that of an offensive player. It's the agent's job to remind owners of that contribution.

Kasparaitis and his Pittsburgh Penguins were recently in New York to play the Rangers at Madison Square Gardens. "Darius won the game," beamed Gandler, who was in the stands. "He laid nasty hits on everyone. He completely frustrated the Rangers." At one point in the life of Darius Kasparaitis it seemed unlikely he would be playing hockey today. A top junior player from Lithuania, he almost self-destructed after joining the NHL at the age of 19. In 1993, he was arrested for drunk driving, a disgrace reported in the newspapers. His play grew erratic and his coaches complained he was growing sullen and apathetic. Finally Kasparaitis's young wife phoned Gandler, her husband's agent, and said Darius was an alcoholic and she was leaving him.

"I told (Darius) that everyone loved him," said Gandler. "I said we love you so much that I don't want to be your agent and your wife doesn't want to be your wife. We basically said that if you want to live your life the way you've been living, then you don't need us." Kasparaitis, it turned out, felt pressured to live up to the party boy image of North American hockey players. "He was very concerned whether he could be the same person if he didn't drink, if he could be funny, courageous, flamboyant. I told him that alcohol had nothing to do with that."

In the spring of 1994, Kasparaitis joined Alcoholics Anonymous. His wife did not leave and Gandler did not drop him. Today, at 28, he's earning $1.6 million U.S. with Pittsburgh and playing great hockey. Gandler says that saving Darius Kasparaitis is the greatest accomplishment of his life.

breaking a deal

The relationship between players and team management can be paternalistic, though not necessarily in the negative sense. Players may honestly hold up their coach as a father figure, who tells them how proud he is when they win and for whom they have real affection and respect. Players "look after" one another on the ice and the owner refers to them as his boys. These are cliches, but group cohesion requires that a team pretend to be a family. The agent, acting as a middleman during negotiations, preserves this fiction.

Contract talks spark bad feelings. The owner, who earlier waxed sentimental about his "boys," suddenly assumes "all the warmth of a mortgage banker dispossessing another widow," as Bob Woolf once put it. The agent acts as a lightning rod, absorbing resentments so that once a deal is signed the two parties can go back to being a family.

Gandler has never read Woolf's book, Behind Closed Doors, a memoir of Woolf's life as a sports agent, or "sports attorney" as Woolf, who died in 1993 at the age of 65, preferred to call himself. In the book, Woolf recalled how in the

spring of 1971 he came to represent a college basketball player named Julius Erving, the future Dr. J. The Virginia Squires of the now-defunct American Basketball Association were promising $67,000 per year, a decent offer for a rookie. Woolf got Virginia to raise the bid to $125,000 a year for four years, an enormous sum at the time. Erving, thrilled, signed with the team.

It quickly became clear that Erving was a huge talent. Half-way through that first season he announced, "I'm a superstar now," and asked Woolf to get him out of the contract. Woolf reminded him that Virginia made the deal in good faith. "They've done everything they said they would. You get your cheque every week. What if you had gone down there and were terrible? Would you tell them to take $10,000 from your salary because you weren't as good as they thought? Remember, they didn't even know who the hell you were when they signed you."

Woolf told Erving that if he wanted to renege on Virginia he should get another agent, and Erving did, who indeed got him out of the contract and into a more lucrative one with the New York Nets. A joke made the rounds about a new Julius Erving doll that you wind up and watch as it signs another contract. In his memoir, Woolf reflected that he personally would not want to go through life with an imaginary key in his back. "I have watched the times change in sports, and the players, and the morality," he concluded.

Gandler erupted when I quoted Woolf. A contract, he yelled, leaping to his feet, "has nothing to do with morality." In addition to his law degree, Gandler has a master's in economics and on most subjects expresses himself clearly and with insight. But, oddly, when discussing the Yashin controversy he is incoherent. "I can tell you that breaking a contract is just as important as signing a contract." Huh? Or this one: "Society has no right, nor does it expect to have any confidence in the fulfilment of a contract." Come again? His point, so far as it can be guessed, is that capitalist principles ought to permit tearing up a contract the moment one party feels he can do better in a different arrangement. "There's nothing wrong with breaking a deal. In fact, it's economically beneficial. Everyone acts in his own best interest." Gandler then observed how even acts of charity are selfish because people who commit them do so in order to feel good.

