# EXHIBIT H

FOCUS - 16 of 31 DOCUMENTS

Copyright 1999 Sun Media Corporation
The Toronto Sun

September 2, 1999, Thursday, Final EDITION

**SECTION:** SPORTS, Pg. 81

**LENGTH:** 742 words

**HEADLINE:** GANDLER A BLIGHT ON NHL

**BYLINE:** STEVE SIMMONS

**BODY:**

It was a giddy Alexei Yashin, smiling for the cameras in late December 1995, happy to be back, happy to be in Ottawa, missing the game he loved so much.

It was a giddy Yashin, celebrating the end of animosity and the beginning of a five-year contract with the Ottawa Senators.

The deal was negotiated by Mark Gandler.

It is the same Mark Gandler who says the deal that Yashin signed, the deal he shook hands on and approved of, isn't relevant or appropriate anymore.

This is what Gandler the player agent does. He makes deals and breaks deals. He negotiates contracts but has no respect for them. You shake hands with Mark Gandler after doing a deal and you would be wise to count your fingers afterward.

NOT HIS FAULT

There is a pattern to how Gandler conducts his business. Everything is someone else's fault. Never his. Never his client's.

He wanted a long-term contract and agreed to a long-term contract in Ottawa and when it didn't work out the way he figured it would, when the market conditions didn't favour Yashin's situation, Gandler did what he always does: He put up walls, he created animosity, he held the franchise up for hostage, making too much noise supposedly in the best interest of his client, who inevitably gets slaughtered by an unresponsive public.

Fast forward now to this summer of sporting discontent. The final year of the five-year contract Yashin signed with the Senators will not be honoured by the player who signed it or by the agent who negotiated it. That is pure Gandler. Make a deal and then walk away from it and leave your client twisting in the public wind.

"He gives all of us a bad name,'' said another NHL player agent, who represents significant players. "He has no respect for a contract and he counsels his clients to have no value for what a contract means. I don't think it's a healthy situation. It makes the whole business look bad.''

The NHL Players' Association began certifying player agents in 1996 and Mark Gandler has been certified as a representative of players ever since. He pays his dues, shows up at the meetings, and causes more grief than the NHLPA would care to admit.

The NHLPA, which takes a heavy-handed approach in the background to the negotiation of major contacts throughout the league, strangely has no policy when it comes to its members not honouring their own obligations and wouldn't comment on this situation. The NHLPA almost certainly will involve itself in any negotiation Yashin might have in the future, but when he chose to break a contract that already is signed, the association is remarkably silent.

GANDLER A BLIGHT ON NHL The Toronto Sun September 2, 1999, Thursday,

Maybe it is time the NHLPA got involved: If it is going to be part of the front end of the deal that is made, maybe it is time to enforce its members into honouring the agreements they first made.

Gandler is a New Jersey-based player agent with a clientele that is primarily Russian. He is advising Darius Kasparaitis, who missed almost all of last season, to not sign a reasonable deal with the Pittsburgh Penguins, and Gandler has shocked the Maple Leafs by asking for $10.5 million for three seasons for defenceman Dimitri Yushkevich. Now, Yushkevich is coming off his first excellent NHL season but even in the inflated world of hockey salaries, he is not a $3-million player. Not to anyone except Gandler.

Somehow, players listen to him. Somehow, Yashin, one of the finest players in the NHL, not only looks to Gandler as his agent, but as a member of his family. This is how close they are, how much trust there is between them, with almost no regard for the circumstances of the past.

In 1993, Gandler had Yashin agree to a five-year contract with the Senators, a contract he attempted to nullify less than two years later. Yashin held out in 1994 and again in 1995 before agreeing to a new deal, the one he currently is not respecting the terms of.

In between, there was the famous donation incident with the National Arts Centre, a deal done in typical Gandler form: He made it then he broke it and someone else, of course, was to blame.

According to Elaine Calder of the NAC, it was Gandler who requested that money from the NAC be paid to Tatiana Entertainment, and eventually find its way to Yashin's parents, and they would have to come up the appropriate invoices.

The deal fell through. Alexei Yashin's reputation took another kicking.

With close friends like Mark Gandler, who needs enemies?

**LOAD-DATE:** September 2, 1999