# EXHIBIT I

CERTIFICATE
of Services Rendered

February ~~9~~, 2005

~~International Sports Advisors Co., Inc.,~~ has rendered services to OOO Tatneft-Ak Bars pursuant to the agreement of February [illegible], 2005. The player, ~~Danny Heatley~~, arrived at the disposal of the hockey club of Ak Bars in the town of Odintsovo, Moscow Province, for participation in training get-togethers. As of the date of signing of this certificate, the value of services rendered is US$ _____. The work pursuant to the contract has been completed. The parties do not have any claims towards each other.

~~International Sports Advisors Co., Inc.~~     OOO Tatneft-Ak Bars
[signature]
~~Mark Gandler~~                              Sh. N. Khusnutdinov
~~President~~                                 Director
[round seal:] [illegible]

[stamp:] [see source for English]

# TRANSFER PAYMENT AGREEMENT

February 8, 2005

This agreement between OOO Tatneft-Ak Bars, a legal entity with a registered office at 30 Pushkina Street, 420111 Kazan, and ~~International Sports Advisors, Co. (USA)~~, a company representing professional hockey players, with a principal office at ~~875 Ridgeview Way, Franklin Lakes, New Jersey, USA.~~

## CERTIFIES

Whereas, the professional hockey player ~~Danny Heatley~~ (hereinafter to be referred to as "the Player"), has an effective contract with the team of [illegible] ~~Bern of the Swiss National~~ Hockey League;

Whereas, Tatneft-Ak Bars wishes to purchase from Bern the rights to the Player;

Whereas, ~~ISA~~ undertakes the obligation to conduct negotiations with ~~Bern~~ and to obtain the consent of ~~Bern~~ to the transfer of the Player into the Ak Bars club of Kazan and to pay promptly the amount of US$ _____ by means of an electronic transfer to ~~Bern;~~

Whereas, pursuant to the provisions and terms and conditions below, the Parties wish to enter into an agreement (hereinafter to be referred to as "the Agreement"),

Therefore, considering the mutual obligations undertaken, the Parties agree as to the following:

## TERM:

This Agreement shall be in effect as of the date of execution thereof and until the Parties have met all of their obligations.

## PAYMENT FOR SERVICES RENDERED:

The value of services rendered shall be set at the amount of US$ _____

## TERMS AND CONDITIONS OF PAYMENT:

OOO Tatneft-Ak Bars hereby agrees to pay ~~ISA~~ the amount of US$ 150,000 (one hundred fifty thousand) by ~~February [illegible], 2005.~~

[round seal:] [illegible]
[signature]

In the event of a default in payment, a penalty in the amount of US$ 1,000 (one thousand) per day shall be charged. If the default in payment continues for one week, the Ak Bars Kazan club shall be obligated to remove the Player from participation in the Championship of Russia until the moment when the full amount of the contract, including the penalty, shall be repaid.

Payment shall be made after the signing of the Certificate of Services Rendered.

Payment must be made by means of a transfer according to the following terms and conditions:

Recipient:           ~~International Sports Advisors, Co.~~

Account No.:         ~~665503399565~~

Bank Code:           021000021

Bank's Address:      Chase Manhattan Bank
                     ~~11 West 51st Street~~
                     New York, New York

        The Parties have entered into this Agreement for implementation as of the date of execution thereof as indicated above.

[round seal:] [illegible]

[signature]
Mark Gandler
President


OOO Tatneft-Ak Bars

Settlement Account: 40703810800990000077
In the Kazan Branch of OAO Bank Zenit
RCBIC 049205702 corresp. account. 30101810200000000702
Tax ID 1655085014
Tax Registration Reason Code: 165501001

_____
Shamil Nurislamovich Khusnutdinov
Director of OOO Tatneft-Ak Bars



**TRANSPERFECT**
TRANSLATIONS

City of New York, State of New York, County of New York

I, Lauren Chiang, hereby certify that the following documents:

"The Annexed Transfer Payment Agreement"

and

"Certificate of Services Rendered"

are, to the best of my knowledge and belief, a true and accurate translations from Russian into English.

Lauren Chiang

Sworn to before me this

22nd day of November 2005

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 200?

Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

FROM : AK BARS                          PHONE NO. : 922282                    FEB. 21 2005 07:47PM P4

FEB.09'2005 09:36                                                =3554 P.001/001

# АКТ

об оказании услуг

«___» февраля 2005 г.

International Sports Advisers Co., Inc. оказала услуги ООО «Татнефть-Ак Барс» в соответствии с соглашением от ___ февраля 2005 г. Игрок Дени Кинга прибыл в распоряжение хоккейного клуба Ак Барс в г. Одинцово, Московской области для участия в тренировочных сборах. На дату подписания настоящего акта стоимость оказанных услуг составляет _____ долларов США. Работа согласно условиям контракта выполнена. Стороны претензий друг к другу не имеют.

International Sports Advisers Co., Inc.              ООО «Татнефть-Ак Барс»

Марк Гандлер                                        Ш. Н. Хуснутдинов
Президент                                           Директор

PAY TO THE ORDER OF
JPMORGAN CHASE BANK
NEW YORK, NY 10019-6801
02100902T
FOR DEPOSIT ONLY
INTERNATIONAL SPORTS
ADVISORS CO., INC.
665503339555

## СОГЛАШЕНИЕ ПО УПЛАТЕ ЗА ТРАНСФЕР

*февраля. 2005 г.*

**Настоящее соглашение** между ООО «Татнефть-Ак Барс», юридическое лицо зарегистрированное по адресу 420111, г. Казань, ул. Пушкина, д. 30, и International Sports Advisers, Co. (ISA), фирма представляющей интересы профессиональных хоккеистов, основной офис которой расположен по адресу 875 Ridgeview Way, Franklin Lakes, New Jersey, USA.

### СВИДЕТЕЛЬСТВУЕТ:

**Поскольку,** у профессионального хоккеиста Денис Жигаи («Игрок») есть действующий контракт с командой ХС «Берн» Швейцарской Национальной Хоккейной Лиги;

**Поскольку,** «Татнефть-Ак Барс» желает приобрести у Берна права на Игрока;

**Поскольку,** ISA обязуется провести переговоры с Берном, получить согласие у Берна на трансфер Игрока в клуб «Ак Барс» Казань и уплатить в срочном порядке сумму в размере            долларов США электронным переводом к Берн;

**Поскольку,** на основании указанных ниже постановлений и условий, стороны желают вступить в соглашение («Соглашение»).

**Поэтому,** учитывая данные взаимные обязательства, стороны соглашаются о нижеследующем:

### СРОК:

Настоящее Соглашение действительно со дня его подписания и до исполнения сторонами всех своих обязательств.

### ОПЛАТА ЗА ОКАЗАНИЕ УСЛУГ:

Стоимость оказанных услуг определяется в размере            долларов США.

### УСЛОВИЯ ОПЛАТЫ:

ООО «Татнефть-Ак Барс» соглашается уплатить ISA 150 000 (сто пятьдесят тысяч) долларов США до              2005 год.

В случае неуплаты вовремя, начисляется штраф в размере 1 000 (одна тысяча) долларов США в день. В случае если неуплата продолжается сроком в одну неделю, клуб Ак Барс Казань будет обязан отстранить Игрока от участия в Чемпионате России до того момента полная сумма контракта, включая штраф, не будет выплачена.

Оплата будет произведена после подписания акта об оказании услуг.

Оплата должна быть произведена посредством перевода, согласно следующим условиям:

| | |
|---|---|
| Получатель: | International Sports Advisers Co. |
| Номер счета: | 665303389565 |
| Код Банка: | 021000021 |
| Адрес Банка: | Chase Manhattan Bank 11 West 51st Street New York, New York |

Стороны заключили настоящее Соглашение для исполнения с даты его подписания, указанной выше.

_Марк Гандлер_
Президент

ОАО «Татнефть-Ак Барс»

Расчетный счет 40702810800090000074
В Казанском филиале ОАО Банка Зенит
БИК 049205702 к/с 30101810200000000702
ИНН 1655085014
КПП 165501001

Шамил Нурисламович Хуснутдинов
Директор ООО «Татнефть-Ак Барс»