## CERTIFICATE OF SERVICE

I, Robert M. Bernstein, hereby certify that on the 22nd day of November, 2005, I caused a true and correct copy of Plaintiff's Statement of Points and Authorities in Reply to the Opposition of Defendants Mark Gandler and International Sports Advisors Company, Inc. to Plaintiff's Motion for a Preliminary Injunction and the Declaration of Scott A. Eggers in Support of Plaintiff's Reply to be served by email and by first class mail upon Defendant as indicated below:

>Alexander Semin, through his attorney,
>Alexander Berkovich
>230 East 30th Street
>Room 7G
>New York, New York 10006
>Tel.: (917) 282-772
>Email: aberkovich@nyc.rr.com

_____
Robert M. Bernstein