**CERTIFICATE OF SERVICE**

I, Robert M. Bernstein, hereby certify that on the 23rd day of November, 2005, I caused a true and correct copy of Plaintiff's Statement of Points and Authorities in Reply to the Opposition of Intervenor National Hockey League Players' Association to Plaintiff's Motion for a Preliminary Injunction and In Opposition to the NHLPA's Motion to Dismiss to be served by email and by first class mail upon Defendant as indicated below:

    Alexander Semin, through his attorney,
    Alexander Berkovich
    230 East 30th Street
    Room 7G
    New York, New York 10006
    Tel.: (917) 282-772
    Email: aberkovich@nyc.rr.com

                                                            _____
                                                            Robert M. Bernstein