IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,    Case No. 1:05 CV 02094 (HHK)

- against -

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendant.

---

**CONSENT MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court of the District of Columbia, I, John F. Conroy, a member in good standing of the bar of this Court, move for an order admitting an attorney Alexander Berkovich to appear pro hac vice in this matter as counsel on behalf of defendant Alexander Semin. The accompanying declaration of Alexander Berkovich, dated November 25, 2005, is submitted in support of this motion. Pursuant to LCvR 7(m), the undersigned states that Scott Eggers of Proskauer Rose LLP, counsel for the plaintiff,

has consented to this motion.

Dated: November 25, 2005
      Washington, D.C.

                         Respectfully submitted,

                         _____
                         John F. Conroy, Esq., DC Bar#959791
                         Gordon & Ermer
                         Attorneys for Alexander Semin
                         Two Lafayette Center, Suite 450
                         1133 21st Street, N.W.
                         Washington, D.C. 20036
                         202-833-3400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

           Plaintiff,    Case No. 1:05 CV 02094 (HHK)

- against -

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

           Defendant.

### DECLARATION OF ALEXANDER BERKOVICH

ALEXANDER BERKOVICH hereby declares as follows under penalty of perjury:

1. My full name is Alexander Berkovich. I submit this declaration in support of the motion to admit me to practice in this Court *pro hac vice* as attorney for defendant Alexander Semin.

2. My office is at 230 East 30th Street, Room 7-G, New York, NY 10016. My office telephone number is 917-282-7752. My office fax number is 212-213-2598. My office email address is aberkovich@nyc.rr.com.

3. I have been admitted to the bar of the United States District Court for the Southern District of New York, and the bar of the State of New York.

4. I certify that I have not been disciplined by any bar.

5. I have neither applied for admission, nor have been admitted, *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. Under these circumstances, I respectfully requests that my application for *pro hac vice* admission in this Court as attorney for defendant Alexander Semin be granted.

Executed:   New York, NY
            November 25, 2005

_____
Alexander Berkovich

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

               Plaintiff,    Case No. 1:05 CV 02094 (HHK)

- against -

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

               Defendant.

## ORDER

UPON CONSIDERATION of the application of Alexander Berkovich, whose office is located at 230 East 30th Street, Room 7-G, New York, NY 10016, whose office telephone number is 917-282-7752, whose office fax number is 212-213-2598 and whose office email address is aberkovich@nyc.rr.com, for permission to appear pro hac vice in this matter, which application was moved by John F. Conroy, Esq., a duly admitted member of the bar of this Court and counsel for defendant Alexander Semin, it is this _____ day of _____ 2005, hereby

ORDERED that Alexander Berkovich is admitted to appear and participate for all purposes on behalf of defendant Alexander Semin in this action pursuant to LCvR 83.2 of the Rules of this Court.

                                                                          United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2005 the foregoing Consent Motion for Admission of Counsel Pro Hac Vice, Declaration of Alexander Berkovich and proposed Order was filed electronically with the Court and served electronically on the following counsel:

Robert M. Bernstein, Esq.
PROSKAUER ROSE, LLP
1233 20th Street, NW
Suite 800
Washington, DC  20036
Email: rbernstein@proskauer.com

David Matthew Hibey
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Email: dhibey@morganlewis.com

John Miller West
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Suite 1000
Washington, DC  20005
Email: jwest@bredhoff.com

_____
John F. Conroy