IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,          Case No.: 1:05 CV 02094 (HHK)

v.

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

                Defendants.

**MOTION TO DISMISS THE COMPLAINT HEREIN AND FOR STAY OF DISCOVERY**

Defendant Alexander Semin hereby moves for an order, in the form submitted herewith dismissing the complaint herein. The grounds for this motion are stated in the Declaration of Alexander Berkovich, dated November 24, 2005, and Statement of Points and Authorities, dated November 25, 2005, submitted in support of the motion.

**DEFENDANT ALEXANDER SEMIN REQUESTS AN ORAL HEARING ON THIS MOTION ON THURSDAY, DECEMBER 1, 2005, AT 1:30 PM, THE DATE AND TIME WHEN THE HEARING ON THE RELATED PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION IS SCHEDULED.**

The grounds for the motion are that this Court is not appropriate or convenient forum for the resolution of the issues involving a foreign national's service in his country's military under doctrine of the *forum non conveniens*; upon doctrines of international comity and the Act of State in that it should be inappropriate for this Court to adjudicate decisions, practices and acts of a

foreign state, particularly in area of military service, and the status of a foreign national in his country's own military; that this lawsuit against Alexander Semin should be dismissed based upon mandatory arbitrability of this dispute under the Agreement between the National Hockey League ("NHL") and the International Ice Hockey Federation dated June 9, 2001 under which Alexander Semin was transferred to the plaintiff, and this lawsuit against Alexander Semin should be dismissed based upon arbitrability of this dispute under the Collective Bargaining Agreement between the NHL and the NHL Players' Association.

Dated: November 25, 2005

Respectfully submitted,

John F. Conroy, Esq., DC Bar#959791
Gordon & Ermer
Attorneys for Alexander Semin
Two Lafayette Center, Suite 450
1133 21st Street, N.W.
Washington, D.C. 20036
202-833-3400

/s/ Alexander Berkovich
Alexander Berkovich, Esq. (AB-2677)
Attorney for Alexander Semin
*Pro hac vice* application pending
230 East 30th Street
Room 7G
New York, NY 10016
Tel. (917) 282-7752
Fax (212) 213
Email: aberkovich@nyc.rr.com