IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

        Plaintiff,        Case No.: 1:05 CV 02094 (HHK)

        v.

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

        Defendants.

## ORDER

Upon consideration of defendant Alexander Semin motion to dismiss the complaint herein, it is this ____ day of _____, 2005, hereby

ORDERED that defendant Alexander Semin's motion is granted.

                                                          United States District Judge