## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2005 the foregoing Motion to Dismiss, Memorandum of Points and Authorities, Declaration of Alexander Berkovich and proposed Order was filed electronically with the Court and served electronically on the following counsel:

Robert M. Bernstein, Esq.
PROSKAUER ROSE, LLP
1233 20th Street, NW
Suite 800
Washington, DC 20036
Email: rbernstein@proskauer.com

David Matthew Hibey
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email: dhibey@morganlewis.com

John Miller West
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street, NW
Suite 1000
Washington, DC 20005
Email: jwest@bredhoff.com

John F. Conroy