IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY, doing business as the WASHINGTON CAPITALS, | |
| Plaintiff, | Case No.: 1:05 CV 02094 (HHK) |
| v. | |
| ALEXANDER SEMIN, INTERNATIONAL SPORTS ADVISORS COMPANY, INC. and MARK GANDLER, | |
| Defendants. | |

### ERRATA

This Declaration of Alexander Berkovich and Exhibits A – E which are being filed individually were omitted from and should be attached to Document No. 28, Case No. 1:05 CV 02094 (HHK)

_____
John F. Conroy