IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

        Plaintiff,

v.

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

        Defendants.

Case No.: 1:05 CV 02094 (HHK)

---

### DECLARATION OF ALEXANDER BERKOVICH IN SUPPORT OF DEFENDANT ALEXANDER SEMIN'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO DISMISS THE COMPLAINT HEREIN AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

ALEXANDER BERKOVICH hereby declares as follows:

1. I will be appearing as Alexander Semin's attorney in this action on a *pro hac vice* basis. I respectfully submits this declaration in support of Alexander Semin's motion to dismiss the complaint herein on the grounds of forum non conveniens, under doctrines of international comity and the Act of State, and in the alternate, on the grounds of arbitration agreements, and in opposition to plaintiff's motion for a preliminary injunction and expedited discovery, and for stay of discovery pending decision on the dispositive motion.

2. The purpose of this declaration is to place before the Court true and correct copies of the following documents:

3.    Attached as <u>Exhibit A</u> is a true and correct copy of "Information On Private Alexander Valerievich Semin" from Central Sports Club of Russian Air Force to the Hockey Club "Lada" Togliatti that states that Alexander Semin took his military oath on November 11, 2004, was serving in the military in the Central Sports Club of Russian Air Force, that term of his compulsory military service is two years and that Alexander Semin's military discharge date was November 10, 2006, in Russian and the English certified translation.

4.    Attached as <u>Exhibit B</u> is a true and correct copy of "Reference" issued by the Russian Ministry of Defense dated September 15, 2005 that states that Alexander Semin is performing military service in the Central Sports Club of the Russian Air Force, in Russian and the English certified translation.

5.    Attached as <u>Exhibit C</u> is a true and correct copy of Agreement as of January 7, 2005, whereby Central Sports Club of Russian Air Force, in the city of Samara, the Russian Federation, authorized Alexander Semin to perform his military service by playing for Hockey Club "Lada" Togliatti, in Russian and the English certified translation.

6.    Attached as <u>Exhibit D</u> is a true and correct copy of Alexander Semin's Military Card, in Russian and the English certified translation.

7.    Attached as <u>Exhibit E</u> is a true and correct copy of the Agreement between the National Hockey League and the International Ice Hockey Federation dated June 9, 2001.

8. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2005

_____
Alexander Berkovich, Esq.
Attorney for Alexander Semin
*Pro hac vice* application pending
230 East 30th Street
Room 7G
New York, NY 10016
Tel. (917) 282-7752
Fax (212) 213
Email: aberkovich@nyc.rr.com

3