To: Hockey Club LADA, City of Togliatti

INFORMATION ON PRIVATE
ALEXANDER VALERIEVICH SEMIN

The Administration of the Hockey Club TsSK VVS[1] of the City of Samara hereby informs you that compulsory military service soldier SEMIN, LEXANDER VALERIEVICH, born in 1984, took his oath on November 11, 2004, and is serving now at the Central Air Force Sports Club.

The term of the compulsory military service is two calendar years. The military discharge is scheduled for November 10, 2006.

Director of the TsSK VVS Hockey Team, Colonel          M. I. Nichepurenko
/signature/

OFFICIAL SPORTS CLUB SEAL

---

[1] Central Air Force Sports Club

Exhibit A

В хоккейный клуб «Лада»
г.Тольятти

### Информация по военнослужащему
### рядового Сёмина Александра Валерьевича

Руководство хоккейного клуба ЦСК ВВС г.Самары информирует в том, что военнослужащий срочной службы Сёмин Александр Валерьевич 1984г.р. принял присягу 11 ноября 2004г. и проходит военную службу в рядах центрального спортивного клуба Военно – Воздушных Сил

Срок действительной службы составляет два календарных года.

Демобилизация военнослужащего намечена на 10 ноября 2006 года.

Начальник хоккейной команды
ЦСК ВВС подполковник              М.И. Ничепуренко