Russian Federation
Ministry of Defense
Air Force Central Sports Club

Date: 15.09.2005
Reg./Ref. № 670

# REFERENCE

To Whom It May Concern:

This reference is issued to private ALEXANDER VALERIEVICH SEMIN to certify that he does his military service at the TsSK VVS.

Head of the TsSK VVS    D. Shliakhtin
/signature/

OFFICIAL ROUND SEAL

Exhibit B

**МИНИСТЕРСТВО ОБОРОНЫ РОССИЙСКОЙ ФЕДЕРАЦИИ**

ЦЕНТРАЛЬНЫЙ СПОРТИВНЫЙ КЛУБ ВОЕННО-ВОЗДУШНЫХ СИЛ

13 . 09 . 2005 г.
№ 670

**СПРАВКА**

Выдана Рядовому СЕМИНУ АЛЕКСАНДРУ ВАЛЕРЬЕВИЧУ

в том, что он проходит военную службу в ЦСК ВВС

Выдана для представления по месту требования

Начальник ЦСК ВВС _____ Д. ШЛЯХТИН