AGREEMENT № 2

City of Samara
January 7, 2005

We, the undersigned, the Director of the Hockey Club TsSK VVS, city of Samara, Mikhail Ivanovich Nichepurenko on the one part, and the Executive Director of the Hockey Club LADA Vladimir Nikolaevich Vdovin on the other part, concluded the present Agreement as follows:

1. SUBJECT OF THE AGREEMENT.
1.1. Settlement of the legal relations between Hockey Club LADA Togliatti and TsSK VVS Samara with respect to transfer of the hockey players executed pursuant to the PHL Regulations on players' transfers.

2. OBLIGATIONS AND RESPONSIBILITIES OF THE PARTIES
2.1. Hockey Club TsSK VVS Samara transfers regular term soldier of the Military Forces of the Russian Federation Alexander Valerievich Semin, born in 1984 and gives permission to his participation in the Championship of Russia as well as other national and international tournaments with the hockey team LADA Togliatti till the end of the 2005-2006 hockey season.
2.2. HC (Hockey Club) LADA Togliatti receives the player Alexander Valerievich Semin, born in 1984 and shall provide him with lodging, food, social insurance and gear.
2.3. HC LADA Togliatti undertakes to return the soldier of the Military Forces Alexander Valerievich Semin, born in 1984 to HC TsSK VVS Samara upon request of the Administration of the HC TsSK VVS for the further active service in the Military Forces of the Russian Federation.

3. OTHER TERMS AND CONDITIONS
3.1. The Agreement comes into effect upon signing by the parties and is valid till the expiration of the 2005-2006 hockey season.
3.2. All amendments to the present Agreement are made only upon written consent of both parties.
3.3. All disputes related to this Agreement shall be resolved by means of negotiations. If the parties cannot come to an agreement, the dispute shall be considered by the Expert Commission of the PHL.
3.4. The relations between the parties in the event they cannot reach agreement shall be regulated by the present legislation.
3.5. The present Agreement has been executed in two copies, both of which have legal force and are kept by the parties.

| | |
|---|---|
| Address and account information | Address and account information |
| HC TsSK VVS Samara | HC LADA Togliatti |
| Director M. I. Nichepurenko | Executive Director V. N. Vdovin |
| /signature/ | /signature/ |
| OFFICIAL ROUND SEAL | OFFICIAL ROUND SEAL |

*[Certified Translator seal: atio, Mark Vaintroub, Association of Translators and Interpreters of Ontario]*

Exhibit C

ДОГОВОР № 2

г. Самара

« 7 » января 2003 г.

Мы, нижеподписавшиеся, Директор ХК «ЦСК ВВС» г. Самара, Ничепуренко Михаил Иванович с одной стороны, и Исполнительный Директор ХК «ЛАДА» Вдовин Владимир Николаевич г. Тольятти с другой стороны, заключили настоящий Договор о нижеследующем:

1. ПРЕДМЕТ ДОГОВОРА
1.1. Урегулирование правовых отношений между ХК «ЛАДА» г. Тольятти и «ЦСК ВВС» г. Самара о процессе перехода хоккеистов, осуществляемого в соответствии с Положением о переходе хоккеистов в ПХЛ.

2. ОБЯЗАННОСТИ И ОТВЕТСТВЕННОСТЬ СТОРОН

2.1. ХК «ЦСК ВВС» г. Самара передает военнослужащего по призыву ВС РФ: Сёмина Александра Валерьевича 1984 г.р. и дает разрешение на его участие в Чемпионате России и других, национальных и международных соревнованиях в составе ХК «ЛАДА» г. Тольятти до окончания хоккейного сезона 2005-2006 г.г.

2.2. ХК «ЛАДА» г. Тольятти принимает игрока Сёмина Александра Валерьевича 1984 г.р. и обеспечивает его проживанием, питанием, экипировкой и соцстрахованием.

2.3. ХК «ЛАДА» г. Тольятти обязуется вернуть военнослужащего по призыву Сёмина Александра Валерьевича 1984 г.р. в ХК «ЦСК ВВС» г. Самара по первому требованию руководства ХК ЦСК ВВС для прохождения дальнейшей службы в рядах вооруженных сил РФ.

3. ПРОЧИЕ УСЛОВИЯ

3.1. Договор вступает в силу с момента его подписания и действует до окончания хоккейного сезона 2005-2006 г.г.
3.2. Изменения и дополнения вносятся лишь по соглашению сторон и оформляются в письменном виде.
3.3. Споры и разногласия разрешаются по возможности путем переговоров. При не достижении согласия спор рассматривается в экспертной комиссии ПХЛ.
3.4. Отношения между сторонами в случае не достижения согласия путем переговоров регулируется в соответствии с действующим законодательством.
3.5. Настоящий договор составлен в двух экземплярах, каждый из которых имеет одинаковую силу и хранится у обеих сторон.

ЦСК ВВС г.Самара, 443071
Волжский проспект 10,
Р/С 40503810000000000050
ИНН 6315942101/631501001
в ГУШБ РФ «Речное» г.Самара
БИК 043680002
ОКПО 080253363
ОКОНХ 97920

г.Тольятти Приморский б-р, 37
ИНН 6321015909
р/с 40703810100000185001
в КБ «Автомобильный банкирский дом»
БИК 043678928, к/с 30101810800000000928
в Приморском РКЦ

Хоккейный клуб
ЦСК ВВС г.Самара
Директор

М.И. Ничепуренко

Хоккейный клуб «ЛАДА»
г.Тольятти
Исполнительный директор

Н.Н. Вдовин