MILITARY CARD
AE № 1898894

Surname: SEMIN
Given name: ALEXANDER
Patronymic: VALERIEVICH
Date of birth: 3 March 1984
Nationality (Entered if requested by the citizen):
Personal signature of the holder: /signature/
Issued by the military office: Zheleznodorozhiy District of the city of Samara
Date of issue: 9 November 2004
OFFICIAL ROUND SEAL
Military Commissioner: /signature/

1.    GENERAL INFORMATION
1.  Place of birth: Krasnoyarsk, Krasnoyarskiy Krai
2.  Education: Grade 11 of Secondary School № 1, city of Krasnoyarsk
3.  Civil profession:
4.  First sports category or sports rank:
5.  Marital status: Single

2.    INFORMATION ON TRAINING FOR THE MILITARY SERVICE

3.    RELATION TO THE MILITARY SERVICE / ACTIVE SERVICE
6.  28.10.2004 Conscription Commission of the Military office of the Zheleznodorozhny District,
    city of Samara: Able-bodied for the military service.
    OFFICIAL ROUND SEAL
    [illegible]
    9.11.04  departed to the place of active military service. Military office of the Samara Oblast
    OFFICIAL ROUND SEAL
    Military Commissioner    /signature/
7.  On _____ joint the military forces on a contract basis
    Category of eligibility for military service _____
    Military Commissioner (Commander of the military unit) _____
8.  On _____ dismissed from the military service. Grounds _____
    Must report to the destination and register with military authorities till _____
    Commander of the military unit _____
9.   On _____ joint the military forces on a contract basis
    Category of eligibility for military service _____
    Military Commissioner (Commander of the military unit) _____
10. On _____ dismissed from the military service. Grounds _____
    Must report to the destination and register with military authorities till _____
    Commander of the military unit _____
11. Peacetime service
    a) Military
    - Military Unit / Rank: TsSK VVS
    - Full code of the military occupational specialty:
    - [illegible]
    - Date of enrollment / dismissal from the military unit, order number: 10.11.04
    - Seal / signature



Exhibit D

b) Alternative civil
c) Service

12. Participation in the military combat in the territory of other countries; performance of duties in the state of emergency and during the armed conflicts; participation in the international peacekeeping activity (where, what period of time, which military unit and which military rank): _____

13. Military unit command decision on usage during wartime (full code of the military occupational specialty, types of arms and equipment mastered): _____

14. On _____ conscripted to the military service based on the
_____
Military commissioner (Commander of the military unit) _____

15. On _____ dismissed from the military service. Grounds _____
Must report to the destination and register with military authorities till _____
Commander of the military unit _____

16. On _____ conscripted to the military service based on the
_____ and forwarded for work at civil position.
Military commissioner (Commander of the military unit) _____

17. On _____ dismissed from the military service. Grounds _____
Must report to the destination and register with military authorities till _____
Commander of the military unit _____

18. Military service at wartime.
- Military Unit / Rank: TsSK VVS
- Full code of the military occupational specialty:
- [illegible]
- Date of enrollment / dismissal from the military unit, order number: 10.11.04, № 251
    - Seal / signature

19. Took military oath
[illegible] 2004
TsSK VVS
/signature/
OFFICIAL ROUND SEAL

20. Military rank awarded and qualification in military specialty granted:
Military rank: Private
[illegible]
/signature/
OFFICIAL ROUND SEAL

21. State awards and badges:

22. Wounds, injuries, concussions, diseases _____

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2005

4. ARMS AND SUPPLY (RECORD IS CERTIFIED BY AN OFFICIAL AND SEALED)
System and registration number of the arms and number of supply _____
Issued by _____ on _____
Returned to _____ on _____

5. RESERVE
23. Reserve category
24. Group of registration
25. Structure
26. Number of Military occupational specialty
27. Name of the military position and military specialty
28. Military reserve duty training
   - Year
   - Period
   - Military unit
   - Type / category of [illegible]
   - Signature / seal

6. INFORMATION ON MEDICAL EXAMINATIONS AND VACCINATIONS
   (date, drug, dose)

29. On _____ considered able-bodied for the military service
   Subject to second medical examination.
   Date: _____
   Personal signature _____
   Date: _____
   Military Commissioner _____

30. On _____ considered able-bodied for the military service
   Subject to second medical examination.
   Date: _____
   Personal signature _____
   Date: _____
   Military Commissioner _____
Vaccinated three times: [illegible] and diphteria and tetanus toxoids and pertussis vaccine
complex medication.
/signature/
OFFICIAL ROUND SEAL

7. NOTES ON ISSUING AND DELETION OF MOBILIZATION DESIGNATION
Issued:
Deleted:

31. Main anthropometrical information
Date:
Height:
Hat size:
Size of gas mask:
Clothing size:
Footwear size:

Association of Translators and Interpreters of Ontario
Certified Translator
atio
Mark Vaintroub
2003

8.     SPECIAL NOTES
Military Office of the Samara Oblast
Mandatory fingerprinting registration passed on 9.11.2004
Material carriers are forwarded to the Information Center of the Main Department of the Interior of the Samara oblast.

