

RECEIVED
NOV 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

    Plaintiff,

v.

ALEXANDER SEMIN, et al,

    Defendants.

Case No.: 1:05-CV-02094 (HHK)

## NOTICE OF FILING

Plaintiff, LINCOLN HOCKEY LIMITED LIABILITY COMPANY, doing business as the WASHINGTON CAPITALS, pursuant to Rule LCvR 5.4(e) hereby gives notice of the filing of Exhibits A and B in support of Plaintiff's Statement of Points and Authorities in Reply to the Opposition of Defendants Mark Gandler and International Sports Advisors Company, Inc. to Plaintiff's Motion For a Preliminary Injunction (Doc. No. 24) which was filed through the Court's Electronic Case Filing System on November 22, 2005.

Dated: November 23, 2005

                      PROSKAUER ROSE LLP
                      Attorneys for Plaintiff
                      1233 20th Street, N.W., Suite 800
                      Washington, D.C. 20036
                      Telephone:  (202) 416-6800
                      Telefax:  (202) 461-6899

                      By: _____
                            Robert M. Bernstein
                            Bar No. 490166
                            rbernstein@proskauer.com