IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

        Plaintiff,        Case No.: 1:05 CV 02094 (HHK)

    v.

ALEXANDER SEMIN, INTERNATIONAL
SPORTS ADVISORS COMPANY, INC. and
MARK GANDLER,

        Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Mark Gandler and International Sports Advisors Company, Inc. (collectively "Gandler") respectfully request leave to file a Surreply in Opposition to Plaintiff Lincoln Hockey Limited Liability Company's ("Capitals") Motion for Preliminary Injunction. Gandler's proposed surreply is attached hereto as Ex. A. This motion is unopposed by the Capitals.

This surreply addresses two events that occurred after Gandler filed his opposition to the Capitals motion for preliminary injunction on November 14, 2005. First, a Rule 30(b)(6) deposition of IMG took place on November 16; IMG produced documents one day before and three days after the deposition. Second, on November 22, the Capitals filed a reply in support of its motion for preliminary injunction, which reply contained hearsay documents and statements that (1) were not proper reply material, and (2) constituted double hearsay.

In light of the new evidence developed since Gandler's opposition was filed on November 14, 2005, Gandler respectfully requests that this Court grant Gandler leave to file the attached brief surreply.

Pursuant to Local Civil Rule 7(m), undersigned counsel asked counsel for the Capitals, whether the Capitals would oppose this motion. Counsel for the Capitals stated that the Capitals would not oppose the motion if the motion and attachment were filed today.

> Respectfully submitted,
>
> _____/S/_____
> William L. Gardner
> (D.C. Bar No. 04747)
> David M. Hibey
> (D.C. Bar No. 466856
> MORGAN LEWIS & BOCKIUS LLP
> 1111 Pennsylvania Ave NW
> Washington, D.C. 20004
> 202.739.5000
>
> Attorneys for Defendants
> Mark Gandler and International Sports
> Advisors Company, Inc.