# EXHIBIT 1

COPY

1

1    UNITED STATES DISTRICT COURT
         DISTRICT OF COLUMBIA
2

3    -------------------------------)
     LINCOLN HOCKEY LIMITED         )
4    LIABILITY COMPANY,             )
     doing business as the          )
5    Washington Capitals            )
               Plaintiff            )
6    vs.                            )Case No:  1:05
                                    )CV 02094 (HHK)
7                                   )United States
     ALEXANDER SEMIN,               )District Court
8    INTERNATIONAL SPORTS ADVISORS  )District of
     COMPANY, INC. and              )Columbia
9    MARK GANDLER                   )
               Defendants           )
10   -------------------------------)

11

12

13

14          Video Deposition of J.P. BARRY taken on

15   behalf of IMG, at Calgary, Alberta, commencing at

16   9:00 a.m., Wednesday, November 16, 2005, before

17   Sharon Scott, CSR.

18

19

20

21

22        ELLEN GRAUER COURT REPORTING, CO. LLC
            126 East 56th Street, Fifth Floor
23             New York, New York 10022
                    212-750-6434
24                  REF: 79188

25

13

BARRY

1    services to some players in the European League.
2    Are there any players under contract in Russia that
3    IMG currently advises?
4        A.   I'm not fully aware of the Russian
5    contracts, but I believe there are a few that we
6    would, yes.  We would, yes.
7        Q.   And IMG has negotiated contracts for
8    players to play in Russia?
9        A.   Yes.
10       Q.   And other countries as well?
11       A.   Yes.
12       Q.   Can you tell me all the countries of
13   Europe basically.
14       A.   We've negotiated many, many contracts in
15   Sweden, Finland.  We do that primarily through our
16   Stockholm office.  We've also negotiated contracts
17   in Switzerland.  For the most part outside of those
18   countries we've used other people with respect to
19   Germany and Italy.  We use some other European
20   agents for those.
21       Q.   In terms of the contracts in Russia,
22   does IMG need certification from the Government of
23   the Russian Confederation to provide those services
24   or any kind of licence?
25       A.   I'm not totally aware of the licensing

19

BARRY

1    e-mail address to your knowledge?

2       A.    To my knowledge he doesn't.  I think the

3    NHLPA assigns e-mail addresses to everybody.  But I

4    don't recall ever seeing his.

5       Q.    You've never communicated with him by

6    e-mail?

7       A.    No.

8       Q.    What role does Mr. Semin's father play

9    in his business affairs?

10      A.    Well, my understanding he's very close

11   to his father.  His father has a background in

12   hockey.  And I knew through discussions with Dmitri

13   and when I met the Semins and -- the parents on a

14   few occasions, that the father played a very

15   strong -- large role in his son's life.

16      Q.    Does he negotiate contracts for him?

17      A.    I believe that he does.

18      Q.    Did he negotiate any contracts with LADA

19   to your knowledge?

20      A.    I believe he negotiated the contract

21   that was in existence around 2002.

22      Q.    That was a four-year contract?

23      A.    Yes, that's right.  I mean, I see from

24   the file it was a four-year contract.

25      Q.    IMG did not negotiate that contract?

20

BARRY

1          A.    No.    I asked Dmitri specifically.    I

2    think all we did was did provide some advice on

3    some provisions that they may want to consider.    I

4    think when the contract was done, we weren't

5    formally retained by Semin.

6          Q.    Did IMG ever receive any commissions for

7    Mr. Semin's play in Russia?

8          A.    No.

9          Q.    Or any consideration at all?

10         A.    No.

11         Q.    We've marked as IMG Exhibit 2 a Standard

12   Player-Agent Contract dated April 22, 2002 between

13   Mr. Semin and an entity called International

14   Merchandising Corporation?

15         A.    Yes.

16         Q.    Can you tell me what that document is.

17         A.    The National Hockey League Players

18   Association has a requirement under its agent

19   program that you execute a standard form contract

20   prior to performing a negotiation.    And that one

21   should exist coincidental to each negotiation we do

22   for a player.

23         Q.    And this contract covers NHL

24   negotiations only or negotiations for an NHL

25   contract only?

21

BARRY

1      A.    Yes.

2      Q.    Was there another contract for worldwide

3  representation or representation of Mr. Semin in

4  other leagues or other countries?

5      A.    No.   We -- our only form is to use this

6  standard form contract.

7      Q.    And when Mr. Semin terminated IMG in

8  September of this year, was this contract,

9  Exhibit 2, the one that he terminated?

10      A.    Since it was the only one in existence,

11  I assume that's what he purported to do, yeah.

12      Q.    If you look at page 2 of this contract

13  under "agent fees", per Schedule A attached IMG's

14  agent fees 4 percent?

