# EXHIBIT 3

# Kirwan, Laura

| | |
|---|---|
| From: | Penny, Ian |
| Sent: | October 4, 2004 12:17 PM |
| To: | Kirwan, Laura |
| Subject: | FW: Semin/ Washington |

 

ASWashLADA1.doc  ASWash3.doc (25
(25 KB)         KB)

```
                      For the Semin issue file - Thanks

-----Original Message-----
From: Goryachkin, Dmitri [mailto:DGoryachkin@IMCWORLD.COM]
Sent: September 29, 2004 4:00 PM
To: Pulver, Ian; Barry, J.P.; Brisson, Pat; Penny, Ian
Subject: RE: Semin/ Washington


letter from LADA that they will fax me tomorrow and my letter to Washington that I will
send them tomorrow.
```

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

MG/ISA 0099

October 5, 2004

Dmitri Goryachkin
IMG Hockey

<u>Alexander Syemin</u>

Dear Dmitri:

I would like to update you on the latest news regarding your client Alexander Semin.

As you know during this summer Alexander has been training with our team in preparation for the NHL training camp. When the news of the possible lock out in the NHL in the middle of September 2004 started to grow, he asked the Washington Capitals to allow him to play for our team in a case of the NHL lock out (he has a valid contract in Russia that he signed with LADA in the summer of 2002, valid for two more years). We even offered the Washington Capitals to pay an assignment fee if they agree to assign Alexander to LADA for the term of the NHL lock out. Thank you for your help in forwarding our proposal to the Capitals. The Washington Capitals declined Alexander's request and turned down our proposal.

On September 23rd Alexander received a letter from the Washington notifying him about their decision. He told us that he would be leaving to U.S. to report to the Portland Pirates of the AHL. He did not participate in LADA's activities after that and left to Togliyatti to get ready to his trip to the U.S.

On September 25th at his home, he was served by the Russian Military Conscription Department an official notice regarding his mandatory military service. I accordance with the documents he received he was not allowed to leave the country (see attached document).

Alexander immediately notified us and asked us to help him to resolve the matter. We managed to persuade the local military authorities not to send him for an active military duty but, considering his status as a Russian premier hockey player, allow him to fulfill his military service by playing for our team. We will keep trying to resolve this matter and try to limit his military obligations to a shorter than two-year term. I hope you and the Washington Capitals will appreciate what we are doing for Alexander.

MG/ISA 0100

October 5, 2004
Page 2

On September 27th to show to the military authorities Alexander's ability as a player, we allowed him to play for our team. He played very well and scored two goals. After that, the military authorities allowed Alexander to serve his military duty and at the same time play for our team.

Alexander was very happy that he would not need to go to an active military unit but would be able to work on his hockey skills while playing for LADA. I think the Washington Capitals should be very happy that we managed to save the situation.

Respectfully,


Leonid Vaysfeld,
General Manager,
LADA Togliyatti Hockey Team

MG/ISA 0101

Dmitri Goryachkin, Esq.
*Vice President*

September 29, 2004

Mr. George McPhee                                    VIA FACSIMILE AND FEDERAL EXPRESS
Vice President & GM
Washington Capitals
Market Square North
401 Ninth Street NW, Suite 750
Washington, DC 20004

**Re: Alexander Semin**

Dear George:

Please be advised that Alexander Semin was not able to leave Russia to travel to the Portland Pirates of the AHL because he has been served with papers prohibiting him from leaving the country as he is due to serve a mandatory military service in accordance with the Russian Federal Law *"About Military Duty and Service."* Therefore, we are asking you for an immediate withdrawal of Alexander's suspension, based on the fact that it was legally impossible for him to report to the Portland Pirates.

As you remember, under Section 9.6 of the now expired IIHF agreement, the NHL acknowledged that it would honor military obligations for the European players. The IIHF agreed in that provision to supply the NHL with names of any players on the central scouting list who were "subject to an obligation of military service and the dates covered by that obligation." By the Russian law, all Russian men between the ages of 18 and 27 are subject up to a two-year mandatory military service.

It is up to the local military authorities to determine the place where a solider should serve his term. Fortunately, the management and ownership of the LADA Togliyatti Hockey Team of the Russian Elite League was able to persuade the military authorities, citing Alexander's status as a world-class athlete, to allow Alexander to serve his military term while playing for their team. Therefore, he will not be assigned to an active military duty. I believe is very good news for all of us. We should appreciate LADA Togliyatti's assistance and desire to help us in this very uneasy situation. We may also require their further assistance in our attempts in trying to reduce the term of Alexander's military service requirement.

Alexander is disappointed that these unforeseen circumstances have prevented him from joining the Portland Pirates, but at the same time he is relieved that he will continue to develop as a hockey player, playing on a very high level.

Sincerely,


Dmitri Goryachkin

cc: Bill Daly – NHL
    Ian Pulver – NHLPA

MG/ISA 0102