# EXHIBIT 4

CONFIDENTIAL

12138

-----Original Message-----
From: Goryachkin, Dmitri
Sent: Mon 29/08/2005 10:53
To: 'Donald Fishman'
Cc:
Subject: RE: Alexander Semin

yes, this is good.

-----Original Message-----
From: Donald Fishman [mailto:dfishman@washcaps.com]
Sent: Monday, August 29, 2005 10:52 AM
To: Goryachkin, Dmitri
Subject: RE: Alexander Semin


Ok. Thanks.

We will book Alexander on Air France flight from Moscow, through Paris, to Washington Dulles on Friday Sept 9. Does this look OK?

AF2145T 09SEP MOSCOW-PARIS 1245P 235P

AF 26T 09SEP PARIS-DULLES 440P 700P


-----Original Message-----
From: Goryachkin, Dmitri [mailto:DGoryachkin@IMGWORLD.COM]
Sent: Monday, August 29, 2005 10:48 AM
To: Donald Fishman
Cc: Barry, JP
Subject: RE: Alexander Semin

Donald, I talked to the head coach of the national team, they let Alexander go from the training camp, he id going home today. He will not participate in the tournament.

-----Original Message-----
From: Donald Fishman [mailto:dfishman@washcaps.com]
Sent: Friday, August 26, 2005 2:14 PM
To: Goryachkin, Dmitri
Cc: Barry, JP
Subject: RE: Alexander Semin

Tournament: Ok.

Flights: would you like us to book Alex on September 9 or 10 from Moscow to Washington. We will reimburse Alex for the travel from Krasnoyarsk to Moscow; we are unable to book that part unfortunately as I mentioned.

-----Original Message-----
From: Goryachkin, Dmitri [mailto:DGoryachkin@IMGWORLD.COM]
Sent: Thursday, August 25, 2005 7:08 PM
To: Donald Fishman
Cc: Barry, JP
Subject: Re: Alexander Semin

Donald, as I said below, the military agreed to grant him a leave to come to US if he goes with National Team first. He was not discharged from the army, he has one more year remaining on his term. The "patriotic" aspect of playing for the national team before going on a leave was a key factor of getting this deal. If he does not go, the military will withdraw its concent. If he leaves without their approval he will be considered a deserter under the russian federal law. I should tell you right away that he will not break the law. Let me know what is your decision as I need to communicate it to the army people. In russia or out alexander is under their authority till the fall 2006.

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Donald Fishman <dfishman@washcaps.com>
To: Goryachkin, Dmitri <DGoryachkin@IMGWORLD.COM>
CC: Barry, JP <JPBarry@IMGWORLD.COM>
Sent: Thu Aug 25 20:56:13 2005
Subject: RE: Alexander Semin

Dmitri (copy J.P.):

Thanks for the update. This looks like forward progress.

Congratulations and great job. Please continue to keep us posted.

We looked into flights for Alexander to come to Washington for the beginning of training camp with his teammates on Sunday, September 11. Unfortunately, our travel company cannot book the flight from Krasnoyarsk to Moscow. We will book Alexander's flight from Moscow to Washington (does he prefer September 9 or 10 from Moscow?). The Capitals will of course reimburse Alexander for his flight or travel expense from home to Moscow.

With respect to the international tournament, we will be unable to grant our consent to Alexander's participation in the tournament. We look forward to a healthy and rested Alexander Semin in our lineup this season. Consequently, if Alexander participates in the tournament, it would be at his own risk.

Let us know if he prefers September 9 or 10 for his flight from Moscow to Washington and we will book it, or if he would prefer to book his entire travel and be reimbursed in total, let us know.

Thanks.

-----Original Message-----
From: Goryachkin, Dmitri [mailto:DGoryachkin@IMGWORLD.COM]
Sent: Thursday, August 25, 2005 5:57 AM
To: Donald Fishman
Cc: Barry, JP
Subject: Re: Alexander Semin

Donald, please keep this quite, but it looks like I was able to work out a deal with the Russian military. Please book Alexander's flight for September 9. He will fly from Krasnoyarsk through Moscow to Washington. It is important that this info does not appear in the press prior to the Russian team releasing it first with concent of the military. Please also be advised that Alex will play for the National team in the tournament in the end of August, this was a part of the deal. Thank you.
------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Donald Fishman <dfishman@washcaps.com>
To: Goryachkin, Dmitri <DGoryachkin@IMGWORLD.COM>
CC: Barry, JP <JPBarry@IMGWORLD.COM>
Sent: Wed Aug 24 00:04:19 2005
Subject: RE: Alexander Semin

JP (copy Dmitri), I have tried to reach you by phone today. Please call me at your earliest convenience, 202-266-2238. We have been and will be patient with respect to Alexander Semin. However, we expect to be kept in the loop daily or every other day, whether it be from Dmitri or you.

on what is being done to negotiate for Alexander to come to Washington for training camp. As I have mentioned before, we also stand ready to assist you.

Our goal is for Alexander to come to Washington and be in a Capitals uniform as of the beginning of training camp on Sunday evening, September 11. Players are due to report by 5 PM on Sunday, September 11 for physicals. All Washington players are currently working with the organization on immigration paperwork and travel plans to arrive in Washington by Sept. 11. Can we begin such process with respect to Alexander? Who should we contact to begin such process?

We are moving quickly on making plans for our lineup for the upcoming season and Alexander is a part of such plans. As you know, the new CBA and salary cap dictate that teams be proactive in terms of projecting their rosters for the upcoming year. As I know you understand, by next week, we will need to have a sense of whether he will or will not be part of the lineup so we can move to the next step in respect to determining our lineup for the 2005/06 season and determining Alexander's status for the 05-06 season, as well as with respect to Alexander's contractual obligations to the Washington Capitals.

I would like to have a much more regular dialogue beginning immediately.

JP, if you are not the person to put on notice regarding all of the above, please let me know. Thanks. --Don Fishman

For Washington Capitals and Washington Mystics Season Ticket and Plan Information Please Call 202-266-2277

or visit

WashingtonCaps.com

WashingtonMystics.com

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.