# EXHIBIT 6

                                                                1

                              COPY

 1

 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA
 3   ------------------------------------------x
     LINCOLN HOCKEY LIMITED LIABILITY COMPANY doing
 4   business as the WASHINGTON CAPITALS,
                     Plaintiff,
 5          -against-
     ALEXANDER SEMIN, INTERNATIONAL SPORTS ADVISORS
 6   COMPANY, INC., and MARK GANDLER,
                     Defendants.
 7
     CIVIL ACTION NO.: 1:05 CV 02094 (HHK)
 8   ------------------------------------------x

 9

10
                        1585 Broadway
11                      New York, New York

12

13
                        November 10, 2005
14                      1:10 a.m.

15

16

17          VIDEOTAPED DEPOSITION of MARK
     GANDLER, one of the Defendants herein, pursuant
18   to Order and Notice, before Ronald A. Marx, a
     Notary Public of the State of New York.
19

20

21

22

23      ELLEN GRAUER COURT REPORTING, CO. LLC
          126 East 56th Street, Fifth Floor
24             New York, New York 10022
                    212-750-6434
25                  REF: 79120

1                    Gandler
2  could not find him.  And then finally I was able
3  to reach him.
4           I had only one number for him.  And
5  he said that he met with all the generals, as he
6  said to me, "And they told me that they were
7  concerned about keeping their jobs and their
8  epaulets, and now that this is out in the open,
9  they have -- they're not going to do anything to
10 jeopardize their jobs and release Semin out of
11 the military."
12      Q    What did he mean, out in the open?
13      A    Out in the press, I would assume.
14      Q    Is that what you understood him to
15 mean?
16      A    Yes.  That it's public.  That's what
17 I understood it to mean, public knowledge.
18      Q    Did you and Mr. Vdovin discuss
19 whether Lada had arranged for -- did you and Mr.
20 Vdovin discuss whether Lada had arranged for Mr.
21 Semin to in the military in the first place?
22      A    No.
23      Q    When Mr. Semin's father contacted
24 you -- strike that.
25           You understood that Mr. Semin and his