IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY, doing business as the WASHINGTON CAPITALS, | |
| Plaintiff, | Case No.: 1:05 CV 02094 (HHK) |
| v. | |
| ALEXANDER SEMIN, INTERNATIONAL SPORTS ADVISORS COMPANY, INC. and MARK GANDLER, | |
| Defendants. | |

## **ORDER**

Upon consideration of Defendants' unopposed motion for leave to file a surreply, it is this __ day of November, hereby **ORDERED** that the motion is **GRANTED.**

_____
Hon. Henry H. Kennedy