IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No: 1:05 CV 02094 (HHK)

-against-

ALEXANDER SEMIN, et al.,

                Defendants.

---

### DECLARATION OF SCOTT A. EGGERS IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT ALEXANDER SEMIN'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

SCOTT A. EGGERS hereby declares as follows:

1. I am a senior counsel with Proskauer Rose LLP, attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals (the "Washington Capitals") in this action. I submit this declaration in support of Plaintiff's Reply to the Opposition Of Defendant Alexander Semin to Plaintiff's Motion for a Preliminary Injunction.

2. Attached as Exhibit A are true and correct copies of International Ice Hockey Federation ("IIHF") press releases, one dated August 16, 2005 and one undated, announcing that the Ice Hockey Federation of Russia declined to ratify the new agreement between the NHL and IIHF that was executed in August 2005.

3. In addition, I have personally read several press reports dated on or about November 24, 2005 that indicate that Alexander Semin is no longer playing for Lada Togliatti in

the Russian Super League and is now playing for a new team in the Russian Super League by the name of Khimik. The Washington Capitals have been unable to ask Mr. Semin about these events. Mr. Semin failed to appear for his deposition in this matter and his attorney has not responded to my requests that we reschedule that deposition. Nor has Mr. Semin produced any documents in response to the Washington Capitals' document requests.

    I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 29, 2005.

_____
Scott A. Eggers
(admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000