# EXHIBIT A





HOME   SEARCH   CALENDAR   SITE-MAP   CONTACT

ORGANISATION
TOURNAMENTS
IN LINE
DEVELOPMENT
HISTORY
FAN CORNER
NEWS

### IIHF News

**IIHF-NHL Player Transfer Agreement is ratified by six countries**

The 2005-2007 Player Transfer Agreement between the IIHF member national associations, their leagues and the National Hockey League was ratified by the Finland, Germany, Slovakia, Sweden and Switzerland at a meeting in Zurich on Wednesday, October 5.

The representatives of the Czech Republic association and league are expected to sign shortly.

The Player Transfer Agreement regulates transfers to the NHL from all IIHF affiliated associations and leagues, with the exception for Canada, USA and Russia*.

The highlights of the new PTA:

++ The agreement is for two years, 2005-06 and 2006-07.

++ The signing deadline for 2005-06 was August 24, 2005. The deadline for 2006-07 is June 15, 2006.

++ Players who are drafted in the 2006 NHL Entry Draft (late June) can be signed until July 15 or until August 15. For players signed between July 16 and August 15, the NHL will pay an additional fee of 100,000 USD.

++ The NHL will pay a basic development fee of 200.000 USD for each IIHF-player signed. If the total amount of signed IIHF-players exceeds 45, the amount for each player (46-60) will be 225,000 USD.

++ Furthermore, the IIHF-affiliated clubs will be compensated for players who are signed by NHL-clubs and who are not on the NHL-clubs' roster for 30 games or more (including playoffs) in their first season. This new clause was implemented to reduce the signings of players who are of low-end NHL quality.

During the 2003-2004 NHL season, 300 players (29,5 % of league's total) from IIHF-affiliated leagues played in the NHL.

* Russia decided not to join the Player Transfer Agreement. The National Hockey League has a separate agreement with Hockey Canada and USA Hockey with regards to players signed from their respective developmental systems.



HOME   SEARCH   CALENDAR   SITE-MAP   CONTACT



ORGANISATION
TOURNAMENTS
IN LINE
DEVELOPMENT
HISTORY
FAN CORNER
NEWS

## IIHF News

### IIHF-NHL Player Transfer Agreement involving six Euro countries

*August 16* – ZURICH – The International Ice Hockey Federation and the National Hockey League have today reached a two-year Player Transfer Agreement including the national associations and leagues of the Czech Republic, Finland, Germany, Sweden, Slovakia and Switzerland.

The agreement furthermore cements that NHL players will be released for purposes of participating for their respective countries in the 2006 Olympic Winter Games in Turin.

The Russian ice hockey authorities did not agree to the deal where player transfers from the European IIHF-leagues will be regulated with regards to financial compensation, an annual limit on transfers and a transfer deadline. Any players signed by the NHL from Russia will not be regulated by the Player Transfer Agreement.

The deadline this season for player transfers from the six countries to the NHL will be August 24.

The deadline in year two of the agreement will be June 15, 2006. The IIHF will announce further details of the Player Transfer Agreement when it is signed by the parties involved.

"I am very pleased that we were finally able to reach this agreement with the six countries", said IIHF President René Fasel on Tuesday. "I regret deeply that a hockey nation like Russia is not part of it. We did everything we could to convince them to join but the owners of clubs of the Russian league were not willing to authorize the Russian ice hockey federation to sign the agreement."

"This was also a bump on the road towards what we two weeks ago assumed was secured NHL-players' participation in Turin 2006, but this obstacle has now also been cleared and we can look forward to another Olympic hockey feast in February", said René Fasel.

A total of 194 European players signed with NHL-clubs during the now-expired 2001-2004 three-year Player Transfer Agreement. Out of the 194 signed players, 41 came from the Russian league.

Exactly 300 Europeans played in the NHL during the 2003-2004-season for a share of 29.5 percent of the NHL's total.