# Exhibit A



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "Decree Ministry of Defence no 400" from Russian into English.

_____
Signature

Sworn to before me this
29th of November, 2005.

_____
Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New Yo.
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3. 200 Y

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

Addendum No. 1
to Decree of the Russian Federation Minister of Defense
of September 6, 1999 No. 400

Instructions Regarding
Preparation and Implementation of Events Related to Conscription of Non-reserve Citizens of the Russian Federation
(including amendments of October 27, 2000 and February 28, 2003.)
(Excerpts)

35. Notification of citizens to report to Military Commissariat events related to conscription to military service shall be carried out by sending out Summons issued by the District Military Commissariat (Form No. 22).

41. The Decision of the Draft Board shall be entered into the Protocol Register of Draft Board Meetings (Form No. 23). At the end of the business day, the Protocol shall be signed by the Chairman of the Draft Board and its Members.
    Secretary of the Draft Board shall make an appropriate entry into the ID of the citizens to be conscripted. This entry shall be signed by the Military Commissar and authenticated by the Seal of the Military Commissariat. Also, the conscript shall be assigned the date to report to the Military Commissariat in person and handed out the following documents, the receipt of which shall be authenticated by conscripts's signature:
    Summons according to Form No. 24 - handed over to conscript in regard to which a Decision on conscription for military service has been taken - to be dispatched to the location where military service will be performed;
    Summons according to Form No. 22 - handed over to conscript to whom a deferral of conscription for military service has been granted - for a re-appearance before the Draft Board upon the expiration of the term of such deferral;
    Assignment according to Form No 16 - handed over to conscript assigned for full-time or outpatient medical examination (treatment) - for a medical re-certification and appearing before the Draft Board upon the expected expiration of this medical examination or treatment term;
    Summons according to Form No. 22 - handed over to person partially able bodied for military service and who has been enrolled into reserve corps; person unfit for military service and relieved from military duty - for the receipt of the Military Passport.

Form No. 22
to paragraphs 35 and 41 of the Instructions

To Citizen: _____
Residing at: _____

**Summons**

AA No. 000000000

    In compliance with the Federal Law on Military Duty and Military Service, you are to be conscripted to military service and are requested to report in person on "__" _____ ____ at "_____"
the Military Commissariat _____
of _____ District located at: _____

for participating in the events related to conscription to military service.

    You are requested to bring your passport (document identifying your person) and:
_____
_____
_____

    Seal    Military Commissar of _____ District

_____
    (Rank, Signature, Name)

--------------------------------------------------------------------------
cut here

(to be returned to Military Commissariat)

AA No. 000000000

I, _____
(Last Name, First Name, Patronymic)
have been duly notified regarding my reporting in person to Military Commissariat of
_____ District
on issues related to conscription to military service on "__" _____ ____ at "_____".

_____
(Date of Notification, Signature of Notified Person)

Notified on "__" _____ ____ by
Position _____
_____
(Signature, Last Name of Authorized Person)

Reverse of Summons

### Duties
### of Citizen to be Conscripted to Military Service

1. In compliance with the <u>Federal Law on Military Duty and Military Service</u>, all non-reserve citizens to be consripted to military service shall report in person, according to the Summons issued by Military Commissariat, for a medical examination, the sitting of the Draft Board, or for being dispatched to a military unit for performing military service. They are requested to carry with them the Identification Card of the citizen to be conscripted, Passport (ID) of citizen of Russian Federation, and other documents listed in the Summons.

2. In case of citizen's failure, without a good reason, to report personally according to this Summons issued by the Military Commissariat for events related to conscription to military service, the said citizen shall be deemed evading military service and shall be brought to responsibility pursuant to the legislation of the Russian Federation.

The good cause for non-appearance according to the Summons (Notice) issued by Military Commissariat, provided it can be properly documented, shall be the following:
- Disease or injury connected with disability;
- Poor health condition of family members, such as father, mother, wife, husband, son, daughter, blood brother, blood sister, grandfather, grandmother or adopted parents of the citizen or his involvement in the funeral of any of the persons listed above;
- Force major event or any other circumstance beyond the citizen's control;
- Other causes acknowledged as satisfactory by the Draft Board or Court.

Upon the expiration of the term of the good cause, citizens shall report immediately and without additional Summons to the Military Commissariat.

<u>Article 328</u>. Evasion from Military and Alternative Civil Service (Russian Federation Criminal Code)

1. Evasion from conscription to military service without a good cause shall be punished by a fine in the amount of two to five hundred <u>minimal wages;</u> or a fine in the amount of the evading person's wages for the period of two to five months; or by a detention for the period of three to six months; or an imprisonment for the term of up to two years

**Form No. 24**
to <u>paragraph 41</u> **of the Instruction**

To: Citizen_____
Residing at: _____
_____

**Summons**

AA No. 000000000

In compliance with the Federal Law on Military Duty and Military Service, you have been conscripted to military service and enrolled in unit No. _____.

