# Exhibit B



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "Federal Law of March 28, 1998, no. 53-FZ, "On Military Duty and Military Service" (Excerpt)" from Russian into English.

_____
Signature

Sworn to before me this
29th of November, 2005.

_____
Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 200_

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

**Federal Law of March 28, 1998, no. 53-FZ
"On Military Duty and Military Service"**

(Excerpt)

Article 25. Conscription Period

1. Conscription of citizens who are not members of the reserve corps shall be effectuated twice a year in the period between April 1 and June 30 and in the period between October 1 and December 31 on the basis of decrees of the President of the Russian Federation excluding the following citizens:

a) those who reside in certain Far North areas or localities equated to them and who shall be drafted in the period between May 1 and June 30 and in the period between November 1 and December 31. The list of the mentioned areas and localities and the terms of the conscription to the military service of the citizens residing in such areas and localities is defined by the General Staff of the Armed Forces of the Russian Federation.

b) those who reside in rural areas and are directly engaged in seeding and harvesting and who shall be drafted in the period between October 15 and December 31.

c) those who are members of the teaching staff of educational institutions and who shall be drafted in the period between May 1 and June 30.

2. Citizens commissioned as officers and enlisted in the reserve corps shall be drafted within periods set forth by the President of the Russian Federation.

Федеральный закон от 28 марта 1998 г. N 53-ФЗ
"О воинской обязанности и военной службе"

(Извлечение)

Статья 25. Сроки призыва граждан на военную службу

1. Призыв на военную службу граждан, не пребывающих в запасе, осуществляется два раза в год с 1 апреля по 30 июня и с 1 октября по 31 декабря на основании указов Президента Российской Федерации за следующими исключениями:

а) граждане, проживающие в отдельных районах Крайнего Севера или отдельных местностях, приравненных к районам Крайнего Севера, призываются на военную службу с 1 мая по 30 июня или с 1 ноября по 31 декабря. Перечень указанных районов и местностей, а также сроки призыва на военную службу граждан, проживающих в этих районах и местностях, определяются Генеральным штабом Вооруженных Сил Российской Федерации;

б) граждане, проживающие в сельской местности и непосредственно занятые на посевных и уборочных работах, призываются на военную службу с 15 октября по 31 декабря:

в) граждане, являющиеся педагогическими работниками образовательных учреждений, призываются на военную службу с 1 мая по 30 июня.

2. Призыв на военную службу граждан, зачисленных в запас с присвоением воинского звания офицера, осуществляется в сроки, устанавливаемые Президентом Российской Федерации.