# Exhibit C



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "Hockey Club CSC AF_excerpt (21.11.05)" from Russian into English.

_____
Signature

Sworn to before me this
29th of November, 2005.

_____
Signature, Notary Public

PAUL D. RALSTON
otary Public, State of New Yor.
No. 01RA6023867
Qualified in Queens County
mission Expires May 3, 200?

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 212.689.1059  WWW.TRANSPERFECT.COM

**EXCERPT**
From Unified State Register of Legal Entities

<u>11.21.2005</u>   <u>No. 13-27/1544</u>
(Date)

This Excerpt contains information about the following legal entity:

<u>Samara City Societal Organization Hockey Sports Club "TsSK VVS"</u>
(Full Name of Legal Entity)

<u>1 0 3 6 3 0 3 3 9 2 2 9 0</u>
(Main State Registration Number)

included in Unified State Register of Legal Entities according to
location of this legal entity, using the following indices:

| No. | Name of Index | Value of Index |
|---|---|---|
| 1 | 2 | 3 |

**Information about Organizational Legal Form and Name of Legal Entity**

| | | |
|---|---|---|
| 1 | Organizational Legal Form | Societal or Religious Organization (Amalgamation) |
| 2 | Full Name of Legal Entity | Samara City Societal Organization: Hockey Sports Club "TsSK VVS" |
| 3 | Abbreviated Name of Legal Entity | N/A |
| 4 | Brand Name of Legal Entity | N/A |
| 5 | Name of Legal Entity in Language of Russian Federation Nationality | N/A |
| 6 | National Language | N/A |
| 7 | Name of Legal Entity in Foreign Language | N/A |
| 8 | Foreign Language | N/A |
| 9 | Taxpayer Identification Number (ИНН) | 6312013020 |

**Address Information (Location) of Legal Entity**
*Information on Address Characteristics*

| | | |
|---|---|---|
| 10 | Type of Address | Address of permanently active executive agency |
| 11 | Name of Agency | Administration |

*Address (Location) of Legal Entity*

| | | |
|---|---|---|
| 12 | Postal Code | 443100 |
| 13 | Subject of Russian Federation | Samara Region |
| 14 | District | Volzhsky District |
| 15 | City | City of Samara |
| 16 | Settlement | N/A |
| 17 | Street (prospekt, pereulok, etc.) | Molodogvardeyskaya St. |
| 18 | House No. (owned) | 222 |
| 19 | Building (Structure) | N/A |
| 20 | Apartment (Office) | N/A |

*Contact Phone Number of Legal Entity*

| | | |
|---|---|---|
| 21 | Area Code | 8462 |
| 22 | Telephone | 423264 |
| 23 | Fax | 423264 |

| 1 | 2 | 3 |
|---|---|---|
| **Information on Charter Capital (Share Capital, Charter Fund, Equity Contribution) of Legal Entity** | | |
| 24 | Type | N/A |
| 25 | Amount (Rubles) | 0 |

**Information on Legal Entity's Status and Registration Agency in which Its Registration Case Has Been Filed**

| 26 | Information on Legal Entity's Status | Active |
|---|---|---|
| 27 | Name of Registration Agency in which the Registration Case Has Been Filed | Federal Tax Service Administration, Samara Region |

**Information on Creation of Legal Entity**

| 28 | Method of Creation | Registration of Legal Entity before July 1, 2002 at the moment of its creation |
|---|---|---|
| 29 | Date of Registration | June 24, 1999 |
| 30 | Legal Entity Registration Number before July 1, 2002 | 253 |
| 31 | Name of Agency where Creation of Legal Entity Was Registered | DEPARTMENT OF MINISTRY OF JUSTICE, RUSSIAN FEDERATION, SAMARA REGION |

**Information on Number of Physical Entities Authorized to Act on Behalf of Legal Entity without Power of Attorney**

| 32 | Number | 1 |
|---|---|---|

**Information on Physical Entities Authorized to Act on Behalf of Legal Entity without Power of Attorney**

| 1 | | |
|---|---|---|
| 33 | Title | President |
| 34 | Last Name | Nichepurenko |
| 35 | First Name | Mikhail |
| 36 | Patronymic | Ivanovich |

**Information on Registration of Legal Entity with Tax Agency**

| 1 | | |
|---|---|---|
| 37 | Taxpayer Identification Number (ИНН) | 6312013020 |
| 38 | Tax Registration Reason Code (КПП) | 631201001 |
| 39 | Date of Registration with Tax Agency | January 1, 1994 |
| 40 | Date of De-registration | December 9, 2000 |
| 41 | Name of Tax Agency | Federal Tax Service Inspection, Kirov District, City of Samara |
| **2** | | |
| 42 | Taxpayer Identification Number (ИНН) | 6312013020 |
| 43 | Tax Registration Reason Code (КПП) | 631501001 |
| 44 | Date of Registration with Tax Agency | December 9, 2000 |
| 45 | Date of De-registration | N/A |
| 46 | Name of Tax Agency | Federal Tax Service Inspection, Leninsky District, City of Samara |

