# Exhibit D



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "CSC AF_excerpt (18.11.05)" from Russian into English.

_____
Signature

Sworn to before me this
29th of November, 2005.

_____
Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2009

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

**EXCERPT**
**From Unified State Register of Legal Entities**

<u>11.18.2005</u>       <u>No. 2695</u>
(Date)

This Excerpt contains information about the following legal entity:

<u>**Central Sports Club of Air Forces**</u>
(Full Name of Legal Entity)

<u>1 0 3 6 3 0 0 4 4 8 2 6 0</u>
(Main State Registration Number)

included in Unified State Register of Legal Entities according to
location of this legal entity, using the following indices:

| No. | Name of Index | Value of Index |
|---|---|---|
| 1 | 2 | 3 |

**Information about Organizational Legal Form and Name of Legal Entity**

| | | |
|---|---|---|
| 1 | Organizational Legal Form | Institution |
| 2 | Full Name of Legal Entity | Central Sports Club of Air Forces |
| 3 | Abbreviated Name of Legal Entity | TsSK VVS |
| 4 | Brand Name of Legal Entity | TsSK VVS |
| 5 | Name of Legal Entity in Language of Russian Federation Nationality | N/A |
| 6 | National Language | N/A |
| 7 | Name of Legal Entity in Foreign Language | N/A |
| 8 | Foreign Language | N/A |
| 9 | Taxpayer Identification Number (ИНН) | 6315942101 |

**Address Information (Location) of Legal Entity**

| | *Information on Address Characteristics* | |
|---|---|---|
| 10 | Type of Address | Address of permanent active executive agency |
| 11 | Name of Agency | Chief |
| | *Address (Location) of Legal Entity* | |
| 12 | Postal Code | 443071 |
| 13 | Subject of Russian Federation | Samara Region |
| 14 | District | Volzhsky District |
| 15 | City | City of Samara |
| 16 | Settlement | N/A |
| 17 | Street (prospekt, pereulok, etc.) | Volzhsky Prospekt |
| 18 | House No. (owned) | 10 |
| 19 | Building (Structure) | N/A |
| 20 | Apartment (Office) | N/A |
| | *Contact Phone Number of Legal Entity* | |
| 21 | Area Code | 8462 |
| 22 | Telephone | 422329 |
| 23 | Fax | N/A |

**Information on Charter Capital (Share Capital, Charter Fund, Equity Contribution) of Legal Entity**

| 1 | 2 | 3 |
|---|---|---|
| 24 | Type | N/A |
| 25 | Amount (Rubles) | 0 |

**Information on Legal Entity's Status and Registration Agency in which Its Registration Case Has Been Filed**

| | | |
|---|---|---|
| 26 | Information on Legal Entity's Status | Active |
| 27 | Name of Registration Agency in which the Registration Case Has Been Filed | Federal Tax Service Inspection, Leninsky District, City of Samara |

**Information on Creation of Legal Entity**

| | | |
|---|---|---|
| 28 | Method of Creation | Registration of Legal Entity before July 1, 2002 at the moment of its creation |
| 29 | Date of Registration | November 28, 2000 |
| 30 | Legal Entity Registration Number before July 1, 2002 | 2107 |
| 31 | Name of Agency where Creation of Legal Entity Was Registered | CITY OF SAMARA, LENINSKY DISTRICT ADMINISTRATION |

**Information on Number of Founders (Participants) of Legal Entity**

| | | |
|---|---|---|
| 32 | Number of Founders (Participants) - Total | 1 |
| | *Including* | |
| 33 | - Legal Entities | 1 |
| 34 | - Physical Entities | 0 |

**Information on Founders (Participants) of Legal Entity – Russian Legal Entities**

| | | 1 |
|---|---|---|
| 35 | Organizational Legal Form | Institution |
| 36 | Full Name of Founder (Participant) of Legal Entity | Russian Federation Ministry of Defense |
| 37 | Amount of Contribution (Rubles) | 0 |
| 38 | Main State Registration Number (ОГРН) | N/A |
| 39 | Registration Number before July 1, 2002 | N/A |
| 40 | Date of Registration | February 28, 2003 |
| 41 | Name of Registration Agency | N/A |

**Information on Number of Physical Entities Authorized to Act on Behalf of Legal Entity without Power of Attorney**

| | | |
|---|---|---|
| 42 | Number | 1 |

**Information on Physical Entities Authorized to Act on Behalf of Legal Entity without Power of Attorney**

| | | 1 |
|---|---|---|
| 43 | Title | Chief |
| 44 | Last Name | Shlyakhtin |
| 45 | First Name | Dmitry |
| 46 | Patronymic | Anatoliyevich |

