# Exhibit E

COPY

# EXTRACT

## FROM THE UNIFORM STATE REGISTER OF CORPORATE BODIES

Date: 26 January 2004          File number: unnumbered

This extract contains information on the corporate body:

**CSKA HOCKEY CLUB, a limited a liability company**

(Full name of the corporate body)

**1 0 2 7 7 0 0 1 6 1 2 3 5**

(Main state registration number)

Which is included in the Uniform State Register of Corporate bodies at the corporate body's location and specified by the following characteristics:

| No. | Specific characteristic | Value |
|---|---|---|
| 1 | 2 | 3 |
| **Corporate body main identification data** | | |
| 1 | Main state registration number | 1027700161235 |
| 2 | Corporate body status | Active |
| 3 | Form of incorporation | Limited liability company |
| 4 | Corporate body's full name | CSKA HOCKEY CLUB, a limited a liability company |
| 5 | Corporate body's abbreviated name | "OOO 'HOKKEYNIY KLUB CSKA'" |
| 6 | Corporate body's brand name | None |
| 7 | Corporate body's name in the national language of an ethnic group within the Russian Federation | None |
| 8 | National language | None |
| 9 | Corporate body's name in a foreign language | 'CSKA HOCKEY CLUB, LTD' |
| 10 | Foreign language | None |
| **Corporate body's address (location)** | | |
| 11 | Postal code | 125167 |
| 12 | Constituent of the Russian Federation | The City of Moscow |
| 13 | District | N/A |
| 14 | City/town | N/A |
| 15 | Locality | N/A |

R-537

| 16 | Street (avenue, lane etc.) | Leningradsky Prospekt |
|---|---|---|
| 17 | House (domain) number | 39 |
| 18 | Building | N/A |
| 19 | Flat (office) | N/A |

| **Address identity information** | | |
|---|---|---|
| 20 | Type of address of the corporate body | Not selected |
| 21 | Name of the entity whose address is the corporate body's location (de jure address) | N/A |

| **Contact telephone number** | | |
|---|---|---|
| 22 | Area code | N/A |
| 23 | Telephone number | 7250940 |
| 24 | Fax number | None |

| **Capital information** | | |
|---|---|---|
| 25 | Capital type | Charter capital |
| 26 | Capital dimension (in rubles) | 300 |

| **Registration authority information** | | |
|---|---|---|
| 27 | Name of the registration body where the registration file is kept | The Russian Federation Ministry of Revenue Inspectorate No. 14 for the Northern Administrative District of Moscow |

| **Corporate body formation data** | | |
|---|---|---|
| 28 | Manner of corporate body formation | Corporate body registration upon its establishing before 1 July 2002 |
| 29 | Registration number for corporate bodies established before 1 July 2002 | 181115 |
| 30 | Date of registration | 14 September 1992 |
| 31 | Full name of the authority where establishment of the corporate body was registered | N/A |

| **Termination of activity of the corporate body** | | |
|---|---|---|
| 32 | Manner of activity termination | N/A |
| 33 | State registration number of the activity termination entry | N/A |
| 34 | Date of registration | N/A |
| 35 | Full name of the authority where the corporate body termination was registered | N/A |

| **Promoters (corporate bodies)** | | |
|---|---|---|
| 36 | Number of promoters (corporate bodies) | 2 |
| 37 | Full name of the promoter (corporate body) | KRASNYE ZVEZDY, a private corporation |

| 38 | Main state registration number | None |
|---|---|---|
| 39 | Registration number of the promoter, corporate body (before 1 July 2002) | 714.915 |
| 40 | Promoter (corporate body) establishment registration date | 27 June 1996 |
| 41 | Full name of the authority where the establishment of the promoter (corporate body) was registered | Moscow Registration Chamber, a state institution |
| 42 | Promoter's contribution in charter capital (in rubles) | 147 |
| *Address (location) of the promoter (corporate body) in the Russian Federation* | | |
| 43 | Postal code | 105215 |
| 44 | Constituent of the Russian Federation | The City of Moscow |
| 45 | District | Moscow |
| 46 | City/town | N/A |
| 47 | Locality | N/A |
| 48 | Street (avenue, lane etc.) | Ulitsa Parkovaya 13th |
| 49 | House (domain) number | 27 |
| 50 | Building | N/A |
| 51 | Flat (office) | N/A |
| *Address of the promoter (foreign corporate body)* | | |
| 52 | Country of registration/incorporation | N/A |
| 53 | Address in the country of the promoter's residence | N/A |
| *Promoter (corporate body) tax registration data* | | |
| 54 | Taxpayer's identification number (TIN) | 7719130548 |
| 55 | Registration reason code | 7719011001 |

