# Exhibit F



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "FZ 82" from Russian into English.

_____
Signature

Sworn to before me this
29th of November, 2005.


_____
Signature, Notary Public


PAUL D. RALSTON
otary Public, State of New Yor.
No. 01RA6023867
Qualified in Queens County
...ission Expires May 3  2007

_____
Stamp, Notary Public

**Federal Law of May 19, 1995 No. 82-ФЗ**
**"On Societal Associations"**
**(including Amendments of May 17,1997, July 19, 1998; March 12, March 21, July 25, 2002; December 8, 2003; June 29, November 2, 2004)**

**(Excerpts)**

**Article 5.** Definition of Societal Association

A societal association is a voluntary, self-governing, non-profit organization created on the initiative of citizens associated on the basis of their common interests for achieving their goals specified in the statutes of their societal association (hereinafter Statutes Goals).
The right of citizens for the creation of societal associations is materialized both directly by creating an association of physical persons and through legal entitles – societal associations.

**Article 6.** Founders, Members and Participants of Societal Association

Founders of a societal association are physical persons and legal entitles, such as societal associations who have called a Congress (or Conference) or a General Meeting, at which statutes of the societal association is adopted and its managing and control/audit organs are created. Founders of a societal association – physical persons and legal entitles – enjoy equal rights and carry equal responsibilities.

Members of a societal association are physical persons and legal entitles – societal associations – whose interest in the common solution of the tasks set forth by the Association according to the norms of its statutes is documented by appropriate individual applications or documents that make it possible to keep account of the members of a societal association for the purpose of ensuring their equality as members of this Association. Members of a societal association – physical persons and legal entitles – enjoy equal rights and carry equal responsibilities.

Members of a societal association enjoy the right to elect and to be elected to managing and control/auditing bodies of the Association, as well as that of controlling the activity of the managing bodies of the societal association in accordance with its statutes.

Members of a societal association enjoy the rights and carry responsibilities in accordance with the requirements of the statutes norms of the societal association, and in the case of incompliance with the above requirements can be excluded from the societal association as provided by the statutes.

Participants of a societal association are physical persons and legal entitles – societal associations who have expressed their support of the association and/or its specific activities, and take part in its activities without necessarily documenting the conditions of their membership, unless otherwise provided by the statutes.
Participants of a societal association – physical persons and legal entitles – enjoy equal rights and carry equal responsibilities.

**Article 7.** Organizational and Legal Forms of Societal Associations

Societal associations can be created as one of the following organizational and legal form:
Societal organization;
Societal movement;
Societal fund;
Societal agency;
Societal activity body; and
Political party.

**Article 8.** Societal Organization

Societal organization is a societal association founded on the basis of common activity for advocating common interests and achieving the goals set forth by the statutes of the citizens associated in the organization.

Members of a societal organization, in accordance with its statutes, can be physical persons and legal entities, such as societal associations, unless otherwise provided by current federal law and laws on individual forms of societal associations.

The highest managing body of a societal organization is its Congress (Conference) or General Meeting. The permanent acting body of the societal organization is a free elected collegial body that reports to the Congress (Conference) or General Meeting. In case of a state registration of a societal organization, its permanent acting managing body exercises the rights of a legal entity on behalf of the societal organization and performs its duties in accordance with the statutes.

## Article 18. Creation of Societal Associations

Societal associations are created on the initiative of their founders numbering no less than three physical persons. Special laws on the appropriate forms of societal associations can regulate the number of founders for the creation of separate forms of societal associations.

Along with physical persons, the founders can also include legal entities – societal associations.

Decisions on creating a societal association and approving its statutes and forming its managing and control/audit bodies are adopted at a Congress (Conference) or a General Meeting. As soon as the decisions mentioned above have been adopted, the societal association is considered to be created: it exercises its activity in accordance with the statutes, it acquires its rights, except for the right of a legal entity, and takes upon itself the responsibilities in accordance with the current federal law.

Legal capacity of a societal association as a legal entity originates as of the moment of the state registration of this Association.

## Article 19. Requirements to Founders, Members, and Participants of a Societal Association

Founders, members and participants of societal associations may be citizens who have achieved 18 years of age and legal entities – societal associations, unless otherwise provided for by current federal law and laws on separate forms of societal associations.

Foreign citizens and persons without citizenship as well as citizens of the Russian Federation, may be founders, members and participants of societal associations, unless otherwise provided by current federal laws or international agreements of the Russian Federation.

Members and participants of youth societal associations may be citizens who have reached 14 years of age.

Members and participants of children's societal associations may be citizens who have reached 8 years of age.

The statutes of the corresponding societal associations set conditions and procedure of acquiring and losing membership, including the conditions of withdrawing from membership in societal associations due to age.

The requirement of indicating in the official documents the membership or participation in any societal associations is not tolerated. Membership or non-membership of citizens in societal associations cannot be a foundation for limiting their rights and freedoms, a condition for receiving any benefits or preferential treatment from the state, unless otherwise provided by the Russian Federation legislation.

State power bodies and local self-government bodies cannot be founders, members or participants of societal associations.

When societal associations are created as societal organizations, the founders of these associations become automatically their members, receive the appropriate rights and take on appropriate obligations.

When societal associations are created in other organizational and legal forms, the rights and obligations of the founders of such associations are specified in their statutes.

