# Exhibit G



City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of sections 1.1., 2.2., 2.3., 3.1., and 5.1. in the attached "Articles of incorp_Hockey Club CSC AF" from Russian into English.

_____
Signature

Sworn to before me this
29th of November, 2005.

_____
Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2007

_____
Stamp, Notary Public

1.1.  Samara City Societal Organization 'CSK VVS Hockey Sport Club', further referred to as 'Club', is a voluntary association of citizens with the commonality of interests aimed to promote the intellectual and other non-commercial needs of the Club members, and to protect the rights and liberties of the same.

2.2  Club's objects include:
– Capacity building of hockey clubs
– Improving hockey logistics and enhancing the socio-economic well-being of athletes and coaches
– Providing guidance, financial and technical support to sport teams in Samara, sport clubs in the military units of the Privolzhsky Military District and junior sport schools
– Facilitating recreation management and public engagement with sport
– Developing mutually beneficial forms of cooperation with domestic and international hockey clubs.

2.3  Club may transact commercial business and carry out activities for the promotion of its Object of Incorporation and in accordance therewith including as follows:
– Engagement with government and local authorities and facilitating government and non-government organizations for the effective leisure time management of the wider public.
– Organization and delivery of planning meetings, conferences, conventions and seminars to hockey specialists in Samara
– Raising the profile of the Club to identify and engage supporters and followers
– Organization and delivery of training and consulting events to hockey amateurs
– Organization and delivery of hockey competitions
– Promoting healthy lifestyle to Club members and the wider public and taking steps to reduce the use of doping and other harmful substances and training methods
– Advertising and publishing
– Producing and publishing technical, advisory, training or other materials as well as audio and video recordings - including that produced in cooperation with other stakeholders - to promote hockey to the general public.
– Recommending athletes for the national teams to take part in the Russian All-Army and international competitions
– Establishing fitness centers
– Providing funding for the construction of sport facilities
– Producing and repairing athletic equipment, uniforms and leisure items
– Other activity not prohibited by law and falling within the organizational Objects of Incorporation.

3.1  Club may for the promotion of its Object of Incorporation:
– Freely distribute information about its activity
– Set up mass media and conduct publishing business as defined by applicable law
– Represent and advocate the rights its rights and the legal interests of its members or other individuals with government or local authorities and public associations
– Fully exercise authorities under the Law on Non-Government Associations
– Initiate any and all steps for the development of hockey in Samara and put forward motions in connection therewith with the government authorities and regulating bodies
– Set up non-government or other organizations as defined by applicable law
– Join non-government associations and be a member of the same, and form unions and associations together with other non-government organizations
– Maintain direct international contacts and links
– Transact commercial business as long as it is in compliance with and facilitates the

        achievement of the Objects of Incorporation of the Club
– The profit generated during the course of commercial business conducted by Club may not be re-distributed among the Club members but used to achieve its Objects of Incorporation only
– Establish structural divisions of Club including affiliated structures and offices
– Affiliated structures and offices established hereunder shall not constitute legal entities and shall act in compliance with the Provisions approved the Board and shall have the property ownership right limited to the operating right only. The Chairs of affiliated structures and offices shall be subject to appointment by the Board and shall act in compliance with their incorporation objects.

5.1    Membership in the Organization shall be open to individuals attaining 18 years of age and interested in jointly promoting the Objects of Club Incorporation.

ПЕРЕРЕГИСТРИРОВАН:
Управлением Юстиции Самарской области
№ _____
от "___" _____ 1999 г.
Начальник Управления Юстиции
_____ В.Н. Баландин

ПРИНЯТ:
общим собранием
Протокол № 1
от 15 января 1993 г.
изменения и дополнения
утверждены
общим собранием
Протокол № 1
от 07 декабря 1998 г.
Президент
_____ М.И. Ничепуренко

**КОПИЯ ВЕРНА**

# УСТАВ

## Самарской городской общественной организации хоккейный спортклуб ЦСК ВВС

г. Самара - 1999 г.

2

# 1. ОБЩИЕ ПОЛОЖЕНИЯ

1.1. Самарская городская общественная организация хоккейный спортклуб "ЦСК ВВС", в дальнейшем именуемая "Клуб" - добровольное объединение граждан, созданное на основе общности интересов для осуществления совместной деятельности, направленной на удовлетворение духовных и иных нематериальных потребностей членов "Клуба", а также в целях защиты своих прав и свобод.

