# Exhibit H



# TRANSPERFECT

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "FZ 76" from Russian into English.

*[signature]*
Signature

Sworn to before me this
29th of November, 2005.

*[signature]*
Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3. 2007

Stamp, Notary Public

Federal Law of May 27, 1998 No. 76-ФЗ
"On Armed Forces Members Status"
(including Amendments of December 31,1999; June 19, August 7, December 27, 2000; July 26, December 30, 2001; May 7, May 21, June 28, November 27, December 24, 2002; November 11, December 23, 2003; April 26, July 20, August 22, November 10, 2004; and April 22, 2005)

(Excerpt)

### Article 10. Right for Labor

1. The right for labor shall be materialized by armed forces members by performing their military service.


7. Armed forces members are not allowed to:
be involved in any other kind of paid activity, excluding teaching, scientific research or other creative activity, if it does not interfere with carrying out of their duties during military service;
perform any entrepreneurial activity, in person or through authorized persons, including participation in managing commercial enterprises, unless their participation in the management of the above organization or enterprise is part of their service duties as a military person, as well as rendering assistance to physical and legal entities in their business activity by using their service position;
use, for the purposes not related to their military service duties, funds and property of a military unit as well as other state property, unless the use of the above property is done against the established pay in accordance with federal laws and other statutory and legal acts of the Russian Federation;
receive fees for publications and presentations related to their military duties;
receive, from physical and legal entities, compensation (gifts, money compensation, loans, services, paid entertainment, recreation, transport expenses and other kinds of compensation), connected with performing military service duties, except for the valuable gifts (including personal) and money compensation sums awarded to the armed forces members in accordance with existing military regulations;
receive, without authorization of the President of the Russian Federation, awards from foreign nations, international and foreign organizations;
go for business trips abroad at the cost of physical and legal entities, unless these business trips are carried out in compliance with the international agreements entered into by the Russian Federation or on the mutual basis, according to the agreements of state power agencies concluded with the appropriate state power agencies of foreign states or international organizations;
use service position for the benefit of political parties and societal, including religious, associations, as well as for their promotion.

8. Involvement of armed forces members in activities not specified by their military service duties shall be allowed in cases determined by the federal laws and other statutory legal acts of the Russian Federation. In this case, the armed forces members shall be subject to the legal provisions envisaged for other citizens performing such activities.

Федеральный закон от 27 мая 1998 г. N 76-ФЗ
"О статусе военнослужащих"
(с изменениями от 31 декабря 1999 г., 19 июня, 7 августа, 27 декабря 2000 г., 26 июля, 30 декабря 2001 г., 7, 21 мая, 28 июня, 27 ноября, 24 декабря 2002 г., 11 ноября, 23 декабря 2003 г., 26 апреля, 20 июля, 22 августа, 10 ноября 2004 г., 22 апреля 2005 г.)

(Извлечения)

**Статья 10. Право на труд**

2. Право на труд реализуется военнослужащими посредством прохождения ими военной службы.

7. Военнослужащие не вправе:
заниматься другой оплачиваемой деятельностью, за исключением педагогической, научной и иной творческой деятельности, если она не препятствует исполнению обязанностей военной службы;
заниматься предпринимательской деятельностью лично или через доверенных лиц, в том числе участвовать в управлении коммерческими организациями, за исключением случаев, когда непосредственное участие в управлении указанными организациями входит в должностные обязанности военнослужащего, а также оказывать содействие физическим и юридическим лицам в осуществлении предпринимательской деятельности, используя свое служебное положение;
использовать в целях, не связанных с исполнением обязанностей военной службы, финансовые средства и имущество воинской части, а также другое государственное имущество, за исключением случаев использования указанного имущества за установленную плату, в соответствии с федеральными законами и иными нормативными правовыми актами Российской Федерации;
получать гонорары за публикации и выступления, связанные с исполнением обязанностей военной службы;
получать от физических и юридических лиц вознаграждения (подарки, денежные вознаграждения, ссуды, услуги, оплату развлечений, отдыха, транспортных расходов и иные вознаграждения), связанные с исполнением обязанностей военной службы, за исключением ценных подарков (в том числе именных) и денежных сумм, которыми военнослужащие награждаются в порядке поощрения в соответствии с общевоинскими уставами;
принимать без разрешения Президента Российской Федерации награды иностранных государств, международных и иностранных организаций;
выезжать в служебные командировки за границу за счет физических и юридических лиц, за исключением служебных командировок, осуществляемых в соответствии с международными договорами Российской Федерации или на взаимной основе по договоренности органов государственной власти с соответствующими органами государственной власти иностранных государств либо международными организациями;
использовать служебное положение в интересах политических партий и общественных, в том числе религиозных, объединений, а также для пропаганды отношения к ним.

8. Привлечение военнослужащих к выполнению работ, не обусловленных исполнением обязанностей военной службы, допускается в случаях, установленных федеральными законами и иными нормативными правовыми актами Российской Федерации. При этом на военнослужащих распространяются правовые нормы, предусмотренные для других граждан, выполняющих указанные работы.