# Exhibit I



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Brian Hill, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached "art 25 FZ 80" from Russian into English.

_Brian Hill_
Signature

Sworn to before me this
29th of November, 2005.

_Paul D. Ralston_
Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New Yo.
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3 2007

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

**Federal Law of April 29, 1999 No. 80-FZ**
**On Physical Culture and Sports in the Russian Federation**
**(including amendments of January 10, 2003 and December 20, 2004)**

**(Excerpts)**

**Article 25.** Contract on Sports Activity

Contract on Sports Activity shall be concluded on the basis of Russian Federation's Labor Code. It is a written agreement between an athlete, a professional athlete (coach or specialist) and the head of a sports/physical culture organization, including professional sports clubs and teams, that is subject to registration with an all-Russian federation for the appropriate sport if the athlete is a member of the Russian Federation's national team. Contract on Sports Activity shall contain athlete's responsibilities, his or her rights to social and medical insurance, and the terms on entering and terminating such a contract. Contract on Sports Activity can also contain other terms and responsibilities. A Sports/Physical Culture Organization shall provide the athlete conditions for training for sport events and participation therein, timely payment of wages and shall fulfill other obligations set forth in the Contract regarding sports activity that do not contradict the legislation of the Russian Federation.

**Федеральный закон от 29 апреля 1999 г. N 80-ФЗ**
**"О физической культуре и спорте в Российской Федерации"**
**(с изменениями от 10 января 2003 г., 20 декабря 2004 г.)**

**(Извлечения)**

**Статья 25.** Контракт о спортивной деятельности

Контракт о спортивной деятельности заключается на основе трудового законодательства Российской Федерации, представляет собой соглашение в письменной форме между спортсменом, спортсменом-профессионалом (тренером, специалистом) и руководителем физкультурно-спортивной организации, в том числе профессионального спортивного клуба и команды, и подлежит учету в общероссийской федерации по соответствующему виду спорта, если спортсмен входит в состав сборной команды Российской Федерации. Контракт о спортивной деятельности должен содержать обязанности спортсмена, его права на социальное и медицинское страхование, условия заключения и расторжения такого контракта. Контракт о спортивной деятельности может содержать и другие условия и обязательства. Физкультурно-спортивная организация обеспечивает спортсмену условия для подготовки к спортивным соревнованиям и участия в них, своевременную выплату заработной платы, выполняет иные обязательства, предусмотренные контрактом о спортивной деятельности и не противоречащие законодательству Российской Федерации.