# EXHIBIT 2



**IMG**



CONFIDENTIAL

Dmitri Goryachkin, Esq.
*Vice President*

September 24, 2004

George McPhee
Vice President & General Manager
401 9th Street, NW
Suite 750
Washington, DC 20004

VIA FEDERAL EXPRESS AND FAXCIMILE #202-266-2250

**RE: Alexander Semin**

Dear George:

Please be advised that Alexander Semin has accepted his assignment to the Portland Pirates of the AHL and will report to the team for the beginning of the training camp on September 26th, 2004.

On September 23rd, 2004, as soon as he received your letter of September 21st, 2004, Alexander stopped training and playing for the LADA Togliyatti Hockey Team of the Russian Elite League. Therefore, removing the grounds of his suspension listed in your letter.

Sincerely,

Dmitri Goryachkin

cc: Bill Daily

www.imgworld.com
825 7TH AVENUE, 9TH FLOOR, NEW YORK, NY 10019
TEL:212 489-5400   FAX: 212 246-1118