# EXHIBIT 6

Case 1:05-cv-02094-HHK   Document 34-7   Filed 11/30/2005   Page 1 of 3

1

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------x
LINCOLN HOCKEY LIMITED LIABILITY COMPANY doing
business as the WASHINGTON CAPITALS,
                Plaintiff,
        -against-
ALEXANDER SEMIN, INTERNATIONAL SPORTS ADVISORS
COMPANY, INC., and MARK GANDLER,
                Defendants.

CIVIL ACTION NO.: 1:05 CV 02094 (HHK)
------------------------------------x


                1585 Broadway
                New York, New York



                November 10, 2005
                1:10 a.m.




        VIDEOTAPED DEPOSITION of MARK
GANDLER, one of the Defendants herein, pursuant
to Order and Notice, before Ronald A. Marx, a
Notary Public of the State of New York.




        ELLEN GRAUER COURT REPORTING, CO. LLC
          126 East 56th Street, Fifth Floor
             New York, New York 10022
                  212-750-6434
                   REF: 79120

72

1                    Gandler
2  could not find him.  And then finally I was able
3  to reach him.
4          I had only one number for him.  And
5  he said that he met with all the generals, as he
6  said to me, "And they told me that they were
7  concerned about keeping their jobs and their
8  epaulets, and now that this is out in the open,
9  they have -- they're not going to do anything to
10 jeopardize their jobs and release Semin out of
11 the military."
12     Q    What did he mean, out in the open?
13     A    Out in the press, I would assume.
14     Q    Is that what you understood him to
15 mean?
16     A    Yes.  That it's public.  That's what
17 I understood it to mean, public knowledge.
18     Q    Did you and Mr. Vdovin discuss
19 whether Lada had arranged for -- did you and Mr.
20 Vdovin discuss whether Lada had arranged for Mr.
21 Semin to in the military in the first place?
22     A    No.
23     Q    When Mr. Semin's father contacted
24 you -- strike that.
25          You understood that Mr. Semin and his