IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCOLN HOCKEY LIMITED LIABILITY COMPANY, doing business as the WASHINGTON CAPITALS,<br><br>                                Plaintiff,<br><br>                    -against-<br><br>ALEXANDER SEMIN, et al..<br><br>                              Defendants | Case No. 1:05 CV 02094 (HHK) |

NOTICE OF CHANGE OF ADDRESS

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that effective January 23, 2006, the address for the Washington, D.C. office of Proskauer Rose LLP changed to the following:

      **Proskauer Rose LLP**
      **1001 Pennsylvania Avenue, N.W.**
      **Suite 400 South**
      **Washington, D.C. 20004**

      **PLEASE TAKE FURTHER NOTICE** that the firm's telephone and facsimile numbers will remain the same.

Dated: January 20, 2006                      PROSKAUER ROSE LLP

                                                                /s/
                                                  Robert M. Bernstein

                                        (D.C. Bar No. 490166)
                                        PROSKAUER ROSE LLP
                                        1001 Pennsylvania Avenue, N.W.
                                        Suite 400 South
                                        Washington, D.C. 20004

Tel: (202) 416-6800
Fax: (202) 416-6899

-and-

Bradley I Ruskin (admitted *pro hac vice*)
Scott A. Eggers (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000