IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,                Case No: 1:05 CV 02094 (HHK)

-against-

ALEXANDER SEMIN, et al.,

                Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    WHEREAS, plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals (the "Capitals"), commenced this action against defendants Alexander Semin, International Sports Advisors, Inc. and Mark Gandler on or about October 26, 2005; and

    WHEREAS, the National Hockey League Players' Association (the "NHLPA"), by order dated November 16, 2005 was granted the right to intervene in this case as a party defendant; and

    WHEREAS, Alexander Semin and the Capitals have reached agreement on a contract whereby Alexander Semin has agreed to play hockey for the Capitals in the 2006-2007 and 2007-2008 National Hockey League seasons; and

    WHEREAS, the Capitals wish to discontinue its claims against all defendants with prejudice;

    NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel of record to all parties to this action, that:

1

1.  All parties to this action agree that this action may be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a), and without costs to any party hereto.

Dated: July 10, 2006

PROSKAUER ROSE LLP

By: ___/s/_____
   Bradley I. Ruskin (admitted *pro hac vice*)
   Scott A. Eggers (admitted *pro hac vice*)

1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

-and-

Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
*Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*

GORDON & ERMER

By: _____
   John F. Conroy, Esq.
Two Lafayette Center, Suite 450
1133 21st Street, NW
Washington, DC 20036
Tel: (202) 833-3400

-and-

Alexander Berkovich, Esq.
230 East 30th Street
Room 7G
New York, NY 10016
Tel: (917) 282-7752
*Attorneys for Defendant Alexander Semin*

MORGAN, LEWIS & BOCKIUS LLP

By: ___/s/_____
   William L. Gardner
   David M. Hibey
1111 Pennsylvania Avenue, NW
Washington, DC 20036
Tel: (202) 739-5185
*Attorneys for Defendants Mark Gandler and International Spots Advisors Company, Inc.*

BREDHOFF & KAISER, P.L.L.C.

By: _____
   George H. Cohen
   John M. West
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Tel: (202) 842-2600
*Attorneys for Intervenor-Defendant National Hockey League Players' Association*

1. All parties to this action agree that this action may be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a), and without costs to any party hereto.

Dated: July 10, 2006

PROSKAUER ROSE LLP

By: _____
    Bradley I. Ruskin (admitted *pro hac vice*)
    Scott A. Eggers (admitted *pro hac vice*)

1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

   -and-

Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
*Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*

By: _____
    Alexander Berkovich, Esq. (admitted *pro hac vice*)
230 East 30th Street
Room 7G
New York, NY 10016
Tel: (917) 282-7752

   -and-

John F. Conroy, Esq.
GORDON & ERMER
Two Lafayette Center, Suite 450
1133 21st Street, NW
Washington, DC 20036
Tel: (202) 833-3400
*Attorneys for Defendant Alexander Semin*


MORGAN, LEWIS & BOCKIUS LLP

By: _____
    William L. Gardner
    David M. Hibey
1111 Pennsylvania Avenue, NW
Washington, DC 20036
Tel: (202) 739-5185
*Attorneys for Defendants Mark Gandler and International Spots Advisors Company, Inc.*

BREDHOFF & KAISER, P.L.L.C.

By: _____
    George H. Cohen
    John M. West
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Tel: (202) 842-2600
*Attorneys for Intervenor-Defendant National Hockey League Players' Association*

1. All parties to this action agree that this action may be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a), and without costs to any party hereto.

Dated: July 10, 2006

PROSKAUER ROSE LLP

By: _____
    Bradley I. Ruskin (admitted *pro hac vice*)
    Scott A. Eggers (admitted *pro hac vice*)

1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

    -and-

Robert M. Bernstein
(D.C. Bar No. 490166)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
*Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*

GORDON & ERMER

By: _____
    John F. Conroy, Esq.
Two Lafayette Center, Suite 450
1133 21st Street, NW
Washington, DC 20036
Tel: (202) 833-3400

    -and-

Alexander Berkovich, Esq.
230 East 30th Street
Room 7G
New York, NY 10016
Tel: (917) 282-7752
*Attorneys for Defendant Alexander Semin*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    William L. Gardner
    David M. Hibey
1111 Pennsylvania Avenue, NW
Washington, DC 20036
Tel: (202) 739-5185
*Attorneys for Defendants Mark Gandler and International Spots Advisors Company, Inc.*

BREDHOFF & KAISER, P.L.L.C.

By: /s/ _____
    George H. Cohen
    John M. West
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005
Tel: (202) 842-2600
*Attorneys for Intervenor-Defendant National Hockey League Players' Association*