IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

                Plaintiff,              Case No:  1:05 CV 02094 (HHK)

    -against-

ALEXANDER SEMIN, et al.,

                Defendants.
_____

### CONSENT MOTION SEEKING RELEASE OF TEMPORARY RESTRAINING ORDER BOND

Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals ("Washington Capitals"), respectfully requests that the Court enter an order directing the Clerk of the Court to release the $5,000 temporary restraining order bond filed by Plaintiff Washington Capitals on or around November 7, 2005. The temporary restraining order issued by this Court on November 4, 2005, enjoined and restrained Defendants Alexander Semin, Mark Gandler and International Sports Advisors Company, Inc. from any and all efforts to make, or any actions to facilitate the making of, any agreement, contract, trade, loan or other arrangement whereby Defendant Semin would play any hockey games for any professional hockey team other than the Washington Capitals. Subsequently, Defendant Semin and the Washington Capitals reached agreement on a contract whereby Defendant Semin has agreed to play hockey for the Washington Capitals in the 2006-2007 and 2007-2008 National Hockey League seasons. As a result, on July 10, 2006, the parties stipulated to a dismissal with prejudice of the above-captioned case, without costs to any party.

      Counsel for Plaintiff Washington Capitals has conferred with the counsel for the National Hockey League Players Association, with counsel for Defendants Gandler and International Sports Advisors Company, Inc. and counsel for Defendant Alexander Semin, who consent to the release of the bond, and to the relief requested in this motion.

Dated: July 19, 2006

                                       Respectfully submitted,

                                       PROSKAUER ROSE LLP

                                       By:  s/ Scott A. Eggers
                                       Bradley I. Ruskin (admitted *pro hac vice*)
                                       Scott A. Eggers (admitted *pro hac vice*)
                                       PROSKAUER ROSE LLP
                                       1585 Broadway
                                       New York, New York 10036
                                       Telephone:  (212) 969-3000

                                             -and-

                                       By:   s/ Robert M. Bernstein
                                       Robert M. Bernstein
                                       (D.C. Bar No. 490166)
                                       PROSKAUER ROSE LLP
                                       1233 20th Street, N.W., Suite 800
                                       Washington, DC  20036-2396
                                       (202) 416-6800

                                       *Attorneys for Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals*

## **CERTIFICATE OF SERVICE**

I, Robert M. Bernstein, hereby certify that true and correct copies of Plaintiff's Consent Motion Seeking Release of Temporary Restraining Order Bond have been furnished via email delivery and U.S. mail this 19th day of July, 2006 to:

William L. Gardner, Esq.
David M. Hibey, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

*Counsel for Defendants Mark Gandler
and International Sports Advisors Company, Inc.*

George H. Cohen, Esq.
John M. West, Esq.
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, D.C. 20005
Tel: (202) 852-2600

*Counsel for Intervenor NHLPA*

John F. Conroy, Esq.
Gordon & Ermer
Two Lafayette Center, Suite 450
1133 21st Street, NW
Washington, DC 20036
Tel: (202) 833-3400

Alexander Berkovich, Esq.
230 East 30th Street
Room 7G
New York, New York 100016
Tel: (917) 282-7752
Email: aberkovich@nyc.rr.com

*Counsel for Defendant Alexander Semin*

                                                      /s/ Robert M. Bernstein
                                                      Robert M. Bernstein