IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LINCOLN HOCKEY LIMITED LIABILITY
COMPANY, doing business as the
WASHINGTON CAPITALS,

        Plaintiff,        Case No: 1:05 CV 02094 (HHK)

    -against-

ALEXANDER SEMIN, et al.,

        Defendants.
_____

## **PROPOSED ORDER**

Upon consideration of the Consent Motion Seeking Release of Temporary Restraining Order Bond, the Consent Motion Seeking Release of Temporary Restraining Order Bond is GRANTED.

It is ORDERED that the Clerk of the Court is hereby directed to release the $5,000 temporary restraining order bond and refund said bond to Plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals.


Dated: _____                           _____
                                                                         Honorable Henry H. Kennedy
                                                                          United States District Judge