UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINCOLN HOCKEY LIMITED LIABILITY COMPANY,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**ALEXANDER SEMIN, et al.,**<br><br>　　　　　　Defendants. | Civil Action 05-02094 (HHK) |

### ORDER OF RELEASE

Upon consideration of the consent motion seeking release of temporary restraining order bond, the consent motion seeking release of temporary restraining order bond is **GRANTED**.

It is **ORDERED** that the Clerk of the Court is hereby directed to release the $5,000 temporary restraining order bond and refund said bond to plaintiff Lincoln Hockey Limited Liability Company, doing business as the Washington Capitals.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: July 24, 2006