Since I had no clue what he was saying, I tried again. How is a free market supposed to function if people are not bound by the deals they sign? Banks are not allowed to suddenly increase your mortgage payments if you've signed for a fixed interest rate. If you contract with a natural gas supplier for a set rate for three years, you can't cancel if gas prices drop. These are not difficult concepts, but Gandler refused to grasp them. He grew even more indecipherable, raving about how if the Arabs raised oil prices then the gas company too would go ahead and raise prices and if you protested, the gas company would go bankrupt and a new company would appear that is not bound to the fixed rate you signed with the old company. After listening several times to a recording of our conversation, I'm convinced I could not have understood him better had he been speaking Russian.

For Gandler, the essential fact is that in 1999 Alexei Yashin was entering the final year of his contract and the Senators had made no move to re-sign him. For a star player this was an insult. The Senators, in Gandler's view, were acting like an insensitive cad who pretends not to care if his long-term, loyal girlfriend stays or leaves. "If you've been living with her for seven years" — the number of years Yashin had been in Ottawa — "she deserves to know where she stands." A world-class athlete should not be treated like a disposable office intern, forced to wait on pins and needles until the last day of his term to hear whether he will be renewed. Hence Yashin tried, unsuccessfully, to force the issue.

When his contract expires this year, Yashin will be a restricted free agent, the very situation he and Gandler wanted to avoid. Other teams can bid for him, but the Senators have the right to match their offer. Moreover, as part of an NHL program to support Canadian-based teams, the Senators, if they want to match another team's bid, can pay the difference between Yashin's current $3.6 million U.S. salary and the offer in Canadian dollars (the difference is made up by the league). As a result, a U.S.-based franchise would need to make a very high offer to ensure Ottawa does not match it. No team might be willing to make such an offer. As Gandler points out, owners in general have become reluctant to bid for restricted free agents, for fear of driving up salaries.

In Gandler's worst-case scenario, no one will make a grab for Yashin and he'll remain the property of Ottawa, which can then offer him his old salary. Yashin can refuse to play — another holdout — until the team trades him, a standoff similar to the one between fellow star Eric Lindros and the Philadelphia Flyers. Theoretically, if the Senators wanted to be vindictive, they could refuse to trade Yashin and thus keep him out of hockey for the next while. Eric Lindros, after all, has not played since May of last year.

tuning the client list

The power player: Always on call, Mark Gandler is many things – dealmak

According to Albert Stillman, agents first started calling the house three years ago when his son Cory was a 15-year-old Bantam player. While Cory is a fine player, he is no prodigy. This past season with the Kingston Frontenacs, he scored a respectable 56 points, making him the fifth highest scorer on his team but a long way from league leaders who were breaking 100 points. It suggests how competitive the industry is that agents fought to represent Cory Stillman even though he can hardly be described as a sensation.

"I think some of these agents are just trying to build up their client list," said Albert Stillman. Mark Gandler, though, was different. He flew up from New Jersey to visit the family at their home in Lindsay, where the senior Stillman works for General Motors. Stillman says he was impressed by two things: Gandler's intelligence and, second, the fact that he never promised to make Cory rich. Money was not discussed at all. Instead Gandler explained that the first item of business was to make Cory a desirable NHL prospect, by ensuring scouts and other decision makers notice him. At six-feet-two and 206 pounds, Cory will only get better and, in Gandler's judgment, has the makings of a top defensive forward. Like any other product, a player needs to be marketed. Gandler thinks Cory ought to be drafted in the first round.

Still, Cory Stillman is probably not Gandler's top priority — not with established NHL players to manage, in addition to a number of other ventures. He represents the junior tennis phenomenon Katia Afinogenova, a 14-year-old Russian, now living in Florida, who is expected to be the best women's player in the world someday. Her brother Maxim plays for the NHL's Buffalo Sabres and is also a Gandler client. Yet whenever Albert Stillman phones to talk about Cory, and he calls often, Gandler is always patient and charming. Gandler appears genuinely to like the Stillmans, though agents have little choice but to be effusive to those who have the ear of the client. Offend the entourage and they might shop the athlete to another agent.