9.     REGISTERED                REGISTRATION CANCELLED

32. Information on national fingerprinting registration
33. Information on individual radiation doses

10.     DISCHARGED FROM MILITARY CONSCRIPTION
34. By decision of _____ dated _____ discharged from military service and military registration cancelled.

Military Commissioner _____

11.     CITIZENS' OBLIGATIONS WITH RESPECT TO MILITARY REGISTRATION, MOBILIZATION TRAINING AND MOBILIZATION

       1. Citizens obligations with respect to military registration.
1.   For the purpose of military registration, citizens shall
   • register with the military offices at the place of their residence or with the local government bodies in the event there is no military office;
   • report according to the order to the prescribed place and time to the military office or other body responsible for military registration at the place of residence or stay;
   • report and register within two-week period after the discharge from the military service to the military office or other body responsible for military registration at the place of residence;
   • inform the military office or other body responsible for military registration at the place of residence on any changes in the marital status, level of education, place of work or position, place of residence within the district, town, city or other municipality;
   • cancel military registration at the time of relocation to a new place of residence or stay (for the period over three months) as well as upon leaving the Russian Federation for the periods over six months and register within two-week period at the new place of residence or stay or upon return to the Russian Federation;
   • keep the military card or temporary certificate issued as a substitute document for the lost military card and a conscription certificate. In the event the above documents are lost, citizenы shall report to the military office or other body at the place of residence or stay responsible for military registration in order to obtain the new documents.
2.   Citizens subjects to conscription leaving the place of residence during the conscription period for a period of more than three months, shall personally inform the military office or other body responsible for military registration about it.

       2. Citizens' obligation with respect to mobilization training and mobilization
1.   To ensure mobilization training and mobilization, citizens shall
   • report according to the order to the military office to have their designation defined during mobilization and war time;;
   • execute all orders stated in the mobilization certificate, other documents and orders of the military commissioner;

2. During the mobilization period and wartime, citizens are engaged in activities to ensure the defense of the country and security of state and also signed into special units in the prescribed order.
3. Citizens, who are registered with the military authorities, shall not leave their places of residence from the moment of mobilization without special permissions of the military offices of the districts or towns.
4. Citizens are liable for the execution of the duties during mobilization period according to present legislation of the Russian Federation.

Acknowledged with citizen's duties with respect to military registration, mobilization training and mobilization _____(personal signature of the military card holder)
/signature/

Date: _____







АБ 1898894

**11.** Сведения о постановке гражданина к воинской службе

1. ... службу по контракту,
категория годности к военной службе
(Военный комиссар / командир войнской части)

М.П.

2. ... службу по контракту,
категория годности к военной службе
(Военный комиссар / командир войнской части)

М.П.

(звание, подпись)

8. ...
(г. рождения)

М.П.

уволен в военной службы в зачислен ...

Общую прибыть к месту жительства и встать на воинский
учет до " " ____ 20__ г.

М.П.    Командир войнской части

(звание, подпись)

9. ...
(г. рождения)

уволен с военной службы в направлен ...

М.П.
службу по контракту.
Категория годности к военной службе
Военный комиссар (командир войнской части)

(звание, подпись)

10. ...
уволен с военной службы и направлен ...
Общую прибыть в место назначения и встать на воинский
учет до " " ____ 20__ г.

М.П.    Командир войнской части    (звание, подпись)

**11. Прохождение службы в мирное время**

(д) военной

| Воинская часть, воинская должность | Полное окончание ВУС | Тип аппарат. ВУС | Дата зачисления (перевода) из спис. воинской части и приказ. № |
|---|---|---|---|
| ЛСК ВВС | | | № 257 |

б) а л ь т е р н а т и в н о й   г р а ж д а н с к о й

в)  с л у ж б ы

№ /898894

**12.** Участие в боевых действиях на территории или других государств, выполнение служебных обязанностей в условиях чрезвычайного положения и при вооружённых конфликтах, участие в деятельности по поддержанию мира и безопасности, (где участвовал, в какой период времени, в составе какой воинской части, и в какой воинской должности).

**13.** Заключение командования воинской части об использовании в военное время (полное кодовое обозначение ВУС, освоенные типы (марки) вооружения и военной техники).

5

6

14. ......................................................
..................................... г. на основании .....................

Принят из запаса на службу по мобилизации (в военное время).

Военный комиссар (командир воинской части)

..................................... (звание, подпись)

14. п.

15. ..............................................
......................... г. на основании ........................

Уволен с военной службы в отставку.