15      A.    Yes.

16      Q.    If Mr. Semin returns to the NHL in the

17  current season and plays for the Washington

18  Capitals, do you expect that IMG would be asserting

19  the claim for the 4 percent commission for this

20  current year?

21      A.    Yes, we would.

22      Q.    Down there on the fourth paragraph of

23  that paragraph 3 it talks about the player having

24  the sole discretion to pay all or part of the

25  agent's fee in advance.

BARRY

1          Q.   What was Mr. Semin's response?

2          A.   He wanted very much to stay and play in

3     LADA.  And he asked us whether or not we could talk

4     to Washington about that possibility, as other

5     players had done the same with their NHL clubs.

6                    And we did start speaking to George

7     McPhee about the possibility of him assigning Alex

8     to LADA.

9          Q.   Let me just back up for a second.

10     During the year that Mr. Semin spent in Washington  --

11     playing for the Capitals, did he ever complain to

12     IMG about IMG's services?

13          A.   Not that I'm aware of.

14          Q.   Up until the point that he fired IMG as

15     his agent or terminated the agency agreement, did

16     Mr. Semin ever complain about IMG's services?

17          A.   Not that I'm aware of.

18          Q.   Did anyone ever complain on Mr. Semin's

19     behalf about IMG services at any point in time up

20     until September 14, 2005?

21          A.   No.

22          Q.   When you raised with Mr. McPhee the

23     possibility of assigning Alex to LADA for the

24     '04/'05 year --

25          A.   Yeah.

38

BARRY

1      Q.   -- what was his response?

2      A.   Well, we had a number of discussions

3   because we told George that we felt, you know, it

4   probably would be the best league in the world this

5   year that Alex would have a chance to play for the

6   national team.  And that we felt it would be a

7   better challenge for him.  And that he would do

8   better if he stayed in Russia.

9           But George disagreed with our view

10   on that and felt that it was more important for him

11   to come and play under their supervision in

12   Portland and learn English.

13      Q.   What was Mr. Semin's view?

14      A.   Well, from what I recollect, is he

15   really wanted to stay in Russia.

16      Q.   Do you have an understanding of why?

17      A.   I think it's just a comfort level.  All

18   the Russians -- not all of them -- but 90 percent

19   of the Russians were going to stay.  So there was

20   an -- I would say an increased excitement about the

21   Russian League in general.  And a lot of Russian

22   players wanted to play in the league that year.

23      Q.   If Mr. Semin played for Portland that

24   year, how much would he make under his contract

25   with the Capitals?

56

BARRY

1      Q.    Let's jump over to Exhibit 12.

2      A.    Yeah.

3      Q.    That's the letter on the letterhead of

4  LADA.

5      A.    Yeah.

6      Q.    Have you seen this letter before?

7      A.    Yes.

8      Q.    Who wrote this letter?

9      A.    Leonid Vaisfeld.

10     Q.    That's who signed it.  I wonder if you

11  know who wrote it?

12     A.    I don't know.

13     Q.    If you look here on the fourth paragraph

14  on the first page of this letter.

15     A.    Yeah.

16     Q.    This letter states that:  "On September

17  25th at his home, he [meaning Mr. Semin] was served

18  by the Russian Military Conscription Department an

19  official notice regarding his mandatory military

20  service."  You see that?

21     A.    Yeah.

22     Q.    That was the Saturday -- the day before

23  Mr. Semin was to depart, correct?

24     A.    Yes.

25     Q.    Do you know if they served conscription

65

BARRY

1        A.    Okay.

2        Q.    Have you had enough time to look at

3   that?

4        A.    Not yet.

5        Q.    Take as much time as you need to.

6        A.    Yeah.  Okay.

7        Q.    Have you seen this document before?  By

8   "this document," I'm referring to the imbedded

9   e-mail from Mr. Goryachkin to Mr. Pulver, yourself

10  and others dated September 29, 2004?

11       A.    I don't remember.  I don't remember if I

12  looked at it or not in the imbedded part of the

13  e-mail.

14       Q.    If you look, there's a couple of icons

15  in this covering e-mail.

16       A.    Yeah.

17       Q.    Are those the documents that are

18  attached?

19       A.    It looks like it the way they're

20  referred to in the message.

21       Q.    In this e-mail, Mr. Goryachkin states

22  that he is forwarding a letter from LADA that LADA

23  is going to fax to him tomorrow.  How did

24  Mr. Goryachkin come to be in possession of a letter

25  that LADA was going to send him the next day?

66

BARRY

1        A.   I don't know.  I'd have to ask Dmitri.

2   You know, he may have been talking to Mr. Vaisfeld

3   about the letter that a letter should be sent.  I'm

4   not sure.

5        Q.   Did Dmitri write that letter?

6        A.   I don't know.  I'd have to ask him if he

7   did or didn't.