To be dispatched to the location of your military service, you are to appear in person, on "__" _____ at "____" on the following address:

_____

You are requested to bring your passport (document identifying your person), ID of the citizen to be conscripted for military service, and

_____
_____

Seal    Military Commissar of _____ District
                              (Name of District)

_____
        (Rank, Signature, Name)

------------------------------------------------------------
                      cut here

AA No. 000000000

I, _____
    (Last Name, First Name, Patronymic)
have been duly notified regarding my appearance in person for being dispatched to the location of my military service, assigned for
"__" _____ at "_____".

_____
(Date of Notification, Signature of Notified Person)

Reverse of Summons

**Duties
of Citizen Conscripted to Military Service**

1. In compliance with the Federal Law on Military Duty and Military Service, all non-reserve citizens conscripted to military service shall appear in person, according to the Summons issued by the Military Commissariat, for being dispatched to a military unit for performing military service. They are requested to carry with them the Identification Card of the citizen to be conscripted and Passport (ID) of citizen of Russian Federation.

2. In case of citizen's failure, without a good reason, to report personally according to this Summons issued by the Military Commissariat for events related to conscription for military service, the said citizen shall be deemed evading military service and shall be brought to responsibility in accordance with the legislation of the Russian Federation.

The good cause for non-appearance according to the Summons (Notice) issued by Military Commissariat, provided it can be properly documented, shall be the following:

- Disease or injury connected with disability;
- Poor health condition of family members, such as father, mother, wife, husband, son, daughter, blood brother, blood sister, grandfather, grandmother or adopted parents of the citizen or his involvement in the funeral of any of the persons listed above;
- Force major obstacle or any other circumstance beyond the citizen's control;
- Other causes acknowledged as satisfactory by the Draft Board or Court.

Upon the expiration of the term of the good cause, citizens shall report immediately and without additional Summons to the Military Commissariat.

Article 328. Evasion from Military and Alternative Civil Service (Russian Federation Criminal Code)

1. Evasion from conscription to military service without a good cause shall be punished by a fine in the amount of two to five hundred minimal wages; or a fine in the amount of the evading person's wages for the

period of two to five months; or by a detention for the period of three to six months; or an imprisonment for the term of up to two years.

Приложение N 1
к приказу Министра обороны РФ
от 6 сентября 1999 г. N 400

Инструкция
по подготовке и проведению мероприятий, связанных с призывом на военную службу граждан Российской Федерации, не пребывающих в запасе
(с изменениями от 27 октября 2000 г., 28 февраля 2003 г.)

(Извлечения)

35. Оповещение граждан о явке в военный комиссариат на мероприятия, связанные с призывом на военную службу, производится повестками военного комиссариата района (форма N 22).

41. Решение призывной комиссии заносится в книгу протоколов заседаний призывной комиссии (форма N 23). В конце рабочего дня протокол подписывается председателем призывной комиссии и ее членами.
В удостоверении гражданина, подлежащего призыву на военную службу, секретарем призывной комиссии делается соответствующая отметка, которая подписывается военным комиссаром и заверяется гербовой печатью военного комиссариата. При этом призывнику назначается срок явки в военный комиссариат с вручением ему под личную подпись:
повестки по форме N 24 - в отношении которого принято решение о призыве на военную службу - для отправки к месту прохождения военной службы;
повестки по форме N 22 - которому предоставлена отсрочка от призыва на военную службу - для повторного прохождения призывной комиссии по окончании срока действия этой отсрочки;

Форма N 22
к пп. 35, 41 Инструкции

Гражданину _____
проживающему _____

Повестка

АА N 000000000

В соответствии с Федеральным законом "О воинской обязанности и военной службе" Вы подлежите призыву на военную службу и обязаны "__" _____ ____ г. к "_____" часам явиться в военный комиссариат _____
района по адресу: _____

для проведения мероприятий, связанных с призывом на военную службу.

При себе иметь паспорт (документ, удостоверяющей личность), а также:
_____
_____

М.П.    Военный комиссар _____ района
_____
(воинское звание, подпись, фамилия)

------------------------------------------------
линия отреза

(возвращается в военный комиссариат)

АА N 000000000

Я, _____
          (фамилия, имя, отчество)
о явке в военный комиссариат _____ района
по вопросам связанным с призывом на военную службу, назначенной на "\_\_"
_____ _____ \_\_\_\_ г. к "_____" часам, оповещен.