**Information on Records Entered into Unified State Register of Legal Entities Based on Presented Documentation**

| 1 | | |
|---|---|---|
| 47 | State Registration Number of Record | 1036303392290 |
| 48 | Date of Entering Record | April 7, 2003 |

| 1 | 2 | 3 |
|---|---|---|

| | | |
|---|---|---|
| 49 | Event with which Entering Record Is Connected | Entering into Unified State Register of Legal Entities of information about legal entity registered before July 1, 2002 |
| 50 | Name of Registration Agency in which Record Was Entered | Department of Russian Federation Ministry on Taxes and Fees, Samara Region |

**Information on Applicants with This Type of Registration**

| | | |
|---|---|---|
| 51 | Type of Applicant | Authorized Person of Legal Entity |

***Information on Applicant, Physical Entity***

| | | |
|---|---|---|
| 52 | Last Name | Yurasova |
| 53 | First Name | Nina |
| 54 | Patronymic | Victorovna |

**Information on Issued Certificates Confirming Entering This Record into Unified State Register of Legal Entities**

| 1 | | |
|---|---|---|
| 55 | Certificate Series | 63 |
| 56 | Certificate Number | 001911968 |
| 57 | Date of Issue | April 7, 2003 |
| 58 | Name of Agency Issuing Certificate | Department of Russian Federation Ministry on Taxes and Fees, Samara Region |
| 59 | Status | Active Certificate |

| 2 | | |
|---|---|---|
| 60 | State Registration Number of Record | 2056300009027 |
| 61 | Date of Entering Record | April 7, 2005 |
| 62 | Event with which Entering Record Is Connected | Entering into Unified State Register of Legal Entities of information on registration of legal entity with tax agency |
| 63 | Name of Registration Agency in which Record Was Entered | Department of Federal Tax Service, Samara Region |

| 3 | | |
|---|---|---|
| 64 | State Registration Number of Record | 2056300010886 |
| 65 | Date of Entering Record | April 9, 2005 |
| 66 | Event with which Entering Record Is Connected | Entering into Unified State Register of Legal Entities of information on registration of legal entity with tax agency |
| 67 | Name of Registration Agency in which Record Was Entered | Department of Federal Tax Service, Samara Region |

**This Excerpt was executed as of November 21, 2005**

<u>Department of Federal Tax Service, Samara Region</u>
(Full Name of Registration Agency)

**Title of Authorized Person**
Head of Department of Federal Tax Service, Samara Region

[Signed]
<u>Shamis, Svetlana Vyacheslavovna</u>
(Name: Last, First, Patronymic)

[Round Seal:]

Federal Tax Service, Russian Federation
Department of Federal Tax Service, Samara Region
Main State Registration Number: 046300536727
National Emblem of Russian Federation
[the rest: illegible]

# ВЫПИСКА
## из Единого государственного реестра юридических лиц

21 11 2005
(дата)

№ 13-27/1544

Настоящая выписка содержит сведения о юридическом лице

**Самарская городская общественная организация хоккейный спортклуб "ЦСК ВВС"**
(полное наименование юридического лица)

**1 0 3 6 3 0 3 3 9 2 2 9 0**
(основной государственный регистрационный номер)

включенные в Единый государственный реестр юридических лиц по месту нахождения данного юридического лица, по следующим показателям.

| N п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |

### Сведения об организационно-правовой форме и наименовании юридического лица

| № | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | Организационно-правовая форма | Общественная или религиозная организация (объединение) |
| 2 | Полное наименование юридического лица | Самарская городская общественная организация хоккейный спортклуб "ЦСК ВВС" |
| 3 | Сокращенное наименование юридического лица | нет |
| 4 | Фирменное наименование юридического лица | нет |
| 5 | Наименование юридического лица на языке народов Российской Федерации | нет |
| 6 | Национальный язык | нет |
| 7 | Наименование юридического лица на иностранном языке | нет |
| 8 | Иностранный язык | нет |
| 9 | ИНН | 6312013020 |

### Сведения об адресе (месте нахождения) юридического лица

| № | Наименование показателя | Значение показателя |
|---|---|---|
| | **Сведения о принадлежности адреса** | |
| 10 | Вид адреса | Адрес постоянно действующего исполнительного органа |
| 11 | Наименование органа | Правление |
| | **Адрес (место нахождения) юридического лица** | |
| 12 | Почтовый индекс | 443100 |
| 13 | Субъект Российской Федерации | Область Самарская |
| 14 | Район | Район Волжский |
| 15 | Город | Город Самара |
| 16 | Населенный пункт | нет |
| 17 | Улица (проспект, переулок и т.д.) | Улица Молодогвардейская |
| 18 | Номер дома (владение) | 222 |
| 19 | Корпус (строение) | нет |
| 20 | Квартира (офис) | нет |
| | **Контактный телефон юридического лица** | |
| 21 | Код города | 8462 |
| 22 | Телефон | 423264 |
| 23 | Факс | 423264 |