**Information on Registration of Legal Entity with Tax Agency**

| | | 1 |
|---|---|---|
| 47 | Taxpayer Identification Number (ИНН) | 6315942101 |
| 48 | Tax Registration Reason Code (КПП) | 631501001 |
| 49 | Date of Registration with Tax Agency | December 10, 2001 |
| 50 | Date of De-registration | N/A |

| 1 | 2 | 3 |
|---|---|---|
| 51 | Name of Tax Agency | Federal Tax Service Inspection, Leninsky District, City of Samara |

**Information on Records Entered into Unified State Register of Legal Entities Based on Presented Documentation**

| | | 1 |
|---|---|---|
| 52 | State Registration Number of Record | 1036300448260 |
| 53 | Date of Entering Record | February 28, 2003 |
| 54 | Event with which Entering Record Is Connected | Entering into Unified State Register of Legal Entities of information about legal entity registered before July 1, 2002 |
| 55 | Name of Registration Agency in which Record Was Entered | Inspection at Russian Federation Ministry on Taxes and Fees, Leninsky District, City of Samara |

**Information on Issued Certificates Confirming Entering This Record into Unified State Register of Legal Entities**

| | | 1 |
|---|---|---|
| 56 | Certificate Series | 63 |
| 57 | Certificate Number | 001004921 |
| 58 | Date of Issue | February 28, 2003 |
| 59 | Name of Agency Issuing Certificate | Inspection at Russian Federation Ministry on Taxes and Fees, Leninsky District, City of Samara |
| 60 | Status | Active Certificate |

| | | 2 |
|---|---|---|
| 61 | State Registration Number of Record | 2056315087200 |
| 62 | Date of Entering Record | August 31, 2005 |
| 63 | Event with which Entering Record Is Connected | Entering into Unified State Register of Legal Entities of information on registration of legal entity with tax agency |
| 64 | Name of Registration Agency in which Record Was Entered | Inspection at Russian Federation Ministry on Taxes and Fees, Leninsky District, City of Samara |

**This Excerpt was executed as of November 18, 2005**

Inspection at Russian Federation Ministry on Taxes and Fees, Leninsky District, City of Samara
(Full Name of Registration Agency)

**Title of Authorized Person**
Senior State Tax Inspector

[Signed]
Gus'kova, Irina Alexeyevna
(Name: Last, First, Patronymic)

[Round Seal:]

Inspection at Federal Tax Service, Leninsky District, City of Samara
(Inspection at Russian Federal Tax Service)
Department of Taxpayer Registration

# ВЫПИСКА
## из Единого государственного реестра юридических лиц



18 11 2005
(дата)

№ 2695

Настоящая выписка содержит сведения о юридическом лице

**Центральный спортивный клуб Военно-воздушных сил**
(полное наименование юридического лица)

**1 0 3 6 3 0 0 4 4 8 2 6 0**
(основной государственный регистрационный номер)

включенные в Единый государственный реестр юридических лиц по месту нахождения данного юридического лица, по следующим показателям:

| N п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |

### Сведения об организационно-правовой форме и наименовании юридического лица

| | | |
|---|---|---|
| 1 | Организационно-правовая форма | Учреждение |
| 2 | Полное наименование юридического лица | Центральный спортивный клуб Военно-воздушных сил |
| 3 | Сокращенное наименование юридического лица | ЦСК ВВС |
| 4 | Фирменное наименование юридического лица | ЦСК ВВС |
| 5 | Наименование юридического лица на языке народов Российской Федерации | нет |
| 6 | Национальный язык | нет |
| 7 | Наименование юридического лица на иностранном языке | нет |
| 8 | Иностранный язык | нет |
| 9 | ИНН | 6315942101 |

### Сведения об адресе (месте нахождения) юридического лица
#### Сведения о принадлежности адреса

| | | |
|---|---|---|
| 10 | Вид адреса | Адрес постоянно действующего исполнительного органа |
| 11 | Наименование органа | Начальник |

#### Адрес (место нахождения) юридического лица

| | | |
|---|---|---|
| 12 | Почтовый индекс | 443071 |
| 13 | Субъект Российской Федерации | Область Самарская |
| 14 | Район | Район Волжский |
| 15 | Город | Город Самара |
| 16 | Населенный пункт | нет |
| 17 | Улица (проспект, переулок и т.д.) | Проспект Волжский |
| 18 | Номер дома (владение) | 10 |
| 19 | Корпус (строение) | нет |
| 20 | Квартира (офис) | нет |

#### Контактный телефон юридического лица

| | | |
|---|---|---|
| 21 | Код города | 8462 |
| 22 | Телефон | 422329 |
| 23 | Факс | нет |

Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах) юридического лица

1

|   | 2 | 3 |
|---|---|---|
| 24 | Вид | нет |
| 25 | Размер (в рублях) | 0 |

**Сведения о состоянии юридического лица и регистрирующем органе, в котором находится регистрационное дело**

| 26 | Сведения о состоянии юридического лица | Действующее |
|---|---|---|
| 27 | Наименование регистрирующего органа, в котором находится регистрационное дело | Инспекция Федеральной налоговой службы по Ленинскому району г. Самары |

**Сведения об образовании юридического лица**

| 28 | Способ образования | Регистрация юридического лица до 01.07.2002 при создании |
|---|---|---|
| 29 | Дата регистрации | 28.11.2000 |
| 30 | Регистрационный номер юридического лица, до 01.07.2002 г. | 2107 |
| 31 | Наименование органа, зарегистрировавшего создание юридического лица | АДМИНИСТРАЦИЯ ЛЕНИНСКОГО РАЙОНА ГОРОДА САМАРЫ |

**Сведения о количестве учредителей (участников) юридического лица**

| 32 | Количество учредителей (участников) - всего | 1 |
|---|---|---|
|   | *в том числе* | |
| 33 | - юридических лиц | 1 |
| 34 | - физических лиц | 0 |

**Сведения об учредителях (участниках) юридического лица - российских юридических лицах**

|   | 1 | |
|---|---|---|
| 35 | Организационно-правовая форма | Учреждение |
| 36 | Полное наименование учредителя (участника) - юридического лица | Министерство обороны РФ |
| 37 | Размер вклада (в рублях) | 0 |
| 38 | Основной государственный регистрационный номер (ОГРН) | нет |
| 39 | Регистрационный номер до 01.07.2002 | нет |
| 40 | Дата регистрации | 28.02.2003 |
| 41 | Наименование регистрирующего органа | нет |

**Сведения о количестве физических лиц, имеющих право без доверенности действовать от имени юридического лица**

| 42 | Количество | 1 |
|---|---|---|

**Сведения о физических лицах, имеющих право без доверенности действовать от имени юридического лица**

|   | 1 | |
|---|---|---|
| 43 | Должность | Начальник |
| 44 | Фамилия | Шляхтин |
| 45 | Имя | Дмитрий |
| 46 | Отчество | Анатольевич |

**Сведения об учете юридического лица в налоговом органе**

|   | 1 | |
|---|---|---|
| 47 | Идентификационный номер налогоплательщика (ИНН) | 6315942101 |
| 48 | Код причины постановки на учет (КПП) | 631501001 |
| 49 | Дата постановки на налоговый учет | 10.12.2001 |
| 50 | Дата снятия с учета | нет |

2

|   | 2 | 3 |
|---|---|---|
| 1 | Наименование налогового органа | Инспекция Федеральной налоговой службы по Ленинскому району г.Самары |

**Сведения о записях, внесенных в Единый государственный реестр юридических лиц на основании представленных документов**

|   |   | 1 |
|---|---|---|
| 52 | Государственный регистрационный номер записи | 1036300448260 |
| 53 | Дата внесения записи | 28.02.2003 |
| 54 | Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений о юридическом лице, зарегистрированном до 1 июля 2002 года |
| 55 | Наименование регистрирующего органа, в котором внесена запись | Инспекция Министерства Российской Федерации по налогам и сборам по Ленинскому району города Самары |

**Сведения о выданных свидетельствах, подтверждающих внесение данной записи в Единый государственный реестр юридических лиц**

|   |   | 1 |
|---|---|---|
| 56 | Серия свидетельства | 63 |
| 57 | Номер свидетельства | 001004921 |
| 58 | Дата выдачи | 28.02.2003 |
| 59 | Наименование регистрирующего органа, выдавшего свидетельство | Инспекция Министерства Российской Федерации по налогам и сборам по Ленинскому району города Самары |
| 60 | Статус | Действующее свидетельство |

|   |   | 2 |
|---|---|---|
| 61 | Государственный регистрационный номер записи | 2056315087200 |
| 62 | Дата внесения записи | 31.08.2005 |
| 63 | Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений об учете юридического лица в налоговом органе |
| 64 | Наименование регистрирующего органа, в котором внесена запись | Инспекция Федеральной налоговой службы по Ленинскому району г. Самары |

Выписка сформирована по состоянию на 18 11 2005    Инспекция Федеральной налоговой службы по Ленинскому району г. Самары
(полное наименование регистрирующего органа)

**Должность ответственного лица**
Старший государственный налоговый инспектор



Гуськова Ирина Алексеевна
(ФИО)

3