| 56 | Full name of the promoter (corporate body) | Company MARIBEL ASSOCIATES LIMITED |
|---|---|---|
| 57 | Main state registration number | 4113540 |
| 58 | Registration number of the promoter, corporate body (before 1 July 2002) | 4113540 |
| 59 | Promoter (corporate body) establishment registration date | 23 November 2000 |
| 60 | Full name of the authority where the establishment of the promoter (corporate body) was registered | N/A |
| 61 | Promoter's contribution in charter capital (in rubles) | 153 |
| *Address (location) of the promoter (corporate body) in the Russian Federation* | | |

| 62 | Postal code | N/A |
|---|---|---|
| 63 | Constituent of the Russian Federation | N/A |
| 64 | District | N/A |
| 65 | City/town | N/A |
| 66 | Locality | N/A |
| 67 | Street (avenue, lane etc.) | N/A |
| 68 | House (domain) number | N/A |
| 69 | Building | N/A |
| 70 | Flat (office) | N/A |
| *Address of the promoter (foreign corporate body)* | | |
| 71 | Country of registration/incorporation | The United Kingdom of Great Britain and Northern Ireland |
| 72 | Address in the country of the promoter's residence | 214A Golders Green Road London NW 119AT |
| *Promoter (corporate body) tax registration data* | | |
| 73 | Taxpayer's identification number (TIN) | N/A |
| 74 | Registration reason code | N/A |
| **Promoters (physical bodies)** | | |
| 75 | Number of promoters (physical bodies) | 0 |
| **Corporate bodies whose legal successor this corporate body is** | | |
| 76 | Number of reorganized corporate bodies | 0 |
| **Corporate bodies - legal successors of this corporate body** | | |
| 77 | Number of legal successors - corporate bodies | 0 |
| **Physical bodies entitled to act on behalf of the corporate body without a letter of attorney** | | |
| 78 | Number of individuals | 0 |
| **Licensing information** | | |
| 79 | Number of licenses | 0 |
| **Tax registration data** | | |
| **State registration information** | | |
| 80 | State registration entry number | 1027700161235 |
| 81 | Date of registration | 27 August 2002 |
| 82 | Full name of the registration authority | Moscow Office of the Ministry of Revenue of the Russian Federation |
| 83 | Event related to the state registration | State registration of the corporate body established before 1 July 2002 |

| 84 | Status | Active entry |
|---|---|---|
| **Applicants for this type of registration** | | |

**1**

| 85 | Type of applicant | Person entitled by the corporate body |
|---|---|---|
| 86 | Surname | KOLDINA |
| 87 | First name | NATALYA |
| 88 | Patronymic | IGOREVNA |
| **Identification document** | | |
| **Domicile address in the Russian Federation** | | |
| 89 | Postal code | 123479 |
| 90 | Constituent of the Russian Federation | The City of Moscow |
| 91 | District | N/A |
| 92 | City/town | N/A |
| 93 | Locality | N/A |
| 94 | Street (avenue, lane etc.) | N/A |
| 95 | House (domain) number | 18 |
| 96 | Building | 1 |
| 97 | Flat (office) | 169 |
| **Contact telephone number** | | |
| 98 | Area code | N/A |
| 99 | Telephone number | None |
| 100 | Fax number | None |

**Certificates issued**

| 101 | Certificate series | 77 |
|---|---|---|
| 102 | Certificate number | 7917926 |
| 103 | Date of issue | 27 August 2002 |
| 104 | Certificate issued by | Moscow Office of the Ministry of Revenue of the Russian Federation |

| 105 | Date of entry | 29 August 2002 |
|---|---|---|
| 106 | Full name of the registration authority | The Russian Federation Ministry of Revenue Inspectorate No. 14 for the Northern Administrative District of Moscow |
| 107 | Event related to the state registration | The registration file was transferred from another registration authority |
| 108 | Status | Active entry |

| The extract compiled by | The Russian Federation Ministry of Revenue Inspectorate No. 14 for the Northern Administrative District of Moscow |
|---|---|
| Official capacity of the person in charge | Deputy Chief of Inspectorate Dept |
| Signature | |
| Full name | Kirill Vasilyevich Yakovlev |

*(Signature)*

26 January 2004

*Official seal:*

Russian Ministry of Revenue

The Russian Federation Ministry of Revenue Moscow Inspectorate

Inspectorate No. 14 for the Northern Administrative District of Moscow

Main state registration number: 1027700553847

TIN 7714014428

*Stamp:*

The Russian Federation Ministry of Revenue Inspectorate No. 14 for the Northern Administrative District of Moscow. Five sheets tied together, numbered and sealed.