**Федеральный закон от 19 мая 1995 г. N 82-ФЗ**
**"Об общественных объединениях"**
**(с изменениями от 17 мая 1997 г., 19 июля 1998 г., 12, 21 марта, 25 июля 2002 г., 8 декабря 2003 г.,**
**29 июня, 2 ноября 2004 г.)**

**(Извлечения)**

**Статья 5.** Понятие общественного объединения

Под общественным объединением понимается добровольное, самоуправляемое, некоммерческое формирование, созданное по инициативе граждан, объединившихся на основе общности интересов для реализации общих целей, указанных в уставе общественного объединения (далее - уставные цели). Право граждан на создание общественных объединений реализуется как непосредственно путем объединения физических лиц, так и через юридические лица - общественные объединения.

**Статья 6.** Учредители, члены и участники общественного объединения

Учредителями общественного объединения являются физические лица и юридические лица - общественные объединения, созвавшие съезд (конференцию) или общее собрание, на котором принимается устав общественного объединения, формируются его руководящие и контрольно-ревизионный органы. Учредители общественного объединения - физические и юридические лица - имеют равные права и несут равные обязанности.

Членами общественного объединения являются физические лица и юридические лица - общественные объединения, чья заинтересованность в совместном решении задач данного объединения в соответствии с нормами его устава оформляется соответствующими индивидуальными заявлениями или документами, позволяющими учитывать количество членов общественного объединения в целях обеспечения их равноправия как членов данного объединения. Члены общественного объединения - физические и юридические лица - имеют равные права и несут равные обязанности.

Члены общественного объединения имеют право избирать и быть избранными в руководящие и контрольно-ревизионный органы данного объединения, а также контролировать деятельность руководящих органов общественного объединения в соответствии с его уставом.

Члены общественного объединения имеют права и несут обязанности в соответствии с требованиями норм устава общественного объединения и в случае несоблюдения указанных требований могут быть исключены из общественного объединения в порядке, указанном в уставе. Участниками общественного объединения являются физические лица и юридические лица - общественные объединения, выразившие поддержку целям данного объединения и (или) его конкретным акциям, принимающие участие в его деятельности без обязательного оформления условий своего участия, если иное не предусмотрено уставом. Участники общественного объединения - физические и юридические лица - имеют равные права и несут равные обязанности.

**Статья 7.** Организационно-правовые формы общественных объединений

Общественные объединения могут создаваться в одной из следующих организационно-правовых форм:
общественная организация;
общественное движение;
общественный фонд;
общественное учреждение;
орган общественной самодеятельности;
политическая партия.

**Статья 8.** Общественная организация

Общественной организацией является основанное на членстве общественное объединение, созданное на основе совместной деятельности для защиты общих интересов и достижения уставных целей объединившихся граждан.

Членами общественной организации в соответствии с ее уставом могут быть физические лица и юридические лица - общественные объединения, если иное не установлено настоящим Федеральным законом и законами об отдельных видах общественных объединений.

Высшим руководящим органом общественной организации является съезд (конференция) или общее собрание. Постоянно действующим руководящим органом общественной организации является выборный коллегиальный орган, подотчетный съезду (конференции) или общему собранию.
В случае государственной регистрации общественной организации ее постоянно действующий руководящий орган осуществляет права юридического лица от имени общественной организации и исполняет ее обязанности в соответствии с уставом.

**Статья 18.** Создание общественных объединений

Общественные объединения создаются по инициативе их учредителей - не менее трех физических лиц. Количество учредителей для создания отдельных видов общественных объединений может устанавливаться специальными законами о соответствующих видах общественных объединений.
В состав учредителей наряду с физическими лицами могут входить юридические лица - общественные объединения.
Решения о создании общественного объединения, об утверждении его устава и о формировании руководящих и контрольно-ревизионного органов принимаются на съезде (конференции) или общем собрании. С момента принятия указанных решений общественное объединение считается созданным: осуществляет свою уставную деятельность, приобретает права, за исключением прав юридического лица, и принимает на себя обязанности, предусмотренные настоящим Федеральным законом. Правоспособность общественного объединения как юридического лица возникает с момента государственной регистрации данного объединения.

**Статья 19.** Требования, предъявляемые к учредителям, членам и участникам общественных объединений

Учредителями, членами и участниками общественных объединений могут быть граждане, достигшие 18 лет, и юридические лица - общественные объединения, если иное не установлено настоящим Федеральным законом, а также законами об отдельных видах общественных объединений.
Иностранные граждане и лица без гражданства наравне с гражданами Российской Федерации могут быть учредителями, членами и участниками общественных объединений, за исключением случаев, установленных федеральными законами или международными договорами Российской Федерации.
Членами и участниками молодежных общественных объединений могут быть граждане, достигшие 14 лет.
Членами и участниками детских общественных объединений могут быть граждане, достигшие 8 лет.
Условия и порядок приобретения, утраты членства, включая условия выбытия из членов общественных объединений по возрасту, определяются уставами соответствующих общественных объединений.
Требование об указании в официальных документах на членство или участие в тех или иных общественных объединениях не допускается. Принадлежность или непринадлежность граждан к общественным объединениям не может служить основанием для ограничения их прав и свобод, условием для предоставления им государством каких-либо льгот и преимуществ, за исключением случаев, предусмотренных законодательством Российской Федерации.
Органы государственной власти и органы местного самоуправления не могут быть учредителями, членами и участниками общественных объединений.
При создании общественных объединений в форме общественных организаций учредители данных объединений автоматически становятся их членами, приобретая соответствующие права и обязанности. При создании общественных объединений в иных организационно-правовых формах права и обязанности учредителей таких объединений указываются в их уставах.