1.2. Полное название организации: Самарская городская общественная организация хоккейный спортклуб "ЦСК ВВС".

1.3. Сокращенное название организации: Самарский хоккейный клуб «ЦСК ВВС».

1.4. Клуб является некоммерческой организацией, не имеет своей основной целью получение прибыли и не распределяет полученную прибыль между членами.

1.5. Клуб, выполняя свои уставные цели, действует на основе Конституции Российской Федерации, Федерального закона "Об общественных объединениях", Гражданского кодекса Российской Федерации, других законов и иных правовых актов Российской Федерации, настоящего устава и руководствуется общепризнанными международными принципами, нормами и стандартами.

1.6. Деятельность Клуба основывается на принципах добровольности, равноправия, самоуправления и законности.

1.7. После государственной регистрации Клуб становится юридическим лицом, обладает на правах собственности обособленным имуществом и отвечает по своим обязательствам этим имуществом, может от своего имени приобретать и осуществлять имущественные и личные неимущественные права, нести обязанности, быть истцом и ответчиком в суде.

1.8. Клуб имеет самостоятельный баланс, расчетные и другие счета, включая валютный, круглую печать со своим названием, штампы, и бланки.

1.9. Клуб может иметь зарегистрированную в установленном порядке символику, в т.ч. эмблемы, флаги и вымпелы.

1.10. Клуб осуществляет деятельность, предусмотренную настоящим Уставом на территории города Самары.

1.11. Клуб отвечает по обязательствам всем принадлежащим ему имуществом. Учредители и члены клуба не отвечают по обязательствам организации, а клуб не отвечает по обязательствам своих членов и учредителей.

1.12. Место нахождения Правления Клуба – 443000 город Самара, ул. Молодогвардейская, 222.

# 2. ЦЕЛИ, ПРЕДМЕТ И ВИДЫ ДЕЯТЕЛЬНОСТИ

2.1. Клуб создается с целью развития и пропаганды хоккея.

2.2. Предметом деятельности Клуба является:

создание условий для деятельности хоккейных клубов;

- улучшения материалоно-технической базы хоккея и социального положения спортсменов и тренеров;

- оказание методической и материально-финансовой помощи спортивным коллективам города Самары, спортклубам войсковых частей ПриВО, детско-юношеским хоккейным школам;

организация рационального использования свободного времени граждан, приобщение их к спорту,

развитие взаимовыгодных форм сотрудничества с другими хоккейными клубами в том числе из зарубежных стран.

2.3. Для достижения Уставных целей Клуб может осуществлять предпринимательскую деятельность и выполнять следующие виды деятельности при соответствии Уставным целям:

- взаимодействие с органами государственной власти и местного самоуправления

содействие государственным и общественным организациям в рациональной организации свободного времени граждан;

организация и проведение совещаний, конференций, съездов и семинаров специалистов по проблемам развития хоккея в городе Самаре;

пропаганда деятельности Клуб в целях поиска и привлечения единомышленников и последователей;

организация и проведение учебно-тренировочных и консультационных мероприятий для любителей хоккея;

организация и проведения соревнований по хоккею;

агитация за спортивный образ жизни среди членов клуба и других граждан, борьба против использования допинговых и иных вредных для здоровья средств и методов спортивной подготовки;

осуществление рекламной и издательской деятельности;

разработка и осуществление (в том числе совместно с другими заинтересованными организациями) выпуска учебной, методической, справочной и другой литературы, аудио-записей и видеофильмов для популяризации хоккея;

направление спортсменов на Всеармейские, Российские и международные соревнования в составе сборных команд;

создание спортивно-оздоровительных центров;

финансирование строительства спортивных объектов;

изготовление и ремонт спортивного инвентаря, спортивной формы, предметов досуга и отдыха спортсменов;

осуществление иной деятельности, не запрещенной законом и соответствующей уставным целям Организации.

2.4. Виды деятельности, требующие получения лицензии, осуществляются Клубом после получения лицензий.