At one point during my visit, Gandler had to phone Carol Alt, Yashin's girlfriend, to pass on a message. A sometime actress and former supermodel, Alt kept Gandler on the line for 15 minutes, trying to convert him to her diet of raw fish and natural breads, a nutrition program designed by a Los Angeles guru. Gandler, meanwhile, is a solid man who grew up on heavy Eastern European cooking. "So rice is OK?" he said into the receiver, rubbing his eyes. He looked up at the empty scotch bottle on his bookshelf. "I like balsamic vinegar on my salad. Is that OK?" He politely promised Alt that he would try the diet and give her a full report.

His Russian accent has nearly disappeared, although he seems to spend half his day speaking his native tongue. His wife, Irene, was also born in Russia and the couple have decided to make Russian the household language. Their daughters, ages eight and five, are as comfortable speaking Russian as they are English. The Gandlers send the girls to an enriched school that follows the Kumon method, a system that emphasizes daily study — weekends and holidays included — and teaches children to learn independently. The founder of Kumon, a Japanese math teacher named Toru Kumon, apparently taught his own son to solve differential equations by the sixth grade.

That part of Gandler that is all caricature — the fast-talking, high-rolling agent — disappears when he talks about his daughters. He's teaching them to swim and play tennis, but for the time being is more interested in turning them into scholars than athletes. The Russian Jews who fled during the Cold War boasted, as a group, astonishing intellectual achievements. Although the Gandlers settled in New York, thousands went to Israel, which to this day has been unable to properly absorb the huge numbers of new doctors, mathematicians and master chess players. Gandler's brother, now a successful businessman, was trained as a physicist. Gandler grew up poor — his first bathroom was 50 metres from the house — but he learned the value of education.

Gandler is amused by Internet gossip, all unfounded, that he has connections with Russian organized crime. "A fabrication by imaginative writers," he says. Yet some fans — again, the kind who set up Internet hockey sites — find it suspicious that he wields so much influence in the shady world of Russian hockey, where extortion and even kidnapping are not unheard of. Last year, the hockey press discovered that one top Russian hockey team, owned by the ministry of railways, was forcing players to use Gandler as their NHL agent. The actual edict was that players could only use agents who are "official representatives" of the club, and Gandler acknowledged that the team likely was referring to him. (He says he never believed in "mandatory relationships" and is glad the club has rescinded the policy.)

But those who know him find it ludicrous that anyone could mistake him for a thug. Jeff Bliumis, the sculptor, says on the contrary Gandler is among his most cerebral friends. There are, it is true, moments when Gandler's voice softens and one gets the feeling that had he never emigrated to New York City he would have become a professor of some sort in Russia. Then again, maybe not — religious minorities and other non-conformists were often denied university jobs. By the way, just how miserable was life under communism? "Yes, these things happened to me," Gandler shrugged, when

asked, for example, if he was ever beaten up for being Jewish. Then, suddenly, his New York persona returns, Brooklyn accent and all. "But I also beat up people."

Leonard Stern writes for the Weekly.

**GRAPHIC:** Black & White Photo: Bruno Schlumberger, for the Citizen's, Weekly ; Sports agent Mark Gandler, at the heart of last year's, contract dispute between Alexei Yashin and the Senators, says, there's nothing wrong with tearing up a contract — if you feel you, can negotiate for something better.; Black & White Photo: Wayne, Hiebert, The Ottawa Citizen ; Alexei Yashin got the message from the, fans after sitting out a year.; Black & White Photo: Patrick Doyle,, The Ottawa Citizen ; Asked if he was advised to dump Mark Gandler, after last year's unsuccessful holdout, Alexei Yashin responds: 'I, like Mark. He's a friend of mine.'; Black & White Photo: Jonathan, Hayward, The Canadian Press ; Alexei Yashin bit the bullet last, September and returned to the Senators without a new contract., General Manager Marshall Johnson, head coach Jacques Martin and, agent Mark Gandler field questions.

**TYPE:** Sports; Profile; Feature

**LOAD-DATE:** April 8, 2001