..................................... (звание, подпись)

16. .......................................... 20 ...... г. на основании ..........

Обязан прибыть к месту жительства и встать на воинский учет в ................................... 20 ...... г.

м. п. Командир воинской части .......................... (звание, подпись)

Направляется в военкомат (в военное время) для (избрал) по мобилизации учебного персонала.

Военный комиссар (командир воинской части)

..................................... (звание, подпись)

16. п.

17. .....................................................
......................... 20 ...... г. на основании ............

Уволен ........................... в отставку.

..................................... (звание, подпись)

17. п.

Обязан прибыть к месту жительства и встать на воинский учет в ...................... 20 ...... г.

м. п. Командир воинской части ...................... (звание, подпись)

## 18. Прохождение военной службы в военное время

| Военская часть, воинская должность | Полное наименование военно-учётной специальности ВУС | Дата зачисления (номер и дата приказа) | Дата исключения (номер и дата приказа) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



20. ...

ЦСК ВВС

Приказ войсковой части (классная квалификация)

Кем произведена запись и т.д.

898894

21. Государственные награды, звания:

АЕ 1898894

22. Полученные увечья (ранения, травма, контузии), заболевания:

## 10

### IV. Оружие и материальные средства
(выдаются предметы обмундирования и личный знак)

| Система, серия, калибр оружия и номер материального средства | Калибр в мм | Номер в серии |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### V. Пребывание в запасе

А.Е. 1898894

## 11

| 23. Категория запаса | 24. Группа учета: | 25. Состав |
|---|---|---|
| 26. № ВУС | Полное воинское звание ВУС | |
| | | |

### 27. Наименование воинских должностей и военно-учетной специальности

| | | |
|---|---|---|
| | | |
| | | |



28. Прохождение военных сборов

VI. Сведения о медицинских освидетельствованиях и прививках

Подлежит повторному медицинскому освидетельствованию

Признан:

« » 20 г.

« » 20 г.

Личная подпись владельца военного билета

Военный комиссар



[14]

АЕ 1898894

30. _____ 20 ___ г.
(наименование ВВК)

ПРИЗНАН _____
(указать категорию годности к воинской службе)

Подлежит повторному медицинскому
освидетельствованию

« __ » _____ 20 __ г.

Личная подпись владельца военного билета

« __ » _____ 20 __ г.

Военный комиссар

М.П.

(слева направо)

АЕ 1898894

[15]









24

АЕ 1898894

Принят:

Снят:

32. Сведения о государственной дозе
эндо...облученной радиоактивности

33. Сведения об индивидуальных дозах
облучения



**[26]**

## X. Отметки об освобождении от исполнения воинской обязанности.

освобождён от исполнения воинской обязанности на основании

20 ___ г. ___ рождения

в связи с зачислением

М.П. Военный комиссар ___
(звание, подпись)

М.П.

Военный комиссар ___ (звание, подпись)

**[27]**

## XI. Обязанности граждан по воинскому учёту, мобилизационной подготовке и мобилизации.

1. Обязанности граждан по воинскому учёту.

В целях обеспечения воинского учёта граждане обязаны:
— состоять на воинском учёте по месту жительства в военном комиссариате, а граждане, имеющие воинские звания офицеров и пребывающие в запасе Службы внешней разведки Российской Федерации и органов федеральной службы безопасности, — в указанных органах (пребывающие в запасе и на месте по воинскому учёту (работы) осуществляющих воинский учёт, если они осуществляют воинский учёт или по месту временного пребывания;

— при увольнении с военной службы в запас Вооружённых Сил Российской Федерации, прибытия в двухнедельный срок со дня исключения из списков личного состава воинской части в военный комиссариат или иной орган, осуществляющий воинский учёт, по месту жительства для постановки на воинский учёт;

— сообщать в двухнедельный срок в военный комиссариат или иной орган, осуществляющий воинский учёт, по месту жительства об изменении семейного положения, образования, места работы или должности, места жительства в пределах района, города без районного деления, или иного муниципального образования;

— являться в установленные время и место по вызову (повестке) в военный комиссариат или иной орган, осуществляющий воинский учёт, по месту жительства или месту временного пребывания;

— сняться с воинского учёта при переезде на новое место жительства или место временного пребывания (на срок более трёх месяцев), а также при выезде из Российской Федерации на срок свыше шести месяцев и встать на воинский учёт в двухнедельный срок по прибытии на новое место жительства, место временного пребывания или возвращении в Российскую Федерацию;

— бережно хранить военный билет (временное удостоверение, выданное взамен военного билета), а также мобилизационное предписание (для граждан, пребывающих в запасе и имеющих мобилизационные предписания). В случае утраты указанных документов в двухнедельный срок обратиться в военный комиссариат или иной орган, осуществляющий воинский учёт, по месту жительства для решения вопроса о получении документов взамен утраченных.