8        Q.   Can you tell me who is Mr. Pulver?

9        A.   He's a lawyer with the NHLPA.

10       Q.   And who is Pat Brisson?

11       A.   He works also with IMG's Hockey

12   Division.

13       Q.   What's his title?

14       A.   He's also one of the co-managing

15   directors.

16       Q.   Who is Ian Penny?

17       A.   He's another lawyer with the NHLPA.

18       Q.   We're done with that exhibit.

19            Have you heard of instances in

20   which Russian hockey clubs have arranged to have

21   their players conscripted into the Russian Military

22   in order to avoid playing in the NHL?

23       A.   I've heard of that happening in the

24   past, yes.

25       Q.   Is that something that's widely known in

88

BARRY

1       Q.   Did LADA demand a payment for releasing

2   Alexander?

3       A.   I'm not aware of that.

4       Q.   What happened to that deal that

5   Mr. Goryachkin referred to?

6       A.   I don't know.  We were terminated.  I

7   don't think it ever came to fruition.

8       Q.   If you look at the e-mail from

9   Mr. Goryachkin, it states in the third sentence

10  that Mr. Semin would fly from Krasnojarsk through

11  Moscow to Washington.  Do you see that?

12      A.   Yes.

13      Q.   Krasnojarsk is Mr. Semin's hometown?

14      A.   Yes.

15      Q.   That's in Siberia?

16      A.   Yes.

17      Q.   Thousands of miles from Togliatti,

18  right?

19      A.   Pretty far.  I don't know exactly how

20  far.

21      Q.   What was Mr. Semin doing in Siberia?

22      A.   From what I understood, he was going

23  home to get all his stuff to go to Washington.

24      Q.   When he went to Siberia, what's your

25  understanding of where Mr. Semin left from?

89

BARRY

1        A.    I believe he left LADA where he was

2    training, left the team to go to Krasnojarsk to get

3    ready to come to Washington.

4        Q.    And what happened next?

5        A.    I believe the next thing I heard that

6    there was a visa problem, and Dmitri was then

7    working on getting his visa situation straightened

8    away.  So we had a delay.  I think that was the

9    next thing.

10       Q.    What was the nature of the visa problem? —

11       A.    I think it was his visa had expired.

12       Q.    Did IMG arrange a new one?

13       A.    I think Dmitri was making arrangements

14    with Washington and with Alex to get a new visa.

15       Q.    And were those arrangements in place

16    when IMG was terminated?

17       A.    I think Alex had missed an appointment,

18    and then I think not long after that we were

19    terminated.

20       Q.    At the point of which Dmitri was making

21    arrangements for Mr. Semin to leave, had Mr. Semin

22    complained about IMG's services in any way.

23       A.    No.  But I recall him having second

24    thoughts about going to Washington.  And Dmitri was

25    telling him that in no uncertain terms that he

```
                                              91
                      BARRY

 1        Q.   You explained it to Mr. Goryachkin --
 2        A.   Yes.
 3        Q.   -- so he could explain it --
 4        A.   Yes.
 5        Q.   -- to Mr. Semin?
 6        A.   Yes.
 7        Q.   Did Mr. Goryachkin report what
 8   Mr. Semin's reaction was to this advice?
 9        A.   I just remember Dmitri telling me that
10   it doesn't look like he wants to come.  And just
11   telling Dmitri again you tell him that's our advice
12   absolutely he has to come.
13        Q.   And the player didn't like that advice?
14        A.   I don't think so because within one or
15   two days after that we were fired.
16        Q.   The last communication that IMG is aware
17   of between Mr. Goryachkin and Mr. Semin was when
18   Mr. Goryachkin conveyed the advice that Mr. Semin
19   absolutely should come and play in the NHL?
20        A.   Yes.
21        Q.   And Mr. Semin didn't like that advice?
22        A.   No, I don't think so.  I assume he did
23   not.  I don't know.
24        Q.   Within how long after that was IMG
25   terminated?
```

92

BARRY

1       A.   24 to 48 hours.

2       Q.   Did Mr. Semin ever explain why he

3  terminated IMG?

4       A.   I don't think so.

5       Q.   Did Mr. Semin's father ever explain why

6  Mr. Semin terminated IMG?

7       A.   I don't think so.  I just know that

8  Dmitri was just frustrated with them.  And they

9  weren't listening to our advice.  I don't think he

10  really followed up after we were terminated.

11      Q.   Did IMG ever discuss Mr. Semin with

12  Mr. Gandler?

13      A.   I don't think so.  Not that I'm aware

14  of.

15      Q.   When did Mr. Semin change his mind and

16  decide he wanted to stay?

17      A.   It seems like sometime between going

18  back to Krasnojarsk and that Visa interview.

19      Q.   Did something happen in that period?

20      A.   I don't know if it did or didn't.

21      Q.   Did you ever hear any reports that

22  Mr. Semin was visited by certain individuals who

23  persuaded him to stay through whatever means they

24  used?

25      A.   I didn't.