_____
       (дата оповещения, подпись оповещенного)

Оповещение произвел "\_\_" _____ \_\_\_\_ г.
Должность _____

_____
     (подпись, фамилия должностного лица)

Оборотная сторона повестки

## Обязанности
### гражданина, подлежащего призыву на военную службу

1. В соответствии с Федеральным законом "О воинской обязанности и военной службе" граждане, не пребывающие в запасе, подлежащие призыву на военную службу, обязаны явиться по повестке военного комиссариата на медицинское освидетельствование, заседание призывной комиссии или для отправки в воинскую часть для прохождения военной службы, имея при себе удостоверение гражданина, подлежащего призыву на военную службу, паспорт (удостоверение личности) гражданина Российской Федерации и другие документы, указанные в повестке.

2. В случае неявки без уважительной причины гражданина по повестке военного комиссариата на мероприятия, связанные с призывом на военную службу, указанный гражданин считается уклоняющимся от военной службы и привлекается к ответственности в соответствии с законодательством Российской Федерации.

Уважительной причиной неявки по вызову (повестке) военного комиссариата, при условии документального подтверждения, является:
  - заболевание или увечье, связанное с утратой работоспособности;
  - тяжелое состояние здоровья отца, матери, жены, мужа, сына, дочери, родного брата, родной сестры, дедушки, бабушки или усыновителя гражданина либо участие в похоронах указанных лиц;
  - препятствие, возникшее в результате действия непреодолимой силы, или иное обстоятельство, не зависящее от воли гражданина;
  - иные причины, признанные уважительными призывной комиссией или судом.

По истечении действия уважительной причины граждане являются в военный комиссариат немедленно, без дополнительного вызова.

Статья 328. Уклонение от прохождения военной и альтернативной
            гражданской службы (Уголовный Кодекс Российской
            Федерации)

1. Уклонение от призыва на военную службу при отсутствии законных оснований для освобождения от этой службы -
наказывается штрафом в размере от двухсот до пятисот минимальных размеров оплаты труда или в размере заработной платы или иного дохода осужденного за период от двух до пяти месяцев, либо арестом на срок от трех до шести месяцев, либо лишением свободы на срок до двух лет.

Форма N 24
к п. 41 Инструкции

Гражданину _____
проживающему _____
_____

Повестка

AA N 000000000

На основании Федерального закона "О воинской обязанности и военной службе" Вы призваны на военную службу и зачислены в команду N _____.
Для отправки к месту прохождения военной службы Вы обязаны "__" _____ ____ г. к "____" часам явиться по адресу: ____
_____
При себе иметь паспорт (документ, удостоверяющий личность), удостоверение гражданина, подлежащего призыву на военную службу, а также:
_____
_____

М.П.  Военный комиссар _____
              (наименование района)
       _____
        (воинское звание, подпись, фамилия)

-----------------------------------------------
               линия отреза

AA N 000000000

Я, _____
         (фамилия, имя, отчество)
о явке для отправки к месту прохождения военной службы, назначенной на "__" _____ ____ г. к "____" часам, оповещен.

_____
     (дата оповещения, подпись оповещенного)

Оборотная сторона повестки

Обязанности
гражданина, призванного на военную службу

   1. В соответствии с Федеральным законом "О воинской обязанности и военной службе" граждане, не пребывающие в запасе, призванные на военную службу, обязаны явиться по повестке военного комиссариата для отправки в воинскую часть для прохождения военной службы, имея при себе удостоверение гражданина, подлежащего призыву на военную службу, и паспорт (удостоверение личности) гражданина Российской Федерации.
   2. В случае неявки без уважительной причины гражданина по повестке военного комиссариата на мероприятия, связанные с призывом на военную службу, указанный гражданин считается уклоняющимся от военной службы и привлекается к ответственности в соответствии с законодательством Российской Федерации.
   Уважительной причиной неявки по вызову (повестке) военного комиссариата, при условии документального подтверждения, является:
   - заболевание или увечье, связанное с утратой работоспособности;
   - тяжелое состояние здоровья отца, матери, жены, мужа, сына, дочери, родного брата, родной сестры, дедушки, бабушки или усыновителя гражданина либо участие в похоронах указанных лиц;
   - препятствие, возникшее в результате действия непреодолимой силы, или иное обстоятельство, не зависящее от воли гражданина;
   - иные причины, признанные уважительными призывной комиссией или судом.
   По истечении действия уважительной причины граждане являются в военный комиссариат

немедленно, без дополнительного вызова.

Статья 328. Уклонение от прохождения военной и альтернативной гражданской службы (Уголовный кодекс Российской Федерации).

1. Уклонение от призыва на военную службу при отсутствии законных оснований для освобождения от этой службы -
наказывается штрафом в размере от двухсот до пятисот минимальных размеров оплаты труда или в размере заработной платы или иного дохода осужденного за период от двух до пяти месяцев, либо арестом на срок от трех до шести месяцев, либо лишением свободы на срок до двух ле