1

### Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах) юридического лица

| 24 | Вид | нет |
|---|---|---|
| 25 | Размер (в рублях) | 0 |

### Сведения о состоянии юридического лица и регистрирующем органе, в котором находится регистрационное дело

| 26 | Сведения о состоянии юридического лица | Действующее |
|---|---|---|
| 27 | Наименование регистрирующего органа, в котором находится регистрационное дело | Управление Федеральной налоговой службы по Самарской области |

### Сведения об образовании юридического лица

| 28 | Способ образования | Регистрация юридического лица до 01.07.2002 при создании |
|---|---|---|
| 29 | Дата регистрации | 24.06.1999 |
| 30 | Регистрационный номер юридического лица, до 01.07.2002 г | 253 |
| 31 | Наименование органа, зарегистрировавшего создание юридического лица | УПРАВЛЕНИЕ МИНИСТЕРСТВА ЮСТИЦИИ РОССИЙСКОЙ ФЕДЕРАЦИИ ПО САМАРСКОЙ ОБЛАСТИ |

### Сведения о количестве физических лиц, имеющих право без доверенности действовать от имени юридического лица

| 32 | Количество | 1 |
|---|---|---|

### Сведения о физических лицах, имеющих право без доверенности действовать от имени юридического лица

| | 1 | |
|---|---|---|
| 33 | Должность | Президент |
| 34 | Фамилия | Ничепуренко |
| 35 | Имя | Михаил |
| 36 | Отчество | Иванович |

### Сведения об учете юридического лица в налоговом органе

| | 1 | |
|---|---|---|
| 37 | Идентификационный номер налогоплательщика (ИНН) | 6312013020 |
| 38 | Код причины постановки на учет (КПП) | 631201001 |
| 39 | Дата постановки на налоговый учет | 01.01.1994 |
| 40 | Дата снятия с учета | 09.12.2000 |
| 41 | Наименование налогового органа | Инспекция Федеральной налоговой службы по Кировскому району г.Самары |

| | 2 | |
|---|---|---|
| 42 | Идентификационный номер налогоплательщика (ИНН) | 6312013020 |
| 43 | Код причины постановки на учет (КПП) | 631501001 |
| 44 | Дата постановки на налоговый учет | 09.12.2000 |
| 45 | Дата снятия с учета | нет |
| 46 | Наименование налогового органа | Инспекция Федеральной налоговой службы по Ленинскому району г.Самары |

### Сведения о записях, внесенных в Единый государственный реестр юридических лиц на основании представленных документов

| | 1 | |
|---|---|---|
| 47 | Государственный регистрационный номер записи | 1036303392290 |
| 48 | Дата внесения записи | 07.04.2003 |

2

| 1 | 2 | 3 |
|---|---|---|
| 49 | Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений о юридическом лице, зарегистрированном до 1 июля 2002 года |
| 50 | Наименование регистрирующего органа, в котором внесена запись | Управление Министерства Российской Федерации по налогам и сборам по Самарской области |

Сведения о заявителях при данном виде регистрации

| | | 1 |
|---|---|---|
| 51 | Вид заявителя | Уполномоченное лицо юридического лица |
| | Данные заявителя, физического лица | |
| 52 | Фамилия | Юрасова |
| 53 | Имя | Нина |
| 54 | Отчество | Викторовна |

Сведения о выданных свидетельствах, подтверждающих внесение данной записи в Единый государственный реестр юридических лиц

| | | 1 |
|---|---|---|
| 55 | Серия свидетельства | 63 |
| 56 | Номер свидетельства | 001911968 |
| 57 | Дата выдачи | 07.04.2003 |
| 58 | Наименование регистрирующего органа, выдавшего свидетельство | Управление Министерства Российской Федерации по налогам и сборам по Самарской области |
| 59 | Статус | Действующее свидетельство |

| | | 2 |
|---|---|---|
| 60 | Государственный регистрационный номер записи | 2056300009027 |
| 61 | Дата внесения записи | 07.04.2005 |
| 62 | Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений об учете юридического лица в налоговом органе |
| 63 | Наименование регистрирующего органа, в котором внесена запись | Управление Федеральной налоговой службы по Самарской области |

| | | 3 |
|---|---|---|
| 64 | Государственный регистрационный номер записи | 2056300010886 |
| 65 | Дата внесения записи | 09.04.2005 |
| 66 | Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений об учете юридического лица в налоговом органе |
| 67 | Наименование регистрирующего органа, в котором внесена запись | Управление Федеральной налоговой службы по Самарской области |

Выписка сформирована по состоянию на 21 11 2005

Управление Федеральной налоговой службы по Самарской области

(полное наименование регистрирующего органа)

Должность ответственного лица
Начальник отдела УФНС России по Самарской области

Шамис Светлана Вячеславовна
(ФИО)

3