Signature *(signature)*    Date: 26 January 2004

*Stamp:*

K. V. Yakovlev, Deputy Chief of the Taxpayers Registration Dept

*Official seal:*

Russian Ministry of Revenue

The Russian Federation Ministry of Revenue Moscow Inspectorate

Inspectorate No. 14 for the Northern Administrative District of Moscow

Main state registration number: 1027700553847

TIN 7714014428

*Stamp:*

City of Moscow, Russian Federation

On 2 February 2004,

I, Olga Igorevna Kapura, Notary of the City of Moscow, hereby certify that the copy of the document is true to its original. The latter has not any expunctions, additions, crossed out words or other non-stipulated corrections or other peculiarities.

Registered under No. 3m-797

Fee recovered:     60 rubles

Notary:              *(signature)*

*Official seal:*

Notary of the City of Moscow O. I. Kapura


Перевела:  *(signature)*  Данилина Т. Е.

Город Москва, шестого февраля две тысячи четвертого года. Я, Артюх Игорь Владимирович, нотариус города Москвы, свидетельствую подлинность подписи, сделанной переводчиком Данилиной Татьяной Евгеньевной в моем присутствии. Личность его установлена.
Зарегистрировано в реестре за № 2-449
Взыскано по тарифу    85 руб.
Нотариус

КОПИЯ

# ВЫПИСКА
## из Единого государственного реестра юридических лиц

_26.01.2004_ № _01/4_
(дата)

Настоящая выписка содержит сведения о юридическом лице

**Общество с ограниченной ответственностью "Хоккейный клуб ЦСКА"**
(полное наименование юридического лица)

**1 0 2 7 7 0 0 1 6 1 2 3 5**,
(основной государственный регистрационный номер)

включенные в Единый государственный реестр юридических лиц по месту нахождения данного юридического лица, по следующим показателям:

| N п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| | **Основные идентифицирующие сведения о юридическом лице** | |
| 1 | Основной государственный регистрационный номер | 1027700161235 |
| 2 | Состояние юридического лица | Действующее |
| 3 | Организационно-правовая форма | Общество с ограниченной ответственностью |
| 4 | Полное наименование юридического лица | Общество с ограниченной ответственностью "Хоккейный клуб ЦСКА" |
| 5 | Сокращенное наименование юридического лица | ООО "ХОККЕЙНЫЙ КЛУБ ЦСКА" |
| 6 | Фирменное наименование юридического лица | нет |
| 7 | Наименование юридического лица на национальном языке народов Российской Федерации | нет |
| 8 | Национальный язык | нет |
| 9 | Наименование юридического лица на иностранном языке | "CSKA HOCKEY CLUB, LTD" |
| 10 | Иностранный язык | нет |
| | **Адрес (место нахождения) юридического лица** | |
| 11 | Почтовый индекс | 125167 |
| 12 | Субъект Российской федерации | Город Москва |
| 13 | Район | нет |
| 14 | Город | нет |
| 15 | Населенный пункт | нет |
| 16 | Улица (проспект, переулок и т.д.) | Проспект Ленинградский |
| 17 | Номер дома (владение) | 39 |
| 18 | Корпус (строение) | нет |
| 19 | Квартира (офис) | нет |
| | **Сведения о принадлежности адреса** | |
| 20 | Вид адреса юридического лица | Не выбран |
| 21 | Наименование органа, адрес которого является адресом (местом нахождения) юридического лица | нет |
| | **Контактный телефон** | |
| 22 | Код города | нет |
| 23 | Номер телефона | 7250940 |