## 3. ПРАВА КЛУБА

3.1. Для достижения уставных целей Клуб имеет право:

свободно распространять информацию о своей деятельности;

учреждать средства массовой информации и вести издательскую деятельность в порядке, предусмотренном соответствующим законодательством;

представлять и защищать свои права, законные интересы своих членов, а также других граждан в органах государственной власти, органах местного самоуправления и общественных объединениях;

осуществлять в полном объеме полномочия, предусмотренные законом об общественных объединениях;

выступать с инициативами по вопросам создания условий для развития хоккея в городе, вносить предложения по этим вопросам в органы государственной власти и управления;

учреждать некоммерческие организации и другие организации в соответствии с действующим законодательством;

вступать в общественные объединения в качестве члена, быть участником общественных объединений, а также совместно с другими некоммерческими организациями образовывать союзы и ассоциации;

поддерживать прямые международные контакты и связи;

вести предпринимательскую деятельность постольку, поскольку это служит достижению уставных целей, ради которых создан Клуб, соответствующую этим целям. Доходы от предпринимательской деятельности не могут быть перераспределены между членами Клуба, они должны использоваться только для достижения уставных целей;

создавать свои структурные подразделения (филиалы и представительства)

Филиалы и представительства не являются юридическими лицами действуют на основании Положений, утвержденных Правлением, и обладают имуществом на праве оперативного управления Руководители филиалов и представительств назначаются Правлением и действуют на основании доверенности

3.2 Клуб может осуществлять иные права предусмотренные действующим законодательством в соответствии со своими уставными целями

## 4 ОБЯЗАННОСТИ КЛУБА

4.1 Клуб обязан

соблюдать законодательство Российской Федерации общепризнанные принципы и нормы международного права, касающиеся сферы своей деятельности а также нормы предусмотренные настоящим уставом и иными учредительными документами

публиковать ежегодный отчет об использовании своего имущества или обеспечивать доступ для ознакомления с указанным отчетом

ежегодно информировать орган, зарегистрировавший настоящий Устав о продолжении деятельности

представлять по запросу органа регистрирующего общественные объединения документы с решениями руководящих органов и должностных лиц Клуба а также годовые и квартальные отчеты о своей деятельности в объеме сведений направляемых в налоговые органы.

допускать представителя органа регистрирующего общественные объединения на проводимые Организацией мероприятия.

содействовать представителям органа регистрирующего общественные объединения в ознакомлении с деятельностью общества в связи с достижением уставных целей и соблюдением законодательства Российской Федерации.

## 5 ЧЛЕНЫ КЛУБА ИХ ПРАВА И ОБЯЗАННОСТИ

5.1 Членами организации могут быть граждане с 18 летнего возраста заинтересованные в совместном достижении уставных целей Клуба

5.2 Членство в организации не является препятствием для участия в деятельности других общественных организаций и партий цели которых не противоречат целям Клуба

5.3 Учредители Клуба являются ее членами и имеют равные права и обязанности с членами Клуба

5.4 Членство в Клубе оформляется письменно на основании поступившего индивидуального заявления на имя Президента Клуба

5.5 Члены Клуба имеют равные права и несут равные обязанности

5.6 Решения о приеме в члены Клуба и утраты членства принимаются Правлением Клуба

5.7 Каждый член Клуба имеет право

принимать участие в Общих Собраниях

избирать и быть избранным в руководящие и контрольно - ревизионные органы Клуба

вносить предложения в любые органы Клуба по вопросам связанным с его деятельностью

получать информацию о планируемых мероприятиях Клуба

принимать участие в мероприятиях, проводимых Клубом

5.8 Члены Клуба обязаны

регулярно один раз в год уплачивать членские взносы в размере установленном Общим Собранием.

соблюдать Устав Клуба

5

участвовать в деятельности Клуба;

- выполнять решения руководящих органов Клуба, принятые в пределах компетенции;

5.9 Прекращение членства в Клубе производится

по желанию члена Клуба, с подачей письменного заявления в Правление Клуба

в случае неуплаты, без уважительной причины, в течении двух лет членских взносов

в случае исключения из членов Клуба

в случае переезда за пределы Самарской области

5.10 Исключение из членов Клуба производится на заседании Правления Организации по следующим основаниям

несоблюдение Устава Клуба,

невыполнение решений Правления и Общего Собрания Клуба

совершение действий порочащих репутацию Клуба,

систематическое уклонение от участия в деятельности Клуба

5.11 Решение Правления об исключении из членов Клуба может быть обжаловано на Общем Собрании Клуба

## 6. РУКОВОДЯЩИЕ ОРГАНЫ

### 6.1 ОБЩЕЕ СОБРАНИЕ

6.1.1 Высшим органом управления является Общее Собрание членов Клуба, созываемое Правлением Клуба не реже одного раза в год.