R-53

| 24 | Номер факса | нет |
|---|---|---|
| | *Сведения о капитале* | |
| 25 | Вид капитала | Уставной капитал |
| 26 | Размер капитала (в рублях) | 300 |
| | *Сведения о регистрирующем органе* | |
| 27 | Наименование регистрирующего органа, в котором находится регистрационное дело | Инспекция Министерства Российской Федерации по налогам и сборам №14 по Северному административному округу г.Москвы |
| | *Сведения об образовании юридического лица* | |
| 28 | Способ образования ЮЛ | Регистрация юридического лица до 01.07.2002 при создании |
| 29 | Регистрационный номер для юридических лиц, созданных до 01.07.02 | 181115 |
| 30 | Дата регистрации | 14.09.92 |
| 31 | Полное наименование органа, зарегистрировавшего создание юридического лица | нет |
| | *Сведения о прекращении деятельности юридического лица* | |
| 32 | Способ прекращения деятельности | нет |
| 33 | Государственный регистрационный номер записи о прекращении деятельности | нет |
| 34 | Дата регистрации | нет |
| 35 | Полное наименование органа, зарегистрировавшего прекращение деятельности юридического лица | нет |
| | *Сведения об учредителях - юридических лицах* | |
| 36 | Количество учредителей - юридических лиц | 2 |
| 37 | Полное наименование учредителя - юридического лица | Закрытое акционерное общество "Красные звезды" |
| 38 | Основной государственный регистрационный номер | нет |
| 39 | Регистрационный номер учредителя - юридического лица (до 01.07.2002) | 714.915 |
| 40 | Дата регистрации образования учредителя - юридического лица | 27.06.96 |
| 41 | Полное наименование органа, зарегистрировавшего образование учредителя - юридического лица | Государственное учреждение Московская регистрационная палата |
| 42 | Размер вклада в уставной капитал учредителя (в рублях) | 147 |
| | *Адрес (место нахождения) в Российской Федерации учредителя - ЮЛ* | |
| 43 | Почтовый индекс | 105215 |
| 44 | Субъект Российской федерации | Город Москва |
| 45 | Район | Москва |
| 46 | Город | нет |
| 47 | Населенный пункт | нет |
| 48 | Улица (проспект, переулок, и т.д.) | Улица Парковая 13-я |
| 49 | Номер дома (владение) | 27 |
| 50 | Корпус (строение) | нет |
| 51 | Квартира (офис) | нет |
| | *Адрес учредителя - иностранного юридического лица* | |
| 52 | Страна регистраци (инкорпорации) | нет |
| 53 | Адрес места нахождения в стране, резидентом которой является учредитель | нет |

| | | |
|---|---|---|
| | *Данные о постановке на налоговый учет учредителя - юридического лица* | |
| 54 | Идентификационный номер налогоплательщика (ИНН) | 7719130548 |
| 55 | Код причины постановки на учет (КПП) | 771901001 |

| | | |
|---|---|---|
| 56 | Полное наименование учредителя - юридического лица | КОМПАНИЯ МАРИБЕЛ АССОУШИЕЙТС ЛИМИТЕД |
| 57 | Основной государственный регистрационный номер | 4113540 |
| 58 | Регистрационный номер учредителя - юридического лица (до 01.07.2002) | 4113540 |
| 59 | Дата регистрации образования учредителя - юридического лица | 23.11.2000 |
| 60 | Полное наименование органа, зарегистрировавшего образование учредителя - юридического лица | нет |
| 61 | Размер вклада в уставной капитал учредителя (в рублях) | 153 |
| | *Адрес (место нахождения) в Российской Федерации учредителя - ЮЛ* | |
| 62 | Почтовый индекс | нет |
| 63 | Субъект Российской федерации | нет |
| 64 | Район | нет |
| 65 | Город | нет |
| 66 | Населенный пункт | нет |
| 67 | Улица (проспект, переулок, и т.д.) | нет |
| 68 | Номер дома (владение) | нет |
| 69 | Корпус (строение) | нет |
| 70 | Квартира (офис) | нет |
| | *Адрес учредителя - иностранного юридического лица* | |
| 71 | Страна регистраци (инкорпорации) | Соединенное Королевство Великобритании и Северной Ирландии |
| 72 | Адрес места нахождения в стране, резидентом которой является учредитель | 214 А ГОЛДЕРС ГРИН РОУД ЛОНДОН NW 119АТ |
| | *Данные о постановке на налоговый учет учредителя - юридического лица* | |
| 73 | Идентификационный номер налогоплательщика (ИНН) | нет |
| 74 | Код причины постановки на учет (КПП) | нет |
| | **Сведения об учредителях - физических лицах** | |
| 75 | Количество учредителей - физических лиц | 0 |
| | **Сведения о юридических лицах, правопреемником которых является данное юридическое лицо** | |
| 76 | Количество реорганизуемых юридических лиц | 0 |
| | **Сведения о юридических лицах, правопреемниках данного юридического лица** | |
| 77 | Количество правопреемников юридических лиц | 0 |
| | **Сведения о физических лицах, имеющих право без доверенности действовать от имени юридического лица** | |
| 78 | Количество лиц | 0 |
| | **Сведения о лицензиях** | |
| 79 | Количество лицензий | 0 |
| | **Данные налогового учета** | |
| | **Сведения о записях государственной регистрации** | |
| 80 | Государственный регистрационный номер записи | 1027700161235 |