6.1.2 Внеочередное Общее Собрание может быть созвано по требованию не менее чем одной трети членов Клуба или по решению Правления Клуба.

6.1.3 Инициаторы проведения Общего Собрания обязаны направить каждому члену Клуба приглашение на это собрание с указанием времени и места его проведения, повестки дня

6.1.4 Общее Собрание правомочно, если в его работе принимают участие более половины членов Клуба

6.1.5 По вопросам исключительной компетенции Общего Собрания решения принимаются квалифицированным большинством голосов от числа присутствующих на Общем Собрании членов Клуба, кроме вопросов оговоренных в Уставе

6.1.6 К исключительной компетенции Общего Собрания относят

решение вопросов о создании реорганизации и ликвидации Клуба

внесение изменений и дополнений в Устав,

выбор приоритетных направлений деятельности, принципов формирования и использования имущества

формирование исполнительного органа

определение количественного состава Правления, выборы и отзыв членов Правления Клуба, досрочное прекращение их полномочий

избрание ревизора, досрочное прекращение его полномочий

утверждение годового отчета Правления Клуба и заключения ревизора

определение размеров вступительных и членских взносов,

назначение ликвидационной комиссии и согласование ее состава с регистрирующим органом

утверждение промежуточного и окончательного ликвидационных балансов и их согласование с регистрирующим органом

утверждение передаточного акта (разделительного баланса)

### 6.2 ПРАВЛЕНИЕ КЛУБА

6.2.1 Постоянным действующим руководящим органом Клуба является Правление Организации, избираемое Общим Собранием на 6 лет и подотчетно Общему Собранию

6.2.2. Решение о персональном составе Правления принимается более половиной голосов от числа присутствующих на Общем Собрании членов Клуба.

6.2.3. Решения Правления принимают простым большинством голосов от общего числа членов Правления.

6.2.4. Правление Клуба

- организует выполнение решений Общего Собрания членов Клуба, осуществляет проверку их исполнения;
- принимает и исключает членов Клуба;
- решает вопросы создания филиалов и представительств;
- рассматривает в предварительном порядке вопросы, которые в соответствии с Уставом подлежат рассмотрению или решению Общего Собрания и подготавливает по ним соответствующие материалы и предложения;
- рассматривает кадровые вопросы;
- координирует и оказывает содействие деятельности членов входящих в Клуб;
- решает иные вопросы, внесенные на рассмотрение Президентом, не относящиеся к компетенции Общего Собрания;
- утверждает штатное расписание, систему и размеры оплаты труда сотрудников;
- ежегодно информирует орган, зарегистрировавший настоящий Устав, о продолжении деятельности организации, указывая действительное место нахождения Правления Клуба и данные о руководителях Клуба в объеме сведений, включаемых в единый государственный реестр юридических лиц;
- представляет по запросу органа, регистрирующего общественные объединения, документы с решениями руководящих органов и должностных лиц Клуба, а также годовые и квартальные отчеты о деятельности Клуба в объеме сведений, направляемых в налоговые органы;
- содействует представителям органа, регистрирующего общественное объединение, в ознакомлении с деятельностью Клуба в связи с достижением уставных целей и соблюдением законодательства Российской Федерации.

6.2.5. Правление правомочно решать внесенные на рассмотрение вопросы, если на заседании присутствуют более половины его членов.

6.2.6. Правление осуществляет права и исполняет обязанности юридического лица от имени Клуба.

6.3. ПРЕЗИДЕНТ

6.3.1. Президент избирается из членов Правления.

6.3.2. Президент в соответствии с законодательством и настоящим Уставом:
- осуществляет текущее руководство деятельностью Клуба в период между Общими Собраниями;
- обеспечивает выполнение Уставных целей;
- распределяет обязанности между членами Правления, определяет их полномочия в решении вопросов деятельности Клуба;
- издает приказы, инструкции и другие документы по деятельности Клуба;
- без доверенности представляет Клуб в отношениях с российскими и иностранными юридическими и физическими лицами, заключает соглашения, договоры и иные сделки от имени Клуба и выдает доверенности на совершение таких сделок;
- непосредственно представляет Клуб в органах государственной власти, местного самоуправления, организациях и общественных объединениях;
- открывает в учреждениях банка расчетные и иные счета;
- осуществляет иные функции, возложенные на него Правлением и Общим Собранием Клуба.

6.3.3. При равенстве голосов на заседании Правления голос Президента является решающим.