| 81 | Дата внесения записи | 27.08.02 |
|---|---|---|
| 82 | Полное наименование регистрирующего органа | Управление Министерства Российской Федерации по налогам и сборам по г.Москве |
| 83 | Событие, с которым связана государственная регистрация | Внесение в государственный реестр сведений о юридическом лице, зарегистрированном до 1 июля 2002 года |
| 84 | Статус | действующая запись |

*Сведения о Заявителях при данном виде регистрации*

**1**

| | | Уполномоченное лицо юридического лица |
|---|---|---|
| 85 | Вид заявителя | |
| 86 | Фамилия | КОЛДИНА |
| 87 | Имя | НАТАЛЬЯ |
| 88 | Отчество | ИГОРЕВНА |

*Документ, удостоверяющий личность*
*Адрес места жительства в Российской Федерации*

| 89 | Почтовый индекс | 123479 |
|---|---|---|
| 90 | Субъект Российской Федерации | Город Москва |
| 91 | Район | нет |
| 92 | Город | нет |
| 93 | Населенный пункт | нет |
| 94 | Улица (проспект, переулок и т.д.) | нет |
| 95 | Номер дома (владение) | 18 |
| 96 | Корпус (строение) | 1 |
| 97 | Квартира (офис) | 169 |

*Контактный телефон*

| 98 | Код города | нет |
|---|---|---|
| 99 | Номер телефона | нет |
| 100 | Номер факса | нет |

*Сведения о выданных свидетельствах*

| 101 | Серия свидетельства | 77 |
|---|---|---|
| 102 | Номер свидетельства | 7917926 |
| 103 | Дата выдачи | 27.8.2002 |
| 104 | Наименование регистрирующего органа, выдавшего свидетельство | Управление Министерства Российской Федерации по налогам и сборам по г.Москве |

| 105 | Дата внесения записи | 29.08.02 |
|---|---|---|
| 106 | Полное наименование регистрирующего органа | Инспекция Министерства Российской Федерации по налогам и сборам №14 по Северному административному округу г.Москвы |
| 107 | Событие, с которым связана государственная регистрация | Регистрационное дело поступило из другого регистрирующего органа |
| 108 | Статус | действующая запись |

| Выписка сформирована | Инспекция Министерства Российской Федерации по налогам и сборам №14 по Северному административному округу г.Москвы |
|---|---|
| Должность ответственного лица | Заместитель начальника отдела в инспекции |
| Подпись | |

Страница 4

| ...мя, имя, отчество | Яковлев Кирилл Васильевич |
| --- | --- |
| | 26.01.2004 |

М.П. [печать: Инспекция МНС России № 14 по Северному административному округу г. Москвы]

ва

Город Москва, Российская Федерация.

*Второго февраля две тысячи четвертого года.*

Я, Капура Ольга Игоревна, нотариус города Москвы, свидетельствую верность этой копии с подлинником документа. В последнем подчисток, приписок, зачёркнутых слов и иных неоговорённых исправлений или каких-либо особенностей нет.

Зарегистрировано в реестре за № Эт-797

Взыскано по тарифу: 60 руб.

Нотариус [подпись, печать]

Инспекция МНС России № 14
по САО г. Москвы
Всего прошнуровано,
пронумеровано и скреплено
печатью _____ листов
Подпись _____ Дата _____

Заместитель начальника
отдела регистрации
и учёта налогоплательщиков
Яковлев К.В.

[печать]

*Всего прошито, пронумеровано и
скреплено печатью  5
листов.
Нотариус:* [подпись]