## 7 РЕВИЗОР

1. Ревизию финансовой и хозяйственной деятельности Клуба осуществляет
о, избираемый Общим Собранием на срок 5 лет
2. Ревизор не может быть избран из числа членов Правления Клуба
3. В функции ревизора входит контроль за
ельностью Правления Клуба, его руководящих лиц Клуба в части соблюдения Устава
ансово-хозяйственной деятельностью руководящих и исполнительных

нием делопроизводства, учета отчетности и контроля исполнения решений
отовкой и представлением в Правление Клуба заключений по итогам проверки
4. Ревизор готовит заключение к годовому отчету и балансу
5. Ревизор ежегодно отчитывается на Общим Собранием по результатам
енной проверки
6. Все должностные лица Клуба обязаны по запросу ревизора представлять
димую информацию и документы
7. Ревизор осуществляет свою деятельность на основе следующих принципов
снительного соблюдения каждым членом Клуба настоящего Устава
ципиального и объективного подхода к анализу и оценке проверяемой
ьности
ифицированного и конструктивного построения своей работы, направленной на
ние конкретных недостатков в деятельности Клуба.
вного привлечения к своей работе независимых специалистов.
тчетности в своей работе избравшему его органу

## 8 ИМУЩЕСТВО

1 Клуб может иметь в собственности земельные участки, здания, строения,
ый фонд, транспорт, оборудование, инвентарь, имущество культурно-
ительского и оздоровительного назначения, денежные средства, акции, другие
 бумаги и иное имущество, необходимое для материального обеспечения
ьности организации, указанной в уставе
2 В собственности Клуба могут также находиться учреждения, издательства,
а массовой информации создаваемые и приобретаемые за счет средств
ации в соответствии с ее уставными целями
3 Источниками формирования имущества Клуба являются
ительные и членские взносы
вольные взносы и пожертвования
плений от проводимых в соответствии с Уставом Клуба мероприятий
ы от предпринимательской деятельности Клуба
добровольцев
в не запрещенные законом поступления
4 Собственником имущества является Клуб. Каждый отдельный член не имеет
обственности на долю имущества, принадлежащего Клубу
5 Представительства и филиалы Клуба обладают имуществом на праве
вного управления

## 9 ПОРЯДОК ВНЕСЕНИЯ ДОПОЛНЕНИЙ И ИЗМЕНЕНИЙ В УСТАВ

Изменения и дополнения в Устав вносятся по решению Общего Собрания
Клуба

8

. Решение о внесении дополнений и изменений в Устав принимают не менее чем ...сов от числа присутствующих на общем собрании членов Клуба
. Изменения и дополнения в Уставе Клуба подлежат государственной ...ации в установленном законом порядке и приобретают юридическую силу ...
...а этой регистрации

## 10 РЕОРГАНИЗАЦИЯ И ЛИКВИДАЦИЯ КЛУБА

0.1 Реорганизация Клуба (слияние, присоединение, выделение, преобразование ...ение) осуществляется по решению Общего Собрания
0.2 Решение о реорганизации принимают не менее чем 2/3 голосов от числа ...ствующих на Общем Собрании членов Клуба
10.3 Переход имущества реорганизованного Клуба и к вновь возникшим ...ствляется в порядке, предусмотренном Гражданским кодексом РФ
10.4 Ликвидацию Клуба осуществляют либо по решению Общего Собрания либо ... ...ном порядке
10.5 Решение Общего Собрания о ликвидации принимают не менее чем 2/3 ...ов от числа присутствующих на Общем Собрании членов Клуба
10.6 Этим же решением назначают ликвидационную комиссию по согласованию с ...ом осуществляющим государственную регистрацию юридических лиц и ...авливают в соответствии с действующим законодательством порядок и сроки ...дации
10.7 Имущество, оставшееся в результате ликвидации Клуба после ...етворения требований кредиторов направляют на цели, для достижения которых ...ан Клуб
10.8 Имущество, оставшееся после ликвидации Клуба не может быть ...ределено между ее членами
10.9 Решение об использовании оставшегося имущества публикуется ...идационной комиссией в печати
10.10 Решение о ликвидации Клуба направляют в орган зарегистрировавший Клуб ...исключения ее из единого реестра юридических лиц

КОПИЯ ВЕРНА

Количество листов __8 (восемь)__

Начальник отдела регистрации
и учета налогоплательщиков

подпись